# EXHIBIT B

DOJ-0000711656

DOJ-0000711657



DOJ-0000711659