# EXHIBIT Y



DOJ-0000486031

<300>


DOJ-0000486032