# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Robert P. Burke, Yongchul "Charlie" Kim,<br>and Meghan Messenger,<br><br>        Defendants. | **Case No. 1:24-cr-00265-TNM** |

## <u>NOTICE OF ADDITIONAL EXHIBIT</u>

Defendants Yongchul "Charlie" Kim and Meghan Messenger (collectively, "Defendants"), by and through undersigned counsel, respectfully file this Notice of Additional Exhibit to submit Exhibit EE to Defendants' Memorandum in Support of Defendants' Joint Motion to Sever Trial (ECF No. 27), which was not previously filed.  A copy of Exhibit EE, attached hereto, was served on the Government on July 19, 2024.

1

Respectfully submitted,

DATED July 22, 2024

/s/ William A. Burck
William A. Burck

Steven Alan Metcalf, II
METCALF & METCALF, P.C.
99 Park Avenue, 6th Floor
New York, NY 10016
Tel: (646) 253-0514
Fax: (646) 219-2012
fedcases@metcalflawnyc.com

Rocco F. D'Agostino (*pro hac vice*)
445 Hamilton Ave., Suite 605
White Plains, NY 10601
Tel: (914) 682-1993

*Counsel for Defendant Meghan
Messenger*

William A. Burck (DC Bar No.: 979677)
Avi Perry (*admission pending*)
Rachel G. Frank (DC Bar No.: 1659649)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C.  20005
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com
aviperry@quinnemanuel.com
rachelfrank@quinnemanuel.com

Christopher Clore (*pro hac vice pending*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-8100
christopherclore@quinnemanuel.com

*Counsel for Defendant Yongchul "Charlie" Kim*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, a copy of the foregoing Notice of Additional Exhibit was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF.

 /s/ *William A. Burck*
William A. Burck (DC Bar No.: 979677)

Dated: July 22, 2024