# EXHIBIT EE

| | |
|---|---|
| **From:** | Charlie Kim |
| **Sent:** | Friday, September 9, 2022 4:59 PM |
| **To:** | Robert Burke; Meghan Messenger |
| **Subject:** | Re: Space Command....FW: [URL Verdict: Neutral][Non-DoD Source] RE: space command visit |

Love bill burr. Don't fault you for over reacting given recent events and isolation in dealing with this too. But we got you. Meghan and I are arguable the best in psychology and human performance, getting even better at accelerating rates. You're joining the Dream Team and we have big missions ahead. Growing NxJ and fixing this broken troubled world (better me + better you = better us...the world).

Mentioned to Meghan this morning, we hired you because you are a badass. You navigated a highly bureaucratic, compliance and old world driven org and I saw you wear big boy pants every day and do what was right for your navy and your sailors. That I admired. And although the ending in the navy was wrong, we need to bring out the badass Bob buccini Burke to fight a different war. That conversation years ago we had about the scientific theory. Ability to throw out thesis. Then prove or disprove. That's agile, iterative, risk taking skills. That's the Burke we need for this bigger mission. It's no longer US and freedom/ democracy. It's the human race and we're further along in knowing and fixing the issues. Mike collete always says: LFG.

Get Outlook for iOS

---

**From:** Robert Burke <█████████████>
**Sent:** Friday, September 9, 2022 4:50 PM
**To:** Charlie Kim <█████████████>
**Subject:** Re: Space Command....FW: [URL Verdict: Neutral][Non-DoD Source] RE: space command visit

Charlie,

I think you are right - I overreacted.   Thanks for your note of clarification and assurance.

As you can imagine, I AM very much displeased with my treatment by the Navy/DoD on the way out, and I still don't know what I don't know.  That is causing some insecurities, as you might imagine.   I'll pull up my big boy pants and, as Bill Burr would say, push it all back down where it belongs.

I'll sit down with you and Meghan as situations arise and advise you on the Navy/DoD rules anytime - I have some very helpful vignettes that the DoD Ethics team has produced to help navigate through the law and DoD's interpretation of it.

Sorry for the drama.

I hope you both have a good weekend.

Sincerely, Bob

On Fri, Sep 9, 2022 at 4:27 PM Charlie Kim <█████████████> wrote:

1

Bob – that notion of OOD vs A…I think you are mistaking my OOD'ing (which is my way to understand these rules…which I've read once, you've probably read 100s more times than me) for a request/demand for A (action). Not the case at all.

For context: Tank (Space command 2-star) is someone that has known us extensively for 5 years. He is constant contact to try and get Leadership Academy seats, to collaborate with us more, asks us for mentorship and requests for our mindshare on leadership challenges. When he was head of Luke Air Force base, he had our team onsite visiting/ learning as a return favor for all he has taken for himself and his leaders from Next Jump. I'm sharing this as your visit is interesting but no where near a determining factor in us visiting Space Command. My sharing the details was more to see if you could go, wanted to go…not a request/command nor your former position and title as the driving factor in any way of the trip.

Having said this…your last ques…there is nothing unethical we would ask of you. Having a discussion to better understand what is allowed vs not, we are learning through this discussion. I believe in your rights is the ability to advise Meghan and I, how to navigate DoD…but you yourself cannot be present (behind the scenes advising us ok, front lines – not ok)…1 year for DoD, 2 years for Navy. The institutional knowledge of both Navy and DoD is an absolute asset and value you bring to our organization. Once again, I want to emphasize, nothing that breaches your ethical/ civil/ legal requirements…if my understanding of this is wrong, we are also open to adjusting…meaning your ability to educate us behind the scenes I believe is fully within your rights to do (please correct me if that is wrong)?

Having said this, as we discussed when we talked about joining next jump, "solely to be a token or entree into DoD business" (I cut and pasted your note…I think you should recall this is simple not true). Not the driver of our hiring decision. If it was, I think you know given the investigation and "tarnish" retirement, as you offered us several times, that would be an easy reason to rescind and not go through with this new partnership/ employment relationship.

The way I explain YOU – sharpest and most experienced leader we've met in all of DoD. That is the majority reason for our interest and our actions to hire you. Our business 2 is all around leadership development. The additional events that unfolded (unfortunately) "tarnishing"/complications should show a consistent and predictable commitment to that root reason for hiring you.

Are you seeing different? I can't tell if this is an over reaction, to a not fully processed 40 year not ideal way to end Navy…to NYC is expensive, new roles are unknown and scary…you've gotten to know us over 6+ years? We have gotten to know you. Anything I'm missing?

---

**From:** Robert Burke <​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Friday, September 9, 2022 3:15 PM
**To:** Charlie Kim <​​​​​​​​​​​​​​>; Meghan Messenger <​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** Re: Space Command….FW: [URL Verdict: Neutral][Non-DoD Source] RE: space command visit

Charlie,

Roger on the Sept Academy reflections - I really think most will generate conversation, some controversial, which is why I was waiting, but will shoot you a note separately - the notes I have ready do not stand on their own.

On the visit to Space Command - you don't seem to understand.   If I am invited back to a DoD entity in a personal capacity to speak or meet as an individual, that is one thing.   If Next Jump is invited, and I go as a representative of Next Jump (part of the team), that is entirely different.

The rules say (you have these):

"For a period of 1 year after leaving a senior position, former senior officials may not make communications or appearance on behalf of any other person, with intent to influence, before any officer or employee of the agency or agencies in which the individual served within 1 year prior to leaving the senior position, in connection with any matter on which official action is sought by such individual."

There is more, which clarifies that I am a senior official, and the "agency" is all of DoD for me.

Furthermore, while the rules on such matters for Active Duty were a matter of ethics guidelines and policy, administrative in nature, they are a matter of law for retired officers, subject to criminal prosecution.

A visit to Space Command will be great information and development for you and the Next Jump team.   Not so much for me.   It is hard to argue I would be there for any reason other than to influence a DoD leader's future decision.  How do you show there was no intent to use me (at least in part) to generate business down the line with them?   In a year, fair game.

In this first year (two for things considered "lobbying"), I am required to get an OSD legal review.   I would fully expect the answer to be unfavorable.

As I said earlier, some nuances and concerns that are better discussed outside of email if you wish to better understand my logic.   Suffice it to say,  I am enourmously uncomfortable with this, even if I were to get a favorable legal review, which I am not inclined to ask for in the present circumstances.   Again, more to be said - but not via email.

Finally, In the spirit of no LHF - if this is what you brought me onto the team for, solely to be a token or entree into DoD business, then we need to reconsider our relationship.   I was very clear on my legal limitations up front with you.  When law allows, I am not unwilling to work with you in that capacity as part of the job, but it's at least a year away, two depending on the nature of the task, but I think I offer much more than that I'm the meantime and after.

This entire discussion makes me feel incredibly nervous -   I've significantly obligated myself financially to make the move to NYC to be part of the Next Jump team.   If this does not fit your vision, I would respectfully ask that you tell me now because those financial obligations are not feasible on my retired pension alone.

Sincerely, Bob

On Fri, Sep 9, 2022 at 12:39 PM Charlie Kim <███████████████> wrote:

> Sept Academy reactions – can you just email us…it's easier for us to digest as we're constantly running around…anything that you don't want to email, we can talk when we meet but anything sooner always good (the rule of informating in as near real time as possible)
>
> DoD rules…I can't imagine that you can't step foot in any DoD entity…as I know very often post retirement, many 4-stars get invited back to speak…even paid to be guest speakers…I'm sure peg Klein, others…we've seen this b/c we've sat in these sessions…saw this with steve Wilson (AF)…
>
> Represent? What does that mean? b/c coming to not sell but learn of space command? Pushing the boundaries to try and understand…and once we navigate the right positioning…you could also then disclose to navy jag and when disclosed right, keeps us in the clear and a digital trail of doing things by the book….as in no way are we looking to do things not by the book (just to be clear)
>
> **From:** Robert Burke █████████████████>
> **Sent:** Friday, September 9, 2022 12:34 PM
> **To:** Charlie Kim <█████████████████>
> **Subject:** Re: Space Command….FW: [URL Verdict: Neutral][Non-DoD Source] RE: space command visit

Charlie,

I'm sorry - but unable to represent to any US DoD entity for at least one year, up to two years for certain elements.

I will look at the DoD rules and confirm what else I can do in the interim and get back to you.  Don't mean to sound ungrateful- but think you understand my situation.

I had some observations and thoughts on the Sep Leadership Academy as well as other topics.  Maybe we can set up a call to discuss unless you prefer to wait until I'm in town.  We have our lease all set and I expect to be in town setting up the apartment week of the 26th.  Still working through the onboarding process - last snags clear so should be done shortly.

Thanks.

Sincerely, Bob

On Fri, Sep 9, 2022 at 11:58 AM Charlie Kim <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:

Bob – is this something you are allowed to go with us on? No commercial agreement or engagement with Space Command or Air Force…it would be cool…we're planning dates and also you may have some thoughts on what to ask for, make the trip better…thoughts?

**From:** Charlie Kim <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Thursday, September 8, 2022 11:15 PM
**To:** LEONARD, BROOK J Maj Gen USAF USSPACECOM JFSCC/J0CS <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>;
**Cc:** Meghan Messenger <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** Re: [URL Verdict: Neutral][Non-DoD Source] RE: space command visit

Tank - I wouldn't over think it. I have no idea what space command is. My thinking is to plan a visit under this potential dual framework:

5

1/ bragging rights - From average civilian, What we've seen is seeing cool tech, combat, etc has people when they go back home to friends spouses say - I say this that…on one hand they don't even really know what they're talking about but we've done flight simulators. Taken pics next to planes. Control rooms that type of stuff

2/ our observation - I think you've seen given esp Meghan and my extensive accumulated knowledge and reps seeing so many different orgs globally, most ask and want our take on what we observed. So staff meeting to check points to celebration/ recognition, brainstorming etc. We can bring value in reciting back to you what we've observed. Most visits, in fact most military groups scheduled a group out loud reflection having NxJ team recite back what they observed. To maximize that people would sometimes break us into small teams of 4, 6 etc and then get more reaction at end of second day.

Does that help some?  First one is bragging rights optics "that was cool". Second one is the real consistency/ bibs ritual routine observation and then sums up at end of our teams take aways.

Get Outlook for iOS

---

**From:** LEONARD, BROOK J Maj Gen USAF USSPACECOM JFSCC/J0CS <████████████████████>
**Sent:** Thursday, September 8, 2022 10:10:16 PM
**To:** Charlie Kim <████████████████>; ████████████████████
**Cc:** Meghan Messenger <████████████████>
**Subject:** RE: [URL Verdict: Neutral][Non-DoD Source] RE: space command visit

Charlie - same building, slightly different org but close.

As for planning would like to talk over what you'd like to see / do…the your intent etc.

That will help me see what is feasible…whereas I was the #3 in charge of a large and growing command (one we grew from a startup but now has a lot of resources), I am shifting to #3 in a start up so little resources and therefore less leeway to bring a lot to bear for a visit.  I still am game and would love to do what I can if only to say hi and catch up in person and talk about space, and leadership….

Vr

Tank

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Charlie Kim <​██████████​>

**Date:** Thursday, Sep 08, 2022, 5:02 PM

**To:** LEONARD, BROOK J Maj Gen USAF USSPACECOM JFSCC/J0CS <​██████████​>, ██████████ <​██████████​>

**Cc:** Meghan Messenger <​██████████​>

**Subject:** [URL Verdict: Neutral][Non-DoD Source] RE: space command visit


Tank - my thinking (let me know if you think diff) is to let you settle into the new post (sounds like same org same building even so all good)...and if you could look out pencil in some possibilities in oct or nov...also which days are better from your end (earlier in the week, end? Middle?)...ideal for us would be either week of Nov 7 or week of Nov 14

On Admiral Burke - let's talk more when we meet in person...

-----Original Message-----
From: LEONARD, BROOK J Maj Gen USAF USSPACECOM JFSCC/J0CS <​██████████​>
Sent: Wednesday, September 7, 2022 8:17 PM
To: Charlie Kim <​██████████​>; ██████████
Cc: Meghan Messenger <​██████████​>
Subject: RE: space command visit

Charlie - my last day in the position is 14 Sep...but I am only moving up to the third floor and around the corner...

vr

Tank

Brook Leonard, Maj Gen, USAF
USSPACECOM, Chief of Staff
Comm: ██████
DSN: ██████

-----Original Message-----
From: Charlie Kim <​██████████​>
Sent: Wednesday, September 7, 2022 6:14 PM
To: LEONARD, BROOK J Maj Gen USAF USSPACECOM JFSCC/J0CS

7

<■■■■■■■■■■■■■■■■■■■■■■■■>; <■■■■■■■■■■■■■■>
Cc: Meghan Messenger <■■■■■■■■■■■■■■■■■■>
Subject: [URL Verdict: Neutral][Non-DoD Source] Re: space command visit

When is your last day there?

Get Outlook for iOS <https://aka.ms/o0ukef>

_____

From: LEONARD, BROOK J Maj Gen USAF USSPACECOM JFSCC/J0CS <■■■■■■■■■■■■■■■■■■■■■■■■>
Sent: Wednesday, September 7, 2022 8:08 PM
To: Charlie Kim <■■■■■■■■■■■■■■■■■■>; ■■■■■■■■■■■■■■ <■■■■■■■■■■■■■■■■■■>
Cc: Meghan Messenger <■■■■■■■■■■■■■■■■■■>
Subject: RE: space command visit

Charlie and Megan - so great to hear from you! I am transitioning out of my Chief of Staff role after 3+ years. Longest I have done any one thing in the military. I will transition to the Director of Operations (COO) for Combined Joint Task Force - Space Operations...still in Colorado Springs and associated with US Space Command but not as involved / positioned to drive the full visit support I would love to provide from what I infer below. I am open to work through your expectations and see if I can at all make this a GREAT visit. That said I am much more free to travel in my new job and so if an opportunity for a leadership seminar in NYC arose...count me in.

Great to hear about Admiral Burke...sounds like a great add to the team. What made him standout...?

P.S. - I love your leadership snipets...I watched the long range planning / 4 month whiteboard one the other day and am now looking to buy one and implement.

vr

Tank

Brook Leonard, Maj Gen, USAF
USSPACECOM, Chief of Staff
Comm: ■■■■■■■■
DSN: ■■■■■■

-----Original Message-----
From: Charlie Kim <■■■■■■■■■■■■■■■■■■>
Sent: Wednesday, September 7, 2022 2:25 PM
To: ■■■■■■■■■■■■■■■; LEONARD, BROOK J Maj Gen USAF USSPACECOM JFSCC/J0CS <■■■■■■■■■■■■■■■■■■>
Cc: Meghan Messenger <■■■■■■■■■■■■■■■■■■>
Subject: [Non-DoD Source] space command visit

Tank - hope you are doing well. I know all the efforts to get you to NYC

8

hasn't worked. We do an annual "Learning Tour" with some of our senior leaders (approx. 12) and wondered if a 2 day visit to Space Command some date in October or November could work? Would be interested in seeing how you operate, any exposure to leadership training, BIBs, etc.

Also not sure you know, but Admiral Burke (former CNP and then Vice Chief of the Navy - last post was 4-Star in charge of Europe and Africa Navy and Commander of NATO), retired recently and will be joining our team full time as of October 1.he was by the far the sharpest and most experienced leader out of everyone we met in all the services. Key member joining our movement to educate and inspire the new century leadership changes (old way vs new).

Let me know your thoughts on this.

Regards,

Charlie

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe