UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Robert P. Burke, Yongchul "Charlie" Kim, and Meghan Messenger,<br><br>        Defendants. | Case No. 1:24-cr-00265-TNM |

**DECLARATION OF AVI PERRY IN SUPPORT OF
DEFENDANTS YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S
JOINT MOTION TO SUPPRESS SEARCH WARRANT EVIDENCE**

I, Avi Perry, make this Declaration pursuant to 28 U.S.C. § 1476. I hereby declare as follows:

1. I am a member of the Bar of the District of Columbia and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Movant Yongchul "Charlie" Kim in the above-captioned action. As such, I am familiar with the facts and circumstances surrounding the action and the facts set forth herein.

2. I submit this Declaration in support of Yongchul "Charlie" Kim and Meghan Messenger's Joint Motion to Suppress Search Warrant Evidence.

3. Attached hereto as Exhibit 10 is a true and correct copy of the results of a search for Witness 1's name on the Google search engine on August 23, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of November 2024, at the District of Columbia.

| | |
|---|---|
| DATED November 25, 2024 | */s/ Avi Perry* |
| | Avi Perry |

Avi Perry (DC Bar No. 90023480)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C.  20005
Tel: (202) 538-8000
Fax: (202) 538-8100
aviperry@quinnemanuel.com

*Counsel for Defendant Yongchul "Charlie" Kim*