# EXHIBIT 1

# REDACTED



SENSITIVE - DOJ-0002598296



SENSITIVE - DOJ-0002598297

SENSITIVE - DOJ-0002598298



SENSITIVE - DOJ-0002598299



SENSITIVE - DOJ-0002598300

SENSITIVE - DOJ-0002598301

SENSITIVE - DOJ-0002598302

SENSITIVE - DOJ-0002598303





SENSITIVE - DOJ-0002598304



SENSITIVE - DOJ-0002598305



SENSITIVE - DOJ-0002598306



SENSITIVE - DOJ-0002598307



SENSITIVE - DOJ-0002598308



SENSITIVE - DOJ-0002598309



SENSITIVE - DOJ-0002598310



SENSITIVE - DOJ-0002598311