# EXHIBIT 2

# REDACTED

DOJ-0000009132



DOJ-0000009133



DOJ-0000009134



DOJ-0000009135



DOJ-0000009136



DOJ-0000009137



DOJ-0000009138



DOJ-0000009139



DOJ-0000009140



DOJ-0000009141



DOJ-0000009142



DOJ-0000009143



DOJ-0000009144



DOJ-0000009145



DOJ-0000009146



DOJ-0000009147



DOJ-0000009148



DOJ-0000009149



DOJ-0000009150



DOJ-0000009151



DOJ-0000009152



DOJ-0000009153



DOJ-0000009154



DOJ-0000009155



DOJ-0000009156



DOJ-0000009157



DOJ-0000009158



DOJ-0000009159



DOJ-0000009160



DOJ-0000009161



DOJ-0000009162



DOJ-0000009163



DOJ-0000009164



DOJ-0000009165



DOJ-0000009166



DOJ-0000009167



DOJ-0000009168



DOJ-0000009169



DOJ-0000009170



DOJ-0000009171



DOJ-0000009172



DOJ-0000009173



DOJ-0000009174



DOJ-0000009175



DOJ-0000009176



DOJ-0000009177



DOJ-0000009178



DOJ-0000009179



DOJ-0000009180



DOJ-0000009181



DOJ-0000009182



DOJ-0000009183



DOJ-0000009184



DOJ-0000009185



DOJ-0000009186



DOJ-0000009187



DOJ-0000009188



DOJ-0000009189



DOJ-0000009190



DOJ-0000009191



DOJ-0000009192



DOJ-0000009193



DOJ-0000009194



DOJ-0000009195



DOJ-0000009196



DOJ-0000009197



DOJ-0000009198



DOJ-0000009199



DOJ-0000009200



DOJ-0000009201



DOJ-0000009202



DOJ-0000009203



DOJ-0000009204



DOJ-0000009205





DOJ-0000009207



DOJ-0000009208



DOJ-0000009209



DOJ-0000009210



DOJ-0000009211



DOJ-0000009212



DOJ-0000009213