# EXHIBIT 3

# REDACTED

DOJ-0000046362