# EXHIBIT 7

# REDACTED

DOJ-0000710743

DOJ-0000710744

DOJ-0000710745

DOJ-0000710746

DOJ-0000710747

DOJ-0000710748

DOJ-0000710749

DOJ-0000710750

DOJ-0000710751

DOJ-0000710752

DOJ-0000710753

DOJ-0000710754

DOJ-0000710755

DOJ-0000710756

DOJ-0000710757

DOJ-0000710758

DOJ-0000710759

DOJ-0000710760

DOJ-0000710761

DOJ-0000710762

DOJ-0000710763

DOJ-0000710764

DOJ-0000710765

DOJ-0000710766

DOJ-0000710767

DOJ-0000710768

DOJ-0000710769

DOJ-0000710772

DOJ-0000710773

DOJ-0000710774

DOJ-0000710775

DOJ-0000710776

DOJ-0000710777

DOJ-0000710778

DOJ-0000710779

DOJ-0000710780

DOJ-0000710781

DOJ-0000710782

DOJ-0000710783

DOJ-0000710784

DOJ-0000710785

DOJ-0000710786

DOJ-0000710787

DOJ-0000710788

DOJ-0000710789

DOJ-0000710790

DOJ-0000710791

DOJ-0000710792

DOJ-0000710793

DOJ-0000710794

DOJ-0000710795

DOJ-0000710796

DOJ-0000710797

DOJ-0000710798

DOJ-0000710799

DOJ-0000710800

DOJ-0000710801

DOJ-0000710802

DOJ-0000710803

DOJ-0000710804

DOJ-0000710805

DOJ-0000710806

DOJ-0000710807

DOJ-0000710808

DOJ-0000710809

DOJ-0000710810

DOJ-0000710811

DOJ-0000710812

DOJ-0000710813

DOJ-0000710814

DOJ-0000710815

DOJ-0000710816

DOJ-0000710817

DOJ-0000710818

DOJ-0000710819

DOJ-0000710820

DOJ-0000710821

DOJ-0000710822

DOJ-0000710823

DOJ-0000710824

DOJ-0000710825

DOJ-0000710826

DOJ-0000710827

DOJ-0000710828

DOJ-0000710829

DOJ-0000710830

DOJ-0000710831

DOJ-0000710832

DOJ-0000710833

DOJ-0000710834

DOJ-0000710835

DOJ-0000710836

DOJ-0000710837

DOJ-0000710838

DOJ-0000710839

DOJ-0000710840

DOJ-0000710841

DOJ-0000710842

DOJ-0000710843

DOJ-0000710844

DOJ-0000710845

DOJ-0000710846

DOJ-0000710847

DOJ-0000710848

DOJ-0000710849

DOJ-0000710850

DOJ-0000710851

DOJ-0000710852

DOJ-0000710853

DOJ-0000710854

DOJ-0000710856

DOJ-0000710857

DOJ-0000710858

DOJ-0000710859

DOJ-0000710860

DOJ-0000710861

DOJ-0000710862

DOJ-0000710863

DOJ-0000710864

DOJ-0000710865

DOJ-0000710866

DOJ-0000710867

DOJ-0000710868

DOJ-0000710869

DOJ-0000710870

DOJ-0000710871

DOJ-0000710872

DOJ-0000710873

DOJ-0000710874

DOJ-0000710875

DOJ-0000710876

DOJ-0000710877

DOJ-0000710878

DOJ-0000710879

DOJ-0000710880

DOJ-0000710881

DOJ-0000710882

DOJ-0000710883

DOJ-0000710884

DOJ-0000710885

DOJ-0000710886

DOJ-0000710887

DOJ-0000710888

DOJ-0000710889

DOJ-0000710890

DOJ-0000710891

DOJ-0000710892

DOJ-0000710893

DOJ-0000710894

DOJ-0000710895

DOJ-0000710896

DOJ-0000710897

DOJ-0000710898

DOJ-0000710899

DOJ-0000710900

DOJ-0000710901

DOJ-0000710902

DOJ-0000710903

DOJ-0000710904

DOJ-0000710905

DOJ-0000710906

DOJ-0000710907