# EXHIBIT 10

# REDACTED

1

