# EXHIBIT 14

# REDACTED



DOJ-0000009337



DOJ-0000009338



DOJ-0000009339