UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT P. BURKE,<br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>**Defendants.** | Case No. 1:24-cr-00265-TNM |

### UNOPPOSED AND JOINT MOTION TO MODIFY BRIEFING SCHEDULE BY DEFENDANTS YONGCHUL "CHARLIE" KIM AND MEGHAN MESSENGER

Defendants Charlie Kim and Meghan Messenger jointly move to extend the time within which they must file reply briefs in support of their joint motions to strike and suppress—from January 3, 2025, to January 17, 2025. ECF 60, 61. The government does not oppose the relief sought in this motion.

On September 23, 2024, the Court set a January 17, 2025, reply deadline concerning pretrial motions as to Defendant Robert Burke. On November 22, 2024, the Court set a January 3, 2025, reply deadline for certain pretrial motions filed by Kim and Messenger. To align the briefing schedules, Defendants Kim and Messenger respectfully request that the Court extend the time within which they must file reply briefs related to their motions to strike and suppress from January 3, 2024, to January 17, 2024.

1

Counsel for Defendants Kim and Messenger conferred with counsel for the government, and counsel for the government stated on December 5, 2024, that the government consents to the extension sought in this motion.

Respectfully submitted,

DATED December 5, 2024        /s/ William A. Burck
                              William A. Burck

| | |
|---|---|
| Rocco F. D'Agostino (Bar No. NY0592)<br>445 Hamilton Ave., Suite 605<br>White Plains, NY 10601<br>Tel: (914) 682-1993<br><br>*Counsel for Defendant Meghan Messenger* | William A. Burck (DC Bar No.: 979677)<br>Avi Perry (DC Bar No. 90023480)<br>Rachel G. Frank (DC Bar No.: 1659649)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C.  20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br>williamburck@quinnemanuel.com<br>aviperry@quinnemanuel.com<br>rachelfrank@quinnemanuel.com<br><br>Christopher Clore (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Ave, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-8100<br>christopherclore@quinnemanuel.com<br><br>*Counsel for Defendant Yongchul "Charlie" Kim* |