UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Robert P. Burke,**<br><br>**Yongchul "Charlie" Kim, and**<br><br>**Meghan Messenger,**<br><br>          **Defendants.** | **Case No. 1:24-cr-00265-TNM** |

**[Proposed] ORDER GRANTING DEFENDANTS' YONGCHUL
"CHARLIE" KIM'S AND MEGHAN MESSENGER'S
JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendants Yongchul "Charlie" Kim's and Meghan Messenger's Joint Motion to Modify Briefing Schedule, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants Kim and Messenger must respond to certain motions *in limine* filed by the government (ECF 69, 70) by December 20, 2024, and the government must file associated reply briefing by January 17, 2025.

 

                                                             **Hon. Trevor N. McFadden**
                                                             **United States District Judge**