UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT P. BURKE,<br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>Defendants. | Case No. 1:24-cr-00265-TNM |

**DEFENDANTS' YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S
JOINT MOTION TO COMPEL**

Defendants Yongchul "Charlie" Kim and Meghan Messenger (the "Movants"), by and through undersigned counsel, hereby jointly move for an order compelling the government to (i) re-review all material within its possession, custody, or control—including the files of other executive agencies—for discoverable material, and (ii) produce all discoverable material that has not yet been disclosed. In support of this Motion, Movants rely on their memorandum of law. Movants respectfully request oral argument.

Respectfully submitted,

DATED February 4, 2025                /s/ William A. Burck
                                      William A. Burck

| | |
|---|---|
| Rocco F. D'Agostino (Bar No. NY0592)<br>445 Hamilton Ave., Suite 605<br>White Plains, NY 10601<br>Tel: (914) 682-1993<br><br>*Counsel for Defendant Meghan Messenger* | William A. Burck (DC Bar No.: 979677)<br>Avi Perry (DC Bar No. 90023480)<br>Rachel G. Frank (DC Bar No.: 1659649)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C.  20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br>williamburck@quinnemanuel.com<br>aviperry@quinnemanuel.com<br>rachelfrank@quinnemanuel.com<br><br>Christopher Clore (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 5th Ave.<br>New York, NY 10016<br>Tel: (212) 849-7000<br>Fax: (212) 849-8100<br>christopherclore@quinnemanuel.com<br><br>*Counsel for Defendant Yongchul "Charlie" Kim* |