# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 24-265 (TNM) |
| v. | : | |
| | : | |
| YONGCHUL "CHARLIE" KIM, and | : | |
| | : | |
| MEGHAN MESSENGER, | : | |
| | : | |
| Defendants. | : | |

## UNITED STATES' CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

The United States of America, by and through its undersigned attorneys, respectfully moves to modify the trial briefing schedule with respect to the trial of Defendants Yongchul "Charlie" Kim and Meghan Messenger, which is set for August 18, 2025. The proposed modified briefing schedule is below. The proposed dates are based on the Court's standard practices of allowing three weeks between each set of filings and having replies due two weeks prior to the pretrial conference which, in this case, is currently scheduled for July 25, 2025.

Counsel for Kim consent to the government's motion. The Government did not receive a response from Counsel for Messenger.

Proposed Modified Briefing Schedule:

| | |
|---|---|
| May 30, 2025 | Due date for Motions in Limine, Motions to Suppress, Motions to Dismiss, 404(b) Notices, Expert Notices |
| June 20, 2025 | Oppositions |
| July 11, 2025 | Replies, Preliminary Jury Instructions, Joint Proposed Final Jury Instructions and Voir Dire |

2

                Respectfully submitted,

                Edward R. Martin, JR.
                UNITED STATES ATTORNEY

By:     */s/ Rebecca G. Ross*
                Rebecca G. Ross
                NY Bar # 5590666
                Assistant United States Attorney
                601 D Street N.W.
                Washington, DC 20530

                Trevor Wilmot
                Kathryn E. Fifield
                Trial Attorneys
                1301 New York Ave. NW
                Washington, D.C. 20530