UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT P. BURKE,<br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>Defendants. | Case No. 1:24-cr-00265-TNM |

## AGREED STIPULATION

Defendants Yongchul "Charlie" Kim and Meghan Messenger, and the United States of America, hereby submit the following stipulation, which the parties have discussed and jointly agree upon:

The emails attached as Exhibits 1 to 4 (the "Emails") and described below are true and correct copies of the original records, and therefore the parties agree that the Emails are authentic for purposes of the Federal Rules of Evidence, including Rule 901. The United States hereby waives any objections to the Emails' authenticity. The United States reserves all other objections to the admissibility of the Emails.

Exhibit 1: Email dated April 9, 2021, from Charlie Kim to Charlie Kim and Meghan Messenger, and blind copying various recipients. The email has the subject line "Next Jump Update…" and bears Bates numbers CK_00000239 – CK_00000240.

Exhibit 2: Email dated April 13, 2021, from Charlie Kim to Charlie Kim and Meghan Messenger, and blind copying various recipients. The email has the subject line "Follow up: Next Jump Update…" and bears Bates numbers CK_00000241 – CK_00000244.

Exhibit 3: Email with attachments dated July 28, 2021, from Charlie Kim to Charlie Kim, copying Meghan Messenger and Kevin McCoy, and blind copying various recipients. The email

has the subject line "Next Jump Investor Update: Q1 2021," and the email and attachments bear Bates numbers CK_00000245 – CK_00000254.

Exhibit 4:  Email with attachments dated July 28, 2022, from Charlie Kim to Charlie Kim, copying Meghan Messenger and Kevin McCoy, and blind copying various recipients.  The email has the subject line "Next Jump Investor Update...," and the email and attachments bear Bates numbers CK_00000255 – CK_00000294.

Respectfully submitted,

DATED March 18, 2025

/s/ William A. Burck
William A. Burck

Rocco F. D'Agostino
(Bar No. NY0592)
445 Hamilton Ave., Suite 605
White Plains, NY 10601
Tel: (914) 682-1993

*Counsel for Defendant Meghan Messenger*

William A. Burck (DC Bar No.: 979677)
Avi Perry (DC Bar No.: 90023480)
Rachel G. Frank (DC Bar No.: 1659649)
John (Fritz) Scanlon (DC Bar No.:
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com
aviperry@quinnemanuel.com
rachelfrank@quinnemanuel.com
fritzscanlon@quinnemanuel.com

Christopher Clore (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Ave
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-8100
christopherclore@quinnemanuel.com

*Counsel for Defendant Yongchul "Charlie" Kim*

MATTHEW R. GALEOTTI
SUPERVISORY OFFICIAL
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By: \_/s/_____
Trevor Wilmot
Kathryn Fifield
Trial Attorneys
Public Integrity Section
1301 New York Ave. NW
Washington, D.C. 20530
Office: (202) 514-1412

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

\_/s/_____
Rebecca G. Ross
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530
Office: (202) 252-4490

*Counsel for the United States of America*