# EXHIBIT 3

| | |
|---|---|
| **From:** | "Charlie Kim" <ckim@nextjump.com> |
| **Sent:** | Wed 7/28/2021 2:25:44 AM (UTC) |
| **To:** | "Charlie Kim" <ckim@nextjump.com> |
| **Cc:** | "Meghan Messenger" <mmessenger@nextjump.com>, "Kevin McCoy" <kmccoy@nextjump.com> |
| **Bcc:** | "Ken Ackerman (kenyak1@gmail.com)" <knyak1@gmail.com>, "bha1046@aol.com" <bha1046@aol.com>, "dakbarian@yahoo.com" <dakbarian@yahoo.com>, "mbachynski@comcast.net" <mbachynski@comcast.net>, "David Ban (davidban@excelfin.com)" <davidban@excelfin.com>, "robertbasso@comcast.net" <robertbasso@comcast.net>, "pbaugier@metrowine.com" <pbaugier@metrowine.com>, "steven_benardete@yahoo.com" <steven_benardete@yahoo.com>, "dgbooth@eastferryinv.com" <dgbooth@eastferryinv.com>, "J. Christopher Burch (cburch@burchcreativecapital.com)" <cburch@burchcreativecapital.com>, "Behar Cami (beharcami@msn.com)" <beharcami@msn.com>, "cesca1101@yahoo.com" <cesca1101@yahoo.com>, "judith.bartolomeo@ubs.com" <judith.bartolomeo@ubs.com>, "judith.bartolomeo@ubs.com" <judith.bartolomeo@ubs.com>, "tclorite@hotmail.com" <tclorite@hotmail.com>, "adargan@lanscap.com" <adargan@lanscap.com>, "rdelbell@aol.com" <rdelbell@aol.com>, "Vasant@Dhar.com" <Vasant@Dhar.com>, "richard.dunn@me.com" <richard.dunn@me.com>, "albacker@msn.com" <albacker@msn.com>, "Sarah G. Foley (sarahgfoley@gmail.com)" <sarahgfoley@gmail.com>, "Marc Gabelli (sberni@ggcpinc.com)" <sberni@ggcpinc.com>, "Paul Gibbons (paul@apartofny.com)" <paul@apartofny.com>, "Gold48@gmail.com" <Gold48@gmail.com>, "agupta@operasolutions.com" <agupta@operasolutions.com>, "Denise Isaac (deedisaac@gmail.com)" <deedisaac@gmail.com>, "djones4477@aol.com" <djones4477@aol.com>, "Rory Keane (rorykeane@yahoo.com)" <rorykeane@yahoo.com>, "Spkelley@mac.com" <Spkelley@mac.com>, "pkonowitch@haightscross.com" <pkonowitch@haightscross.com>, "akontos@comcast.net" <akontos@comcast.net>, "kwansoolee@yahoo.com" <kwansoolee@yahoo.com>, "lo_lillian@yahoo.com" <lo_lillian@yahoo.com>, "Vincent Lo (lovincent78@yahoo.com)" <lovincent78@yahoo.com>, "patrice.abel@fmr.com" <patrice.abel@fmr.com>, "Alexandra Mandis (aemandis@me.com)" <aemandis@me.com>, "mcenteefk@aol.com" <mcenteefk@aol.com>, "Michael McFadden" <michaelfmcfadden@gmail.com>, "Evangelos (Van) M. Mellis (mellisv@otenet.gr)" <mellisv@otenet.gr>, "Anand Melvani (anand.melvani@gmail.com)" <anand.melvani@gmail.com>, "mpmullenmd@aol.com" <mpmullenmd@aol.com>, "Neiweem, Holly" <Holly.Neiweem@morganstanley.com>, "Thomas Neumann (twneumann3@gmail.com)" <twneumann3@gmail.com>, "stan@esoneal.com" <stan@esoneal.com>, "Kevin Parker (keparker001@gmail.com)" <keparker001@gmail.com>, "ulla@parkernyc.com" <ulla@parkernyc.com>, "johnhpascal@aol.com" <johnhpascal@aol.com>, "michaelreeber@yahoo.com" <michaelreeber@yahoo.com>, "Bill (William) Reid (reidwilliam@msn.com)" <reidwilliam@msn.com>, "Trey Rhyne (rhyne.trey@gmail.com)" <rhyne.trey@gmail.com>, "cjrohrbach@hotmail.com" <cjrohrbach@hotmail.com>, "schleyj@aol.com" <schleyj@aol.com>, "Donald J. Schneider (Donschneider1@optonline.net)" <Donschneider1@optonline.net>, "Stan J. Schrager (stanjschr@aol.com)" <stanjschr@aol.com>, "Thomas W. Scott (thos.w.scott@gmail.com)" <thos.w.scott@gmail.com>, "reg.seeto@gmail.com" <reg.seeto@gmail.com>, "nseth1@yahoo.com" |

|  |  |
|---|---|
| | <nseth1@yahoo.com>, "Dhiren H. Shah (dhiren.shah1960@gmail.com)" <dhiren.shah1960@gmail.com>, "paddyshanahan@hotmail.com" <paddyshanahan@hotmail.com>, "gsharenow@aol.com" <gsharenow@aol.com>, "Ken Shigekawa (ken.shigekawa@fmb.com)" <ken.shigekawa@fmb.com>, "ram@sherpalo.com" <ram@sherpalo.com>, "Adam Stern (adam@taborlake.com)" <adam@taborlake.com>, "marc.stern@tcw.com" <marc.stern@tcw.com>, "Jim Sullivan (jim@galaxymgt.com)" <jim@galaxymgt.com>, "jlwarner@mindspring.com" <jlwarner@mindspring.com>, "Kyle Widrick (kwidrick@jchristophercapital.com)" <kwidrick@jchristophercapital.com> |
| **Subject:** | Next Jump Investor Update: Q1 2021 |
| **Sent:** | Wed 7/28/2021 2:25:44 AM (UTC) |
| **Attachment:** | Q1 2021 IS BS Slides Investor Letter.pdf |
| **Attachment:** | NxJ Investor Letter Q1 2021 v1.pdf |

Dear Investors,

This investor update has been sitting in our inbox as we've wanted to give an updated timed with key developments in our Navy relationship. A series of meetings culminated to an in-person DC meeting with the 4-star Navy Admiral last Friday. Which was an important discussion to give a proper update on what is happening and what is next on the Navy and Business 2. See below for additional update from Kevin McCoy, our new Head of Finance & Operations. Kevin has been with us for over 20 years and has been MD of our UK office.

BLUF (bottom-line-up-front): Navy relationship is progressing into 3 phases. In Phase 3, 4-Star Navy Admiral Burke is looking to join Next Jump as a full-time employee in July 2022 (please keep this information as privileged and confidential).

In our engagement with Bob Burke, 4-Star Navy Admiral in charge of Europe & Africa (former Head of Navy HR (CNP), former #2 of Navy (VCNO)), he proposed 2 options as a way forward:
Option 1 – larger All-Navy deal (640K Sailors) where he would champion us to CNO Gilday and VCNO Lescher.
Option 2 – smaller Europe & Africa Navy deal (14K Sailors), all under Bob Burke's command, before going for a larger All-Navy deal.

After much discussion and back and forth, as well as learning from the last pilot program, we decided Option 2 as the smarter, more strategic path to success. The bureaucracy at the Pentagon in navigating an All-Navy deal could fall apart anywhere between the contracting process to the implementation process. Microsoft recently paid a similar price, after winning their $10-billion JEDI contract for cloud services (which took years)…had it recently fall apart and got canceled. In short, getting dragged through bureaucracy can kill you.

Starting under Burke's command and control will help us build the tangible proof and results before scaling to an All-Navy deal. This is a very precise and deliberate approach.

Phase 1 – single digit millions contract to start almost immediately in Burke's Navy 2021 budget (fiscal year ends Sept 30, 2021). Key objective to produce demonstratable metrics of success in Navy Europe and Africa. We are going to start with their Destroyer (ships) and P-8 (planes) squadrons, a little less than 2K headcount.

CK_00000246

Phase 2 – armed with this success/ metrics report from Phase 1, Burke would then sponsor a discussion towards a larger Navy contract in two parts:
    Part 1 – upgrade engagement in Burke's world of Europe and Africa into the 2022 Navy Budget (starting Oct 1, 2021), under their "Culture of Excellence" program. Burke holds 1 of 3 votes within the 3 Fleet Commanders (all 4-stars who command the warfighting Sailors on mission) in the use of this budget. Likely to be in the double digit millions.
    Part 2 – upgrade to All-Navy contract, armed with the data from Phase 1, Burke would help navigate the decision making process with CNO Gilday and VCNO Lescher. Likely to be in the triple digit millions.

Phase 3 – July 2022, Burke would join Next Jump as a full-time employee in our NYC office. Having run HR in the Navy for 3 years, as well as the F100 relationships he has built, we believe he will be a strategic player in helping us expand our Business 2 HR Software business into the F500 world (our Business 1 PerksAtWork clients). Please keep this confidential, we will share more as we are able.

Link to Admiral Burke's Bio:
https://www.navy.mil/Leadership/Biographies/BioDisplay/Article/2236163/admiral-robert-burke/

Regards,
Charlie & Meghan

----- *Note from Kevin McCoy, Our New Head of Finance & Operations* -----

*Dear Investors,*

*We are writing to share our Q1 financials and update you on the state of the business.  Overall, we feel the worst of the pandemic is behind us and we are optimistic that both our our core business (e-commerce, Biz1) and our new business (HR tech, Biz2) are well positioned for the future.  While Q1 lagging results are similar to what we saw throughout most of last year, we are now seeing signs that the core business should return to profitability in second half of 2021.*

**New Office Opening / Future of Work**
*We will be opening Next Jump's new flagship HQ in NYC this summer - on **August 14th**, we will be hosting an opening event in our new office called **"The Future of Work".**  Global thought leaders across industry including military, corporate, Olympic/Pro athletes, and authors will be in attendance. Intent is to leverage the space as a key part to our Business 2 sales & marketing strategy.*

**Core Business Update**
*Our core business has continued to be affected by the global pandemic, with Q1 results similar to most of last year; however, the vaccine programs in both the US and UK have begun changing the landscape - lockdowns and restrictions have begun to ease and we are beginning to see a trend towards more normal environment.  Most notably, we have seen a steady upwards trend in the two key categories (Travel & Tickets) that had gone to near zero during the pandemic.  Starting in March we began to see pick up in Travel in the US with similar happening in May for the UK.  The Tickets category continued to be inactive in Q1 but has now begun to see signs of life starting in the latter half of Q2 (particularly in the UK where cinemas opened starting May 17th).  While nowhere near pre-pandemic levels yet, we are optimistic that these early signs of recovery will strengthen our results for*

*second half of 2021.*

*There are still many uncertainties remaining, including how companies will choose to return to offices and tackle new challenges/hurdles on what normalcy now looks like.  We are finding that HR groups are under increasing pressure to support new ways of working including hybrid working and working from home.  We feel we are well positioned to help them meet these challenges.  We have gone on the offensive with both existing clients and new prospects to ensure that we use this transition as a time to connect & grow our relationships.  We are seeing companies (re)evaluating existing suppliers/providers to make sure that they are relevant to the new normal.  Our investment over the past year in two new products that directly support the hybrid model means we are well placed to help HR departments.  Specifically, the development of Community Online Academy as well as programs that enable our clients to subsidize things like childcare, wellness programs, and work from home setup for employees have helped us upgrade to more strategic level with key partners.*

**Operations**
*We have begun to shore-up our operations in a few key areas.  We have begun partnerships with service providers for non-core areas like IT, customer services, HR payroll & healthcare administration, and accounting.  These partnerships are intended to outsource some of the more manual and repeat tasks needed to run the organization – we expect this will yield both a cost savings as well as a mindshare/energy savings for key employees and management.  In Q1, we secured a second PPP Loan in US for $1.7M and are already in the process of getting the first loan forgiven (applying for forgiveness of first loan from Q2-2020).  Please find attached the more formal Q1 investor letter & unaudited financials.*

**Summary**
*In summary, we know these continue to be unprecedent times – we feel that the investments we have made over past 12 months will pay off as companies transition to new ways of working.  Our confidence also remains high that our work with the US Navy is close to coming to fruition, which will be a game changer for the company.  As always, if you have any questions or concerns, we would love to hear from you.  We wish you and your families a happy and healthy summer.*

*Best regards,*
*Kevin McCoy*
*Head of Finance & Operations*

**Next Jump Q1 2021 Consolidated Income Statement  (Unaudited)**

(in millions)

| | Q1 2021 | Q1 2020 | $ Change over LY | % Change over LY |
|---|---|---|---|---|
| **GMV**[1] | | | | |
|    Auto | $143 | $169 | ($26) | (15%) |
|    Non-Auto | 128 | 190 | (62) | (33%) |
| **Total** | 271 | 359 | (89) | (25%) |
| | | | | |
| **Revenue** | | | | |
|    Fixed Fee Revenue[2] (Biz 1) | 0.6 | 0.4 | 0.2 | 50% |
|    Fixed Fee Revenue[3] (Biz 2) | 0.0 | 0.0 | 0.0 | |
|    Transaction Revenue | 8.1 | 11.9 | (3.8) | (32%) |
| **Total Revenue** | 8.7 | 12.3 | (3.6) | (29%) |
| | | | | |
| **Expenses** | | | | |
|    Salary & Benefits | 3.2 | 3.9 | (0.7) | (17%) |
|    Rent & Utilities | 1.0 | 1.2 | (0.2) | (18%) |
|    Internet Services Expenses | 0.3 | 0.5 | (0.2) | (38%) |
|    Business Expenses | 0.7 | 0.6 | 0.1 | 21% |
|    Professional Services | 0.5 | 0.4 | 0.2 | 43% |
|    Services Charges Expenses | 0.6 | 0.7 | (0.1) | (10%) |
|    Third Party Payments | 0.0 | 0.0 | (0.0) | |
|    Bad Debt Expense | 0.0 | 0.0 | (0.0) | |
|    WOWPoints | 3.5 | 4.0 | (0.5) | (13%) |
| **Total Operating Expenses** | 9.8 | 11.2 | (1.4) | (12%) |
| | | | | |
| **EBITDA** | (1.1) | 1.1 | (2.2) | (199%) |
| | | | | |
| **Other Income & Depreciation** | (0.4) | (0.4) | (0.1) | 14% |
| | | | | |
| **Earnings Before Tax** | (1.5) | 0.7 | (2.3) | (309%) |
| | | | | |
| **Tax** | 0.0 | 0.0 | 0.0 | |
| | | | | |
| **Net Income (Loss)** | (1.5) | 0.7 | (2.3) | (309%) |

**Notes**

**1**. Gross Merchandise Volume (GMV) is the gross dollar value of transactions which take place on or from Next Jump's marketplaces.
**2**. Fixed Fee Revenue (Biz 1) includes non-transactional fixed fee revenue from Networks.

**2021 and 2020 Summary Consolidated Balance Sheets (unaudited)**

<u>(in millions)</u>

|  | Unaudited<br>March 31, 2021 | Unaudited<br>March 31, 2020 |
|---|---|---|
| Cash & Cash Equivalents | $23.7 | $23.6 |
| Letter of Credit and Security Deposits | $10.8 | $10.9 |
| **Total Cash** | **$34.5** | **$34.4** |
|  |  |  |
| Accounts Receivable, net | $11.3 | $13.1 |
| Prepaid + Other Assets | $4.4 | $7.3 |
| Property Plant & Equipment, net | $4.1 | $3.2 |
| **Total Assets** | **$54.3** | **$58.1** |
|  |  |  |
| Current Liabilities | $24.7 | $33.5 |
| Long-Term Liabilities | $39.1 | $33.9 |
| Shareholders' Equity | ($9.5) | ($9.2) |
| **Total Liabilities & Equity** | **$54.3** | **$58.1** |

**Next Jump GMV ($M)**



(1) Gross Merchandise Volume (GMV) is the gross dollar value of transactions which take place on or from Next Jump's marketplaces.  These are unaudited and estimated figures.

**Next Jump Transaction and Fixed Fee Revenue ($M)**



**Next Jump Biz 2 Revenue ($M)**





# Q1 2021 Investor Letter

Charlie Kim
Founder & Co-CEO

May 14, 2021

Dear Investor:

Unaudited financial results for Q1 ended March 31, 2021 were as follows:

- Gross Merchandise Volume (GMV) is the estimated amount of sales volume generated from our marketplace. GMV for Q1 2021 amounted to $271 million, 25% lower than $359 million in Q1 2020. This was comprised of $143 million of Auto, down 15% year-on-year, and $127 million in Non-Auto, down 33% year-on-year.

- Total Q1 2021 Revenue was $8.7 million, 29% decrease compared to $12.3 million for Q1 2020. Out of this:

    - **Transaction Revenue** includes revenue earned from merchant revenue share agreements based on sales volume that originated through our sites. Transaction Revenue for Q1 2021 was $8.1 million, down 32% on $11.9 million in Q1 2020.

    - **Fixed Fee Revenue (Biz 1)** includes secured revenue from customer networks, corporate implementation fees, and membership upgrade services. Fixed fee revenue for Q1 2021 was $0.6 million, up 50% on $0.4 million in Q1 2020.

    - **Fixed Fee Revenue (Biz 2)** includes secured revenue from organizations using Next Jump HR software and technology to help create and improve workplace culture and decision making. There was no Revenue for Biz 2 in Q1 2021 and Q1 2020.

- The Company earned -$1.1 million in EBITDA for Q1 2021, compared to $1.1 million for Q1 2020.

- Net income was -$1.5 million for Q1 2021, compared to $0.7 million for Q1 2020.

- Total Operating Expenses for Q1 2021, including depreciation and WOWPoints, were $9.8 million, a decrease of 12% from $11.2 million in Q1 2020.



Non-financial results for Q1 2021 were as follows:

- REGISTERED USERS: Registered Users are consumers that have created accounts on our marketplaces (1) directly via Corporate or Institutional marketing, or (2) indirectly through our B2B marketplaces which are installed on corporate intranets. Cumulative Q1 2021 Registered Users decreased by 14% to 18.9 million compared to 22 million in Q1 2020.

- UNIQUE USERS: Unique Users are Registered Users that have accessed our marketplaces. For Q1 2021, this metric is at 2.0 million compared to 3.1 million for Q1 2020, a decrease of 35%.

- BUYERS: We measure consumer engagement by Unique Users who transact, which we term Buyers. Buyers for Q1 2021 were 230,000, a decrease of 53% compared to 493,000 Buyers in Q1 2020.

**Financial Highlights**

|  | Q1 2021 | Q1 2020 | % Change |
|---|---|---|---|
| **Gross Merchandise Volume** | $271 M | $359 M | (25%) |
| Auto GMV | $143 M | $169 M | (15%) |
| Non-Auto GMV | $128 M | $190 M | (33%) |
| **Total Revenue** | $8.7 M | $12.3 M | (29%) |
| Transaction Revenue | $8.1 M | $11.9 M | (32%) |
| Fixed Fee Revenue (Biz 1) | $0.6 M | $0.4 M | 50% |
| Fixed Fee Revenue (Biz 2) | $0.0 M | $0.0 M | 0% |
| **Expenses** (including Depreciation) | $10.2 M | $11.6 M | (12%) |



**Summary Balance Sheet**

At the end of Q1 2021 we held $34.5 million in cash, investments, letters of credit, and security deposits, compared to $34.4 million to end Q1 2020.

**Financial Summaries**

Please find the following summaries attached:
1) Q1 2021 Consolidated Income Statement (Unaudited)
2) Q1 2021 Summary Consolidated Balance Sheet (Unaudited)
3) GMV and Transaction Revenue Trends by Quarter

We welcome any questions you may have. For Investor Relations, please feel free to email or call David Jacobs, Accounting/Finance, at djacobs@nextjump.com or (212) 685-7101 x123 or myself at x107.

Best regards,

Charlie Kim, Founder & CEO
ckim@nextjump.com

**Safe Harbor Statement**
Statements in this investor letter that are not strictly historical are "forward-looking" statements that are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These statements are based on management's current expectation or beliefs, and are subject to risks, trends and uncertainties. Actual results, performance or achievements may differ materially from those expressed or implied by the statements herein due to factors that include, but are not limited to, the following: (i) our inability to attract and retain merchants, (ii) our dependence upon our relationships with payment card issuers, transaction processors, presenters and aggregators, (iii) changes to payment card association rules and practices, (iv) economic changes, (v) our inability to attract and retain active users, (vi) network interruptions, processing interruptions or processing errors, (vii) susceptibility to a changing regulatory environment, (viii) increased operating costs or loss of users due to privacy concerns of our program partners, payment card processors and the public, (ix) the failure of our security measures, (x) the loss of key personnel, and (xi) increasing competition. We undertake no obligation to, and expressly disclaim any such obligation to, update or revise any forward-looking statements to reflect changed assumptions, the occurrence of anticipated or unanticipated events, changes to future results over time or otherwise, except as required by law.