# EXHIBIT 4

| | |
|---|---|
| **From:** | "Charlie Kim" <ckim@nextjump.com> |
| **Sent:** | Thur 7/28/2022 1:27:10 AM (UTC) |
| **To:** | "Charlie Kim" <ckim@nextjump.com> |
| **Cc:** | "Meghan Messenger" <mmessenger@nextjump.com>, "Kevin McCoy" <kmccoy@nextjump.com> |
| **Bcc:** | "Ken Ackerman (kenyak1@gmail.com)" <knyak1@gmail.com>, "bha1046@aol.com" <bha1046@aol.com>, "dakbarian@yahoo.com" <dakbarian@yahoo.com>, "mbachynski@comcast.net" <mbachynski@comcast.net>, "David Ban (davidban@excelfin.com)" <davidban@excelfin.com>, "robertbasso@comcast.net" <robertbasso@comcast.net>, "pbaugier@metrowine.com" <pbaugier@metrowine.com>, "steven_benardete@yahoo.com" <steven_benardete@yahoo.com>, "dgbooth@eastferryinv.com" <dgbooth@eastferryinv.com>, "J. Christopher Burch (cburch@burchcreativecapital.com)" <cburch@burchcreativecapital.com>, "Behar Cami (beharcami@msn.com)" <beharcami@msn.com>, "cesca1101@yahoo.com" <cesca1101@yahoo.com>, "judith.bartolomeo@ubs.com" <judith.bartolomeo@ubs.com>, "judith.bartolomeo@ubs.com" <judith.bartolomeo@ubs.com>, "tclorite@hotmail.com" <tclorite@hotmail.com>, "adargan@lanscap.com" <adargan@lanscap.com>, "rdelbell@aol.com" <rdelbell@aol.com>, "Vasant@Dhar.com" <Vasant@Dhar.com>, "richard.dunn@me.com" <richard.dunn@me.com>, "albacker@msn.com" <albacker@msn.com>, "Sarah G. Foley (sarahgfoley@gmail.com)" <sarahgfoley@gmail.com>, "Marc Gabelli (sberni@ggcpinc.com)" <sberni@ggcpinc.com>, "Paul Gibbons (paul@apartofny.com)" <paul@apartofny.com>, "Gold48@gmail.com" <Gold48@gmail.com>, "agupta@operasolutions.com" <agupta@operasolutions.com>, "Denise Isaac (deedisaac@gmail.com)" <deedisaac@gmail.com>, "djones4477@aol.com" <djones4477@aol.com>, "Rory Keane (rorykeane@yahoo.com)" <rorykeane@yahoo.com>, "Spkelley@mac.com" <Spkelley@mac.com>, "pkonowitch@haightscross.com" <pkonowitch@haightscross.com>, "akontos@comcast.net" <akontos@comcast.net>, "kwansoolee@yahoo.com" <kwansoolee@yahoo.com>, "lo_lillian@yahoo.com" <lo_lillian@yahoo.com>, "Vincent Lo (lovincent78@yahoo.com)" <lovincent78@yahoo.com>, "patrice.abel@fmr.com" <patrice.abel@fmr.com>, "Alexandra Mandis (aemandis@me.com)" <aemandis@me.com>, "mcenteefk@aol.com" <mcenteefk@aol.com>, "Michael McFadden <michaelfmcfadden@gmail.com>, "Evangelos (Van) M. Mellis (mellisv@otenet.gr)" <mellisv@otenet.gr>, "Anand Melvani (anand.melvani@gmail.com)" <anand.melvani@gmail.com>, "mpmullenmd@aol.com" <mpmullenmd@aol.com>, "Neiweem, Holly <Holly.Neiweem@morganstanley.com>, "Thomas Neumann (twneumann3@gmail.com)" <twneumann3@gmail.com>, "stan@esoneal.com" <stan@esoneal.com>, "Kevin Parker (keparker001@gmail.com)" <keparker001@gmail.com>, "ulla@parkernyc.com" <ulla@parkernyc.com>, "johnhpascal@aol.com" <johnhpascal@aol.com>, "michaelreeber@yahoo.com" <michaelreeber@yahoo.com>, "Bill (William) Reid (reidwilliam@msn.com)" <reidwilliam@msn.com>, "Trey Rhyne (rhyne.trey@gmail.com)" <rhyne.trey@gmail.com>, "cjrohrbach@hotmail.com" <cjrohrbach@hotmail.com>, "schleyj@aol.com" <schleyj@aol.com>, "Donald J. Schneider (Donschneider1@optonline.net)" <Donschneider1@optonline.net>, "Stan J. Schrager (stanjschr@aol.com)" <stanjschr@aol.com>, "Thomas W. Scott (thos.w.scott@gmail.com)" <thos.w.scott@gmail.com>, "reg.seeto@gmail.com" <reg.seeto@gmail.com>, "nseth1@yahoo.com" |

<nseth1@yahoo.com>, "Dhiren H. Shah (dhiren.shah1960@gmail.com)"
<dhiren.shah1960@gmail.com>, "paddyshanahan@hotmail.com"
<paddyshanahan@hotmail.com>, "gsharenow@aol.com"
<gsharenow@aol.com>, "Ken Shigekawa (ken.shigekawa@fmb.com)"
<ken.shigekawa@fmb.com>, "ram@sherpalo.com" <ram@sherpalo.com>,
"Adam Stern (adam@taborlake.com)" <adam@taborlake.com>,
"marc.stern@tcw.com" <marc.stern@tcw.com>, "Jim Sullivan
(jim@galaxymgt.com)" <jim@galaxymgt.com>, "jlwarner@mindspring.com"
<jlwarner@mindspring.com>, "Kyle Widrick (kwidrick@jchristophercapital.com)"
<kwidrick@jchristophercapital.com>

| | |
|---|---|
| **Subject:** | Next Jump Investor Update... |
| **Sent:** | Thur 7/28/2022 1:27:10 AM (UTC) |
| **Attachment:** | image001.jpg |
| **Attachment:** | Q1 2022 IS BS Slides to Investor Letter.pdf |
| **Attachment:** | NextJump.Investor.Letter.Q1.2022.pdf |
| **Attachment:** | NextJumpInc_Audited.FS.pdf |

Dear Investors,

First off, we apologize for this delayed update. Our Head of Finance prepared our financial update to investors on May 19th which we were about to send but we received news that required our attention with a key and strategic hire: Admiral Burke, 4-Star US Navy. He accepted an offer to join NxJ full time and shortly after we were informed of an investigation by the Dept of Justice of an "abuse of power" by Admiral Burke in giving NxJ a contract in December 2021. The entire offer letter process was fully disclosed and vetted by Navy legal (JAGS). In addition, an initial review of this investigation (by Navy Legal – JAGS) was what they called a "textbook case of what right looks like". However, a well intentioned process to prevent the abuse of power has been weaponized and threw an unexpected wrinkle in our plans.  We will keep you updated, in the meantime he is slated to join us in NYC between September and October (this Fall). He will be the face of Business 2 – having had the experience of being the Head of Navy HR (CNP managing a $28B annual budget), the Vice Chief of the Navy (VCNO managing $180B annual budget) has more experience and relationships to help accelerate our strategy arguably than anyone in this world.

Additionally, we hired Chef Dani Chavez Bello, formerly 3-star Michelin chef, executive Chef of Bouley, formerly at El Bulli (#1 restaurant in the world for 12 years in a row) more importantly the top individual we met with knowledge and relationships in the food science arena. His focus on Gut Health, often referred to as the "second brain", connected with our Leadership Development expertise brings a powerhouse partnership to the programs, knowledge and experience (our credibility) in winning over companies in this mega space. In addition to the offensive component, ways to enhance human performance, he brings tremendous experience and knowledge in longevity and human health. Having cured an aggressive cancer in his daughter simply through nutrition, his relationships with the medical field is unparalleled.

**DOWNSIDE PROTECTION/ RECESSION:**
Most companies are preparing and currently adjusting for a recession, in particular headcount reductions, cost reductions, etc.  We made adjustments in "how we operate" 18 months ago before anyone else did.  We practiced the strategy we predicted/identified in seeing historical 100-year changes in how people work. A quantity game of headcount is moving to a quality game of effective

small teams, less is more. To that end, we did not engage in the WFH, WFO, Hybrid battle.  Instead, we moved our top 15 highest potential employees to a Partner Program, working 5 days in the office. The offices got converted into the optimal "Home-Office" that oscillates to event space for our Business 2 Leadership Training in NYC, Boston & UK.  A small WFH group of employees exist but most have been replaced by contractors and outsourced freelancers including from countries like the Philippines.  While offices and companies are downsizing, we are poised for growth with sufficient capital and resources.

**UPSIDE OPPORTUNITY/ WHERE WE SEE GROWTH COMING FROM:**
Our knowledge, our relationships and our programs & technology (ability to commercialize) give us a clear leadership position in our Business 2 space. The space is not a short-game COVID-fad but a mega-trend of change that occurs every 100 years, backed by historical trends and patterns. In the industrial age most jobs focused on repeatable and predictable work ("In the Light" work). Effort and productivity were the top drivers of people success.  Several factors ranked higher in driving business success (natural resources, capital and technology) w/ People ranking lowest.  However, in the knowledge era, the driving levers flipped with People ranking highest.  How the work changed from optimizing effort (productivity) to optimizing thinking (creativity) in particular Leadership and Decision Making (to navigate things never done or seen before, often requiring innovation and creativity (in particular risk-taking, the most difficult form of decision making)). Computers are bad at risk taking, they cannot make decisions on something never seen/never done before.  In other words, when there is no data, human beings are the only ones able to navigate this uncertain work.

A well-known strategist, Roger Martin studied this shift in work and found 40% of work in almost every industry is now "In the Dark" work and quickly moving from what used to be 10% to 40% to 90%? Ambiguous work requires inventing something never seen/done before. Separately, the top HR analyst, Josh Bersin publishes an annual study, of which this year was the first year where Hiring/Recruiting did not even make the top 15 most important list (historically in the top 3 or 5). Two main findings in Bersin's latest report, observing the HR heads in the most successful companies: (1) HR teams were deeply connected to and understood company strategy, (2) Is not Hiring/Recruiting but is training, HR teams were coaches and training conduits.

Nobody has bridged the importance of People Training (Preparedness) to Strategy (the New Mission). Said another way, the work of Roger Martin misses the connection to People. The work of Josh Bersin misses the connection to Strategy. This is both the opportunity and the challenge faced by almost every company and every country in the world. The connection between people and strategy, we found was more explored/experimented/invested in, by the US Military than any other group. We learned working with the military, this formula: TEAM (drives) → MISSION.  The two are so interconnected where the stronger the team, the greater the mission you can go after. The harder the mission, the need to upgrade the training of the team. The military understood the "New Mission" is in a VUCA (volatile, uncertain, complex, ambiguous) world which meant that teams had to be trained differently. Training for the NEW Mission ("In the Dark" work) is most critical for success. In the field of professional sports, this training is referred to as: The Level of Preparedness. The New Mission of human work is to navigate/lead "In the Dark". Readiness, preparedness….There is a new training that is required. When the U.S. Military did their research, looking for the most cutting edge solutions in this field, this is what led them to Next Jump. Over the years, we've met well over 10,000 military leaders and by far the smartest and most experienced individual was Admiral Burke. This was ultimately what led us to hire him as our full-time Partner at Next Jump.

Our knowledge, our relationships and our programs & technology (ability to commercialize) give us a clear leadership position in our Business 2 space [repeated from top of this section]. In the past 6 months we built a retail version (individuals signup vs a company signs an enterprise engagement). The program is made up of 4 training modules, each running 13 weeks, 1 hour per week, training in groups of 10 with a Master Coach using zoom (virtually). Each program costs $750/person ($3K/person per year for all 4 programs). In the past 6-months, ~200 leaders signed up, several now in Program 2 after completing Program 1.

As we analyzed the organic individual signup of customers, we found a heavy concentration in two communities: (1) Chinese community, (2) Fitness/Gym owners. We dug deeper to make sense of why the organic interest and engagement came from these two communities. China is arguably the largest country operating and still protecting the old industrial age method of management. We saw a similarity to Africa and India, where they skipped the land line phones and went straight to cell phone services. Many western countries and companies tested newer management and leadership techniques (holacracy, design thinking, etc). China and much of the Chinese community did not jump into these techniques and are now hungry to leapfrog into the best 21st century methods of training people. Half of the 200 are leaders of significant Chinese businesses including several publicly traded companies. The ground swell of proof in people growth impacting their work and home life, personally benefiting from our leadership training has led to momentum and enterprise engagement discussions.

Analyzing the fitness industry signups, we referenced an insight shared to us by a leading psychiatrist in the Coast Guard who told us that it's often too difficult to start with the mind, so we start with the body. The stat that we were given: the mind is 85% and the body 15% of the work. Almost every gym/fitness owner and coach started with the body and quickly coached on the mind. We believe they may be a large army of Master Coaches to help this movement to bring companies and countries from the Industrial Age preparedness to the Knowledge era preparedness of the human workforce. To date, we have a few hundred certified Master Coaches and with each 13 week program completion, we graduate a new batch of certified coaches by program.

The attached handwritten diagram is our quickly developing Strategic Map to pursue by country and by industry (illustrating the strategy that we're working on). Harvard identified us as 1 of 2 DDO's (deliberately developmental organizations) – what they called "The Future of Work". We are helping others to become DDO's by country and by industry where we believe a first mover advantage will be a significant competitive differentiator (to attract, retain and develop talent…the top driver of success in the 21st century).

Lastly, our Business 1: PerksAtWork required the most work to stabilize given our people and headcount changes. In addition, most HR departments are currently in a "wait & see" mode unsure if they're doing layoffs, hiring or something else. In the meantime, the stable revenue helps us continue to execute against our bigger mission. In addition, Business 2 has been strategically integrated into PerksAtWork, providing unlimited (no cost) marketing access to almost every F1000 company.

**LIQUIDITY/EQUITY UPDATE:**
We are in the process of hiring Skadden our legal firm to help us create a structure that would allow for easier liquidity on a consistent basis. Either timed with major business transactions and progress and/or annually, in order to provide both liquidity for all our shareholders but also leverage the compensation power of a more liquid equity asset. After our initial meeting and review with Skadden

legal teams, representing several aspects of their expertise, we believe they are the right team to help us do this. We will continue this process in parallel to furthering/growing the business.

Best,
Meghan & Charlie



**From:** Kevin McCoy <kmccoy@nextjump.com>

CK_00000260

**Sent:** Thursday, May 19, 2022 1:12 PM
**To:** Charlie Kim <ckim@nextjump.com>; Meghan Messenger <mmessenger@nextjump.com>
**Subject:** Q1 Shareholder Email

<u>**EMAIL TO INVESTORS:**</u>

Dear Investors,

We are writing to share our Q1 2022 financials and update you on the state of the business.  Results have improved from last year with revenue rising to $9.4 million compared to $8.7 million for Q1 2021 (8% increase) and net income rising to -$1.9 million from -$3.0 million for Q1 2021.  We expect to continue making headway towards better results in 2022 and anticipate that we will continue to increase revenue from both the core e-commerce business as well as the HR software business while keeping expenses in check.

**Core Business Update**
Our core business has continued to grow with transactional revenue up 6% from last year.  Key health indicators like platform traffic and buyers were also up (10% and 33%), which we feel is a leading indicator of future business health.  The main story is that we saw robust growth for some key categories that was offset by declines in others. Travel, tickets, and food all grew year over year while auto and electronics were down.  Travel (our largest category) more than doubled sales from same period last year and we anticipate that to continue to accelerate through the summer months.  Travel is now nearing levels we were seeing in 2019 (pre-pandemic).  The tickets category continues to recover, and we feel there is still a lot of upside runway.  To that end we will be focusing on product enhancements for tickets in Q2.  The Auto category had the largest decline – main issue remains inventory and the global supply chain – we still feel there is strong demand that we can translate once the car market recovers.  Electronics was also a big decliner – we saw members in our network investing in electronics purchases for work from home and home entertainment throughout 2020 and 2021 and we feel the decline here is based on reduction in demand as pandemic restrictions have eased.

**Operations & Finance**
Please find attached the formal Q1 investor letter & unaudited financials.  Our cash position remains strong at $31.5 million, compared to $34.5 million in Q1 2021.  Over the past year we have invested in building out our new flagship office space in New York, which opened last August.  Next Jump is covering half the build costs and the landlord covering the other half.  Also notable is that the government forgave the second of our two PPP loans.

We have introduced an outsource partner for finance and accounting called ACRU, which has helped upgrade our accounting processes and systems.   This effort began last year, and we have now transitioned most day-to-day accounting for US business and we anticipate transition of UK accounting over next few months.  This partnership will allow us to speed timing of both quarterly financial results and the annual audit.  I have attached the completed 2020 financial audit for your review - the process took longer than expected for two key reasons: first, the KPMG team had a staffing shortage that meant they could not conduct their required internal review until Q1 2022 (internal governance); secondly, the materiality rules changed for this audit – meaning that the team required more evidence on more accounts than in the past.  We have complex set of systems (especially on the revenue side of business) and feel that investing in the setup for ACRU was right

CK_00000261

move and means we will gain efficiencies going forward.  We anticipate the 2021 audit will be complete & available for your review by end of Q3.

**Future of Work & Business 2**
Our second business helps our clients build their employees into better decision makers – the product is a combination of software and programs that help companies navigate today's wildly uncertain & rapidly changing world where high performance boils down to employee's ability to make good decisions.  Next Jump provides training and software that helps upgrade employee judgement.  Three highlights from Q1: first, our engagement with the US Navy began – we sent teams to visit US Navy in Naples, Italy and Rota, Spain for intense training that was followed by a 13-week course (one hour per week led by Next Jump Master Coach) in small teams aimed at upgrading Sailor's decision-making skills.  Second, we ran a series of 1-day Leadership Academies as well as a 3-day Academy where we trained individuals from corporations, non-profits, educators, and military (US Army, US Navy, and UK Royal Navy).  These sessions are free and represent our contribution to building a human performance community.  While we give them for free, they have led to a pipeline of interest in our programs & software.  Third highlight is that in addition to the Navy, we have been selling a non-enterprise version of our training and software available to individuals and teams & have booked approximately $45K in revenue for this new business stream in Q1.  We anticipate that these individual and small group sales will lead to more enterprise sales in due course.

**Summary**
In summary, we feel the state of the business is strong and growing month by month.  The core business continues to recover and grow while the second business has a strong pipeline of interest that we feel will continue to translate to revenue on over the course of the year.  Please email me with any questions or clarifications (kmccoy@nextjump.com).


Best regards,

Kevin McCoy
Head of Finance & Operations

CK_00000262

BY COUNTRY

1 DOD
↳ By Country
↳ By Industry

COMPETITIVE ADV.

↓ BY INDUSTRY

| USA | UK | CHINA | ... | |
|---|---|---|---|---|
| Military: NAVY | Military: UK Royal Navy | Qifei MANUFAC ... | | |
| HOSPITAL: Cornell Weill | | Internet: Didi | | |
| Restaurants: CAVA | | | | |
| | | | | |
| | | | | |

CK_00000263

**Next Jump Q1 2022 Consolidated Income Statement  (Unaudited)**

(in millions)

| | Q1 2022 | Q1 2021 | $ Change over LY | % Change over LY |
|---|---|---|---|---|
| **GMV** | | | | |
| Auto | $94 | $143 | ($49) | (34%) |
| Non-Auto | 139 | 128 | 11 | 9% |
| Total | 233 | 271 | (38) | (14%) |
| **Revenue** | | | | |
| Fixed Fee Revenue [2] (Biz 1) | 0.6 | 0.6 | 0.0 | 0% |
| Revenue [3] (Biz 2) | 0.2 | 0.0 | 0.2 | |
| Transaction Revenue | 8.6 | 8.1 | 0.5 | 6% |
| **Total Revenue** | 9.4 | 8.7 | 0.7 | 8% |
| **Expenses** | | | | |
| Salary & Benefits | 2.3 | 3.2 | (0.9) | (28%) |
| Rent & Utilities [4] | 2.1 | 2.5 | (0.4) | (16%) |
| IT Expenses | 0.5 | 0.3 | 0.2 | 67% |
| Business Expenses | 0.9 | 0.7 | 0.2 | 29% |
| Professional Services | 1.0 | 0.5 | 0.5 | 100% |
| Services Charges Expenses | 0.4 | 0.6 | (0.2) | (33%) |
| Bad Debt Expense | 0.0 | 0.0 | 0.0 | |
| WOWPoints | 3.4 | 3.5 | (0.1) | (3%) |
| **Total Operating Expenses** | 10.6 | 11.3 | (0.7) | (6%) |
| **EBITDA** | (1.2) | (2.6) | 1.4 | (54%) |
| **Other Income & Depreciation** | (0.7) | (0.4) | (0.3) | 63% |
| **Earnings Before Tax** | (1.9) | (3.0) | 1.1 | (37%) |
| **Tax** | 0.0 | 0.0 | 0.0 | |
| **Net Income (Loss)** | (1.9) | (3.0) | 1.1 | (37%) |

**Notes**

1. Gross Merchandise Volume (GMV) is the gross dollar value of transactions which take place on or from Next Jump's marketplaces.
2. Fixed Fee Revenue (Biz 1) includes non-transactional fixed fee revenue from Networks.
3. Biz 2 Revenue from NxJ's Leadership Dev programs
4. Q1 2021 Rent revised following auditors recommendation regarding recognition of rent expense over full lease including free rent period (from $1M to $2.5M)
   Consequently Total Operating Expenses, EBITDA, and Net Income (Loss) revised due to Q1 2021 Rent revision

**2022 and 2021 Summary Consolidated Balance Sheets (unaudited)**

<u>(in millions)</u>

|  | Unaudited March 31, 2022 | Unaudited March 31, 2021 |
|---|---|---|
| Cash & Cash Equivalents | $20.5 | $23.7 |
| Letter of Credit and Security Deposits | $11.0 | $10.8 |
| **Total Cash** | **$31.5** | **$34.5** |
|  |  |  |
| Accounts Receivable, net | $6.8 | $11.3 |
| Prepaid + Other Assets | $4.2 | $4.4 |
| Property Plant & Equipment, net | $3.8 | $4.1 |
| **Total Assets** | **$46.3** | **$54.3** |
|  |  |  |
| Current Liabilities | $35.2 | $26.2 |
| Long-Term Liabilities | $42.0 | $39.1 |
| Shareholders' Equity | ($30.9) | ($11.0) |
| **Total Liabilities & Equity** | **$46.3** | **$54.3** |

CK_00000265

**Next Jump GMV ($M)**



*(1) Gross Merchandise Volume (GMV) is the gross dollar value of transactions which take place on or from Next Jump's marketplaces. These are unaudited and estimated figures.*

**Next Jump Transaction and Fixed Fee Revenue ($M)**



**Next Jump Biz 2 Revenue ($M)**



CK_00000266



**<u>Q1 2022 Investor Letter</u>**

Charlie Kim
Founder & Co-CEO

May 20, 2022

Dear Investor:

Unaudited financial results for Q1 ended March 31, 2022, were as follows:

☐ Gross Merchandise Volume (GMV) is the estimated amount of sales volume generated from our marketplace. GMV for Q1 2022 amounted to $233 million, 14% lower than $271 million in Q1 2021. This was comprised of $94 million of Auto, down 34% year-on-year, and $139 million in Non-Auto, up 9% year-on-year.

☐ Total Q1 2022 Revenue was $9.4 million, 8% increase compared to $8.7 million for Q1 2021. Out of this:

  o **Transaction Revenue** includes revenue earned from merchant revenue share agreements based on sales volume that originated through our sites. Transaction Revenue for Q1 2022 was $8.6 million, up 6% on $8.1 million in Q1 2021.

  o **Fixed Fee Revenue (Biz 1)** includes secured revenue from customer networks, corporate implementation fees, and membership upgrade services. Fixed fee revenue for Q1 2022 was $0.6 million, flat over $0.6 million in Q1 2021.

  o **Bize 2 Revenue is** revenue from our Leadership Development Programs using Next Jump HR software & technology and training. Biz 2 Revenue in Q1 2022 was $0.2 million against nil in Q1 2021.

☐ The Company earned -$1.2 million in EBITDA for Q1 2022, compared to -$2.6 million for Q1 2021.

☐ Net income was -$1.9 million for Q1 2022, compared to -$3.0 million for Q1 2021.

☐ Total Operating Expenses for Q1 2022, including depreciation and WOWPoints, were $11.3 million, decrease of 3% from $11.7 million in Q1 2021.



Non-financial results for Q1 2022 were as follows:

☐ REGISTERED USERS: Registered Users are consumers that have created accounts on our marketplaces (1) directly via Corporate or Institutional marketing, or (2) indirectly through our B2B marketplaces which are installed on corporate intranets. Cumulative Q1 2022 Registered Users increased by 4% to 19.7 million compared to 18.9 million in Q1 2021.

☐ UNIQUE USERS: Unique Users are Registered Users that have accessed our marketplaces. For Q1 2022, this metric is at 2.2 million compared to 2.0 million for Q1 2021, an increase of 10%.

☐ BUYERS: We measure consumer engagement by Unique Users who transact, which we term Buyers. Buyers for Q1 2022 were 305,000, an increase of 33% compared to 230,000 Buyers in Q1 2021.

## Financial Highlights

|  | Q1 2022 | Q1 2021 | % Change |
|---|---|---|---|
| **Gross Merchandise Volume** | $233 M | $271 M | (14%) |
| **Auto GMV** | $94 M | $143 M | (34%) |
| **Non-Auto GMV** | $139 M | $128 M | 9% |
| **Total Revenue** | $9.4 M | $8.7 M | 8% |
| **Transaction Revenue** | $8.6 M | $8.1 M | 6% |
| **Fixed Fee Revenue (Biz 1)** | $0.6 M | $0.6 M | 0% |
| **Fixed Fee Revenue (Biz 2)** | $0.2 M | $0.0 M |  |
| **Expenses** (including Depreciation) | $11.3 M | $11.7 M | (3%) |

## Summary Balance Sheet

At the end of Q1 2022 we held $31.5 million in cash, investments, letters of credit, and security deposits, compared to $34.5 million to end Q1 2021.

## Financial Summaries

Please find the following summaries attached:
1) Q1 2022 Consolidated Income Statement (Unaudited)
2) Q1 2022 Summary Consolidated Balance Sheet (Unaudited)
3) GMV and Transaction Revenue Trends by Quarter



We welcome any questions you may have. For Investor Relations, please feel free to email Kevin McCoy at kmccoy@nextjump.com.

Best regards,

Charlie Kim, Founder & CEO
ckim@nextjump.com

**Safe Harbor Statement**

Statements in this investor letter that are not strictly historical are "forward-looking" statements that are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These statements are based on management's current expectation or beliefs, and are subject to risks, trends and uncertainties. Actual results, performance or achievements may differ materially from those expressed or implied by the statements herein due to factors that include, but are not limited to, the following: (i) our inability to attract and retain merchants, (ii) our dependence upon our relationships with payment card issuers, transaction processors, presenters and aggregators, (iii) changes to payment card association rules and practices, (iv) economic changes, (v) our inability to attract and retain active users, (vi) network interruptions, processing interruptions or processing errors, (vii) susceptibility to a changing regulatory environment, (viii) increased operating costs or loss of users due to privacy concerns of our program partners, payment card processors and the public, (ix) the failure of our security measures, (x) the loss of key personnel, and (xi) increasing competition. We undertake no obligation to, and expressly disclaim any such obligation to, update or revise any forward-looking statements to reflect changed assumptions, the occurrence of anticipated or unanticipated events, changes to future results over time or otherwise, except as required by law.

CK_00000269



**NEXT JUMP, INC. AND SUBSIDIARY**

Consolidated Financial Statements

December 31, 2020 and 2019

(With Independent Auditors' Report Thereon)

CK_00000270

**NEXT JUMP, INC. AND SUBSIDIARY**

**Table of Contents**

|  | **Page(s)** |
|---|---|
| Independent Auditors' Report | 1 |
| Consolidated Financial Statements: | |
| Consolidated Balance Sheets | 2–3 |
| Consolidated Statements of Operations | 4 |
| Consolidated Statements of Comprehensive Income (Loss) | 5 |
| Consolidated Statements of Changes in Stockholders' Equity (Deficit) | 6 |
| Consolidated Statements of Cash Flows | 7 |
| Notes to Consolidated Financial Statements | 8–23 |

CK_00000271



KPMG LLP
345 Park Avenue
New York, NY 10154-0102

**Independent Auditors' Report**

The Board of Directors and Stockholders
Next Jump, Inc.:

We have audited the accompanying consolidated financial statements of Next Jump, Inc. and its subsidiary, which comprise the consolidated balance sheets as of December 31, 2020 and 2019, and the related consolidated statements of operations, comprehensive income (loss), changes in stockholders' equity (deficit), and cash flows for the years then ended, and the related notes to the consolidated financial statements.

*Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with U.S. generally accepted accounting principles; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

*Auditors' Responsibility*

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Opinion*

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Next Jump, Inc. and its subsidiary as of December 31, 2020 and 2019, and the results of their operations and their cash flows for the years then ended, in accordance with U.S. generally accepted accounting principles.



New York, New York
April 12, 2022

KPMG LLP, a Delaware limited liability partnership and a member firm of
the KPMG global organization of independent member firms affiliated with
KPMG International Limited, a private English company limited by guarantee.

**NEXT JUMP, INC. AND SUBSIDIARY**

Consolidated Balance Sheets

December 31, 2020 and 2019

(Dollars in thousands)

|  | 2020 | 2019 |
|---|---|---|
| Assets: | | |
| Current assets: | | |
| Cash and cash equivalents | $   23,251 | 24,066 |
| Accounts receivable (net of allowance for doubtful accounts of $1,469 and $1,556, respectively) | 8,326 | 15,148 |
| Prepaid and other current assets | 5,210 | 6,147 |
| Total current assets | 36,787 | 45,361 |
| Property, equipment, and software (net of accumulated depreciation of $32,080 and $30,594, respectively) | 1,520 | 2,690 |
| Intangible assets (net of accumulated amortization of $648 and $580, respectively) | 30 | 98 |
| Long-term investments | 11,039 | 10,939 |
| Deferred tax assets, net | — | 37 |
| Other assets | 38 | 38 |
| Total assets | $   49,414 | 59,163 |

(Continued)

CK_00000273

**NEXT JUMP, INC. AND SUBSIDIARY**

Consolidated Balance Sheets

December 31, 2020 and 2019

(Dollars in thousands, except for share amounts)

| | | 2020 | 2019 |
|---|---|---|---|
| **Liabilities and stockholders' equity (deficit):** | | | |
| Current liabilities: | | | |
| Accounts payable | $ | 2,484 | 4,795 |
| Accrued expenses and other current liabilities | | 11,498 | 9,505 |
| Deferred revenue | | 814 | 601 |
| WOWPoints liability | | 15,631 | 13,870 |
| Total current liabilities | | 30,427 | 28,771 |
| WOWPoints liability, net of current portion | | 38,777 | 37,547 |
| Other long-term liabilities | | 925 | 932 |
| Total liabilities | | 70,129 | 67,250 |
| Commitments and contingencies | | | |
| **Stockholders' equity (deficit):** | | | |
| Convertible preferred Series A-1 stock; $0.0001 par value; 10,000,000 shares authorized; 5,434,769 shares issued and outstanding in 2020 and 2019; $7,385,000 aggregate liquidation value in 2020 and 2019 | | 1 | 1 |
| Convertible preferred Series A-2 stock; $0.0001 par value; 30,000,000 shares authorized; 11,945,365 shares issued and outstanding in 2020 and 2019; $3,098,000 aggregate liquidation value in 2020 and 2019 | | 1 | 1 |
| Convertible preferred Series B stock; $0.0001 par value; 10,000,000 shares authorized; 4,155,600 shares issued and outstanding in 2020 and 2019; $10,000,000 aggregate liquidation value in 2020 and 2019 | | 1 | 1 |
| Convertible preferred Series C stock; $0.0001 par value; 10,000,000 shares authorized; 3,853,566 shares issued and outstanding in 2020 and 2019; $20,000,000 aggregate liquidation value in 2020 and 2019 | | — | — |
| Common stock; $0.0001 par value; 400,000,000 shares authorized; 55,389,099 and 55,389,099 shares issued and outstanding in 2020 and 2019, respectively | | 6 | 6 |
| Treasury stock (common) | | (1,739) | (1,739) |
| Treasury stock (preferred) | | (3,698) | (3,261) |
| Additional paid-in capital | | 44,947 | 44,791 |
| Accumulated deficit | | (60,255) | (47,702) |
| Accumulated other comprehensive loss | | 21 | (185) |
| Total stockholders' equity (deficit) | | (20,715) | (8,087) |
| Total liabilities and stockholders' equity (deficit) | $ | 49,414 | 59,163 |

See accompanying notes to consolidated financial statements.

3

CK_00000274

**NEXT JUMP, INC. AND SUBSIDIARY**

Consolidated Statements of Operations

Years ended December 31, 2020 and 2019

(Dollars in thousands)

| | | 2020 | 2019 |
|---|---|---|---|
| Revenue: | | | |
| Merchant revenue | $ | 39,932 | 79,531 |
| Network revenue | | 2,019 | 1,991 |
| HR Technology | | — | 3,185 |
| Total revenue | | 41,951 | 84,707 |
| Cost of revenue | | 5,571 | 29,864 |
| Gross profit | | 36,380 | 54,843 |
| Operating expense: | | | |
| Compensation and benefits | | 14,328 | 15,197 |
| Selling, general, and administrative expenses | | 33,564 | 37,071 |
| Bad debt expense | | 332 | 989 |
| Depreciation and amortization expense | | 1,540 | 1,730 |
| Operating expense | | 49,764 | 54,987 |
| Operating loss | | (13,384) | (144) |
| Interest income | | 120 | 103 |
| Other income | | 748 | 285 |
| Total other income | | 868 | 388 |
| Income (loss) before income taxes | | (12,516) | 244 |
| Provision for income taxes: | | | |
| Current | | 10 | 31 |
| Deferred | | 27 | 613 |
| Total provision for income taxes | | 37 | 644 |
| Net loss | $ | (12,553) | (400) |

See accompanying notes to consolidated financial statements.

CK_00000275

**NEXT JUMP, INC. AND SUBSIDIARY**

Consolidated Statements of Comprehensive Income (Loss)

Years ended December 31, 2020 and 2019

(Dollars in thousands)

|  | | 2020 | 2019 |
|---|---|---|---|
| Net loss: | $ | (12,553) | (400) |
| Other comprehensive income (loss): | | | |
|     Currency translation adjustment | | 206 | 441 |
|       Comprehensive income (loss) | $ | (12,347) | 41 |

See accompanying notes to consolidated financial statements.

CK_00000276

**NEXT JUMP, INC. AND SUBSIDIARY**

Consolidated Statements of Changes in Stockholders' Equity (Deficit)

Years ended December 31, 2020 and 2019

(Dollars in thousands, except for share amounts)

| | Preferred stock A-1 | | Preferred stock A-2 | | Preferred stock B | | Preferred stock C | | Common stock | | Treasury stock (common) | | Treasury stock (preferred) | | Additional paid-in capital | Accumulated deficit | Accumulated other comprehensive income/(loss) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shares issued | Amount | Shares issued | Amount | Shares issued | Amount | Shares issued | Amount | Shares issued | Amount | Shares issued | Amount | Shares issued | Amount | | | | |
| Balance at December 31, 2018 | 5,434,769 $ | 1 | 11,945,365 $ | 1 | 4,155,600 $ | 1 | 3,853,566 $ | — | 55,424,099 $ | 6 | (1,535,025) $ | (1,739) | (2,878,427) $ | (3,261) | 44,730 | (47,302) | (626) | (8,189) |
| Stock-based compensation | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 79 | — | — | 79 |
| Repurchase and retirement of common stock | — | — | — | — | — | — | — | — | (35,000) | — | — | — | — | — | (18) | — | — | (18) |
| Other comprehensive income | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 441 | 441 |
| Net loss | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | (400) | — | (400) |
| Balance at December 31, 2019 | 5,434,769 | 1 | 11,945,365 | 1 | 4,155,600 | 1 | 3,853,566 | — | 55,389,099 | 6 | (1,535,025) | (1,739) | (2,878,427) | (3,261) | 44,791 | (47,702) | (185) | (8,087) |
| Stock-based compensation | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 156 | — | — | 156 |
| Repurchase and retirement of common stock | — | — | — | — | — | — | — | — | — | — | — | — | 385,552 | (437) | — | — | — | (437) |
| Other comprehensive income | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 206 | 206 |
| Net loss | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | (12,553) | — | (12,553) |
| Balance at December 31, 2020 | 5,434,769 $ | 1 | 11,945,365 $ | 1 | 4,155,600 $ | 1 | 3,853,566 $ | — | 55,389,099 $ | 6 | (1,535,025) $ | (1,739) | (2,492,875) $ | (3,698) | 44,947 | (60,255) | 21 | (20,715) |

See accompanying notes to consolidated financial statements.

6

**NEXT JUMP, INC. AND SUBSIDIARY**

Consolidated Statements of Cash Flows

Years ended December 31, 2020 and 2019

(Dollars in thousands)

| | | 2020 | 2019 |
|---|---|---|---|
| Cash flows from operating activities: | | | |
| Net loss | $ | (12,553) | (400) |
| Adjustments to reconcile net loss to net cash provided by/(used in) operating activities: | | | |
| Stock-based compensation | | 156 | 79 |
| Provision for deferred income tax | | 27 | 613 |
| Bad debt expense | | 332 | 989 |
| Depreciation expense | | 1,472 | 1,662 |
| Amortization of intangible assets | | 68 | 68 |
| Accretion of investment income | | 5 | 195 |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable | | 6,557 | 2,109 |
| Prepaid and other current assets | | 1,026 | 2,046 |
| Security deposits | | — | 196 |
| Accounts payable | | (2,307) | 9 |
| Accrued expenses and other current liabilities | | 1,952 | 414 |
| WOWPoints liability | | 2,577 | 3,269 |
| Deferred revenue | | 194 | (2,981) |
| Net cash (used in)/provided by operating activities | | (494) | 8,268 |
| Cash flows from investing activities: | | | |
| Purchases of property, equipment, and software | | (302) | (1,521) |
| Change in investments | | (100) | (9,197) |
| Net cash used in investing activities | | (402) | (10,718) |
| Cash flows from financing activities: | | | |
| Repurchase and retirement of common stock | | (437) | (18) |
| Net cash (used in)/provided by financing activities | | (437) | (18) |
| Effect of exchange rate changes on cash and cash equivalents | | 518 | 490 |
| Net decrease in cash and cash equivalents | | (815) | (1,978) |
| Cash and cash equivalents at beginning of year | | 24,066 | 26,044 |
| Cash and cash equivalents at end of year | $ | 23,251 | 24,066 |
| Supplemental disclosures of cash flow information: | | | |
| Cash paid for interest | $ | 20 | 13 |
| Cash paid for income taxes | | (109) | 707 |

See accompanying notes to consolidated financial statements.

7

CK_00000278

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

**(1) Nature of Organization**

Next Jump, Inc. (the Company) was incorporated in Massachusetts on April 1, 1999 and was reincorporated as a Delaware corporation on July 31, 2008. The Company is the parent company to its wholly owned subsidiary, Next Jump Limited, a Limited Company organized under the laws of England and Wales.

The Company is the successor to a partnership started in 1994. Since its inception, the Company has focused on creating closed marketing networks that bring select groups of buyers and sellers together. The Company markets its products in the United States and Europe.

The Company generates revenue by collecting fees from two key sources: corporate network services and retail merchant services.

Network Services is organized into three business units: (a) Corporate HR Rewards & Loyalty, (b) Affinity Rewards & Loyalty, and (c) Institution Rewards & Loyalty. The goal of Corporate HR clients is to use the Company's services to increase employee loyalty as they deliver human resource department-sponsored benefits that contribute to employee satisfaction and retention while reducing corporate overhead. The Affinity program works with member-based groups to provide the Company's services to their users. The Institution program is tailored to corporations that want to provide the Company's services to their customer base.

The Merchant Services group is organized into three business units that include: (a) Advertising Services, (b) Deals (Limited Period attractive offers), and (c) Acquisitions (New Merchants). The goal for retail merchants is to increase sales and brand awareness by targeting the most profitable customers with the most relevant offers.

**(2) Summary of Significant Accounting Policies**

**(a) Principles of Consolidation**

The accompanying consolidated financial statements include the accounts of the Company and its wholly owned subsidiary. Any intercompany transactions and balances have been eliminated in consolidation.

**(b) Cash and Cash Equivalents**

The Company considers all highly liquid investments with a maturity of three months or less from the date of purchase to be cash equivalents. The Company has not experienced any losses in such accounts and believes it is not exposed to any significant credit risk on cash and cash equivalents.

**(c) Short-Term Investments**

Short-term investments consist of certificates of deposit with maturity dates ranging from four to twelve months.

(Continued)

CK_00000279

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

**(d)  *Accounts Receivable, Net***

Accounts receivable are generally due within 30–45 days and are stated at amounts due from customers net of allowance for doubtful accounts. Accounts outstanding greater than the contractual payment terms are considered past due. The allowance for doubtful accounts is determined by considering a number of factors, including the length of time the trade receivable is past due, the Company's previous loss history, the customer's ability to pay its obligation to the Company, and the general economy and industry as a whole. Accounts receivable are written off when they become uncollectible, and payments subsequently received on such receivables are credited to the allowance for doubtful accounts.

**(e)  *Income Taxes***

The Company accounts for income taxes under the asset-and-liability method, which requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been included in the financial statements. Under this method, deferred tax assets and liabilities are determined based on differences between the financial statements and tax basis of assets and liabilities using enacted tax rates in effect for the years in which the differences are expected to reverse. The effect of a change in tax rates on deferred tax assets and liabilities is recognized in income in the period that includes the enactment date. The deferred tax assets and liabilities are classified as noncurrent on the balance sheet.

The Company records net deferred tax assets to the extent the Company believes these assets will more likely than not be realized. In making such determination, the Company considers all available positive and negative evidence, including future reversals of existing taxable temporary differences, projected future taxable income, and recent financial operations. Deferred tax assets are reduced by a valuation allowance, when, in the opinion of management, it is more likely than not that some portion or all of the deferred tax assets will not be realized.

The Company applies the accounting guidance for uncertain tax provisions, which prescribes the way entities are to account for uncertainty in income tax reporting, and prescribes a methodology for recognizing, reversing, and measuring the tax benefits of a tax position expected to be taken. The Company provides for uncertain tax positions and any related interest and penalties based upon management's assessment of whether a tax benefit is more likely than not of being sustained upon examination by tax authorities. As of December 31, 2020 and 2019, the Company did not have any material uncertain tax positions requiring the recording of a liability for unrecognized tax benefits.

**(f)  *Property, Equipment, and Software***

Property, equipment, and software are capitalized and stated at cost less accumulated depreciation. Depreciation expense is computed using the straight-line method over the useful life of the respective asset. Leasehold improvements are amortized using the straight-line method over the lesser of the term of the related lease or the estimated useful life. Repair and maintenance costs are charged to operations when incurred.

(Continued)

CK_00000280

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

**(g)　Software Developed for Internal Use**

The Company follows the authoritative guidance on accounting for the costs of computer software developed or obtained for internal use. Costs incurred during the preliminary stage are expensed as incurred by the Company. Certain qualifying costs incurred during the application development stage are capitalized as property, equipment, and software by the Company. The Company begins capitalization when the preliminary project stage is complete and it is probable that the project will be completed, and the software will be used to perform the function intended.

The Company capitalized $274 and $1,025 of software development costs in 2020 and 2019, respectively. Internal use software is amortized using the straight-line method over a period of three years. Amortization of internal use software amounted to $1,031 and $1,211 in 2020 and 2019, respectively, and reported as a component of depreciation expense.

**(h)　Intangible Assets**

The Company records the purchase of intangible assets at cost less accumulated amortization. The Company has intangible assets resulting from purchases of domain names. Intangible assets are amortized on a straight-line basis over the estimated useful life of 10 years. As of December 31, 2020 and 2019, the carrying value of intangible assets was $30 and $98, respectively.

**(i)　Long-Term Investments**

Long-term investments consist of long-term certificates of deposit required as security under arrangements with certain customers, as security for certain capital leases, and as security for some of the Company's current leased premises.

**(j)　Impairment of Long-Lived Assets**

Long-lived assets such as property, equipment, and software, and intangible assets with finite lives are evaluated for impairment whenever events or changes in circumstances indicate that the asset's carrying value may not be recoverable over its estimated useful life. There was no such indication and no impairment to property, equipment, and software, and intangible assets recognized during the years ended December 31, 2020 and 2019.

**(k)　Revenue Recognition**

On January 1, 2020, the Company adopted Financial Accounting Standards Board (FASB) Accounting Update (ASU) No. 2014-09, Revenue from Contracts with Customers ("Topic 606"), using the modified retrospective approach. The adoption did not have a material impact on the Company's financial statements. In accordance with Topic 606, the Company accounts for a customer contract when both parties have approved the contract and are committed to perform their respective obligations, each party's rights can be identified, payment terms can be identified, the contract has commercial substance, and it is probable the Company will collect substantially all of the consideration to which it is entitled. Revenue is recognized when, or as, performance obligations are satisfied by transferring control of a promised product or service to a customer. The Company's contracts generally do not

CK_00000281

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

include any obligations for returns, refunds, or similar obligations nor does the Company have a practice of granting significant concessions.

*(i)*   *Merchant Revenue*

Cost per click revenue is recognized based upon actual click-through from the Company's Web site. Revenue-sharing fees are recognized monthly based upon amounts reported by merchants. Revenue from marketing fees is recognized as the services are provided.

Full sales revenue for certain products are recognized where the Company is a principal in the transaction as per Topic 606.

Merchant Revenue is derived from merchants who pay the Company directly or through third-party performance marketing networks. As newer technologies are developed in the industry and by the Company, there are a growing number of relationships where the Company is able to track referral data directly. For these relationships, the Company either directly collect a fee or are able to directly collaborate with the merchant to ensure the accuracy of the merchant fee that is remitted to the Company.

In other situations, merchants contract with performance marketing networks (affiliates) to provide affiliate tracking links for attribution of sales to the Company. These merchants then remit the merchant fee to affiliates, which in turn pay the Company. Tracking errors associated with affiliate links occasionally cause merchants to not properly attribute Merchant Revenue to the Company. As a result, the Company may not receive Merchant Revenue when a consumer makes a purchase on one of our corporate networks. The cumulative effect of these errors are recognized as a sales allowance and recorded as a reduction of revenue.

In 2020, approximately $3.1 million was recorded as a reduction of Merchant Revenue based on the specific identification of affiliate tracking errors.

*(ii)*   *Network Revenue*

Annual premium membership fees are deferred and recognized ratably over the expected service period. Upfront implementation fees are earned for developing and customizing corporate network sites. These fees are also deferred and recognized ratably over the expected service period as the related performance obligation is not considered distinct within the context of the Network contract.

*(iii)*   *HR Technology Revenue*

HR Technology includes fees from customers who can access the Company's cloud-based technology offering designed to help create and improve workplace culture and decision making. These fees are deferred and recognized ratably over the service period. The Company did not generate any revenues with respect to this revenue stream in 2020.

*(iv)*   *Cost of Revenue*

Cost of revenue recognized for certain products where the Company is a principal in the transaction.

(Continued)

CK_00000282

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

*Contract Balances*

The Company's receivables and deferred revenue balances for the periods indicated below were as follows:

|  | Accounts receivable | Deferred revenue |
|---|---|---|
| Balance at January 1, 2019 | $ 18,042 | 3,566 |
| Balance at December 31, 2019 | 15,148 | 601 |
| Balance at December 31, 2020 | 8,326 | 814 |

The Company fulfills its obligations under a contract with a customer by transferring products and services in exchange for consideration from the customer. Accounts receivable are recorded when the customer has been billed or the right to consideration is unconditional. The Company recognizes deferred revenue when it has received consideration, or an amount of consideration is due from the customer and the Company has a future obligation to transfer products and services. Upfront implementation fees and annual premium membership fees are deferred over the expected service period.

*(l)* ***Concentrations of Major Customer and Credit Risk***

As of December 31, 2020 and 2019, no single customer accounted for more than 8% and 10%, respectively, of the Company's revenue. Three vendors accounted for 50% and 47%, respectively, of the Company's accounts payables.

*(m)* ***Stock-Based Compensation***

Stock-based compensation cost is measured at the grant date based on the estimated fair value of the award and recognizes the expense on a straight-line basis over the employee requisite service period. The Company uses the Black-Scholes option pricing model to determine the fair value of the option award on the dates of grant. For all stock-based awards, the Company estimates the expected forfeiture rate and recognizes expense only for those shares expected to vest. The estimate of forfeiture rates is based on historical experience and is adjusted for actual experience over the term of the award.

The Company follows authoritative guidance in accounting for equity instruments issued in exchange for the receipt of services. Under this guidance, the Company measures such transactions at the fair value of the equity instrument at the earlier of (i) the date at which a performance commitment is reached or (ii) the date at which performance is complete. The expense for these transactions is recognized over the service completion period.

(Continued)

CK_00000283

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

**(n)  Use of Estimates**

The preparation of consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect certain reported amounts of assets and liabilities, revenue and expenses, and disclosures of contingencies in the consolidated financial statements and accompanying notes. Estimates are used in determining, but are not limited to, the measurement of income tax valuation allowances, software developed for internal use, and WOWPoints Liabilities. Accordingly, actual results could differ from those estimates.

**(o)  Fair Value of Financial Instruments**

Generally accepted accounting principles require disclosing the fair value of financial instruments to the extent practicable for financial instruments, which are recognized or unrecognized in the balance sheets. The fair value of the financial instruments disclosed herein is not necessarily representative of the amount that could be realized or settled, nor does the fair value amount consider the tax consequences of realization or settlement. In assessing fair value of these financial instruments, the Company used a variety of methods and assumptions, which were based on estimates of market conditions and risks existing at the time. For certain instruments, including cash and cash equivalents, short-term investments, accounts receivable, accounts payable, and accrued expenses, it was estimated that the carrying amount approximated fair value for the majority of these instruments because of their short-term maturity.

**(p)  Sales and Use Taxes**

The Company records taxes imposed on revenue-producing transactions, including value added taxes, on a net basis with such taxes excluded from revenue.

**(q)  WOWPoints Liabilities**

Members earn WOWPoints, the Company's alternate currency, based on spending at select merchant partners. WOWPoints are accumulated and tracked by the Company on the members' behalf. WOWPoints can be redeemed by spending at select merchant partners. WOWPoints do not expire and there are no limits on the number of WOWPoints a member can earn.

The Company has concluded that it has sufficient historical data to reasonably and objectively determine WOWPoints breakage based on historical redemption patterns. As a result of applying a breakage estimate to WOWPoints, the gross accrual was reduced by $3,291 and $4,574 in 2020 and 2019, respectively.

Management records the total current liability for outstanding WOWPoints as the portion of points which are estimated to be redeemed within 12 months. The total current liability recorded for outstanding WOWPoints as of December 31, 2020 and 2019 was $15,631 and $13,870, respectively. The total noncurrent liability for outstanding WOWPoints is the balance of points that are estimated to be redeemed after 12 months. The total noncurrent liability recorded for outstanding WOWPoints as of December 31, 2020 and 2019 was $38,777 and $37,547, respectively.

CK_00000284

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

The total expense recorded for WOWPoints in 2020 and 2019 was $15,792 and $20,244, respectively. These amounts are included in selling, general, and administrative expenses in the statements of operations.

**(r) Foreign Currency Translation**

The local currency is the functional currency of the UK-based subsidiary. Assets and liabilities of the Company's foreign subsidiary are translated at period-end exchange rates and related revenue and expenses are translated at average exchange rates in effect during the periods. The resulting translation adjustments are recorded as a component of accumulated other comprehensive income in stockholders' equity (deficit). Foreign currency transaction gains and losses are recorded in other income.

**(s) Geographic Information**

The Company's revenues, accounts receivable, operating income, and total assets in 2020 and 2019 are concentrated in its legal entities based in the United States (serving clients based in North America) and the United Kingdom (serving clients primarily based in Europe). The table below details the information on the Company's revenues and total assets in 2020 and 2019 attributed to different geographic regions:

|  | North America | Europe | Total |
|---|---|---|---|
| 2020: |  |  |  |
| Revenues | $ 24,641 | 17,310 | 41,951 |
| Total assets | 27,508 | 21,906 | 49,414 |
| 2019: |  |  |  |
| Revenues | $ 45,962 | 38,745 | 84,707 |
| Total assets | 35,214 | 23,949 | 59,163 |

**(t) Recent Accounting Standards**

FASB ASU No. 2016-02, *Leases,* requires lessees to recognize a right-of-use asset and lease liability on the balance sheet for all leases, including operating leases, with a term in excess of 12 months. The guidance also expands the quantitative and qualitative disclosure requirements. FASB ASU No. 2020-05, deferred the effective date such that the standard is effective for the Company's fiscal year beginning January 1, 2022, with early adoption permitted, and must be applied using a modified retrospective approach. We are currently evaluating the impact of adopting this new guidance on the consolidated financial statements, and we have started the assessment process by evaluating the population of leases under the revised definition of what qualifies as a leased asset. However, we are not yet in a position to assess the impact of the application on our results of operations or financial position.

(Continued)

CK_00000285

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

FASB ASU 2019-12, Income Taxes (Topic 740): *Simplifying the Accounting for Income Taxes*, simplifies the accounting for income taxes by eliminating some exceptions and clarifying certain aspects of income tax accounting. The new standard is effective for fiscal years beginning after December 15, 2021, and interim periods within those fiscal years beginning after December 15, 2022. The Company is in the process of evaluating the adoption alternatives allowed by the new standard and the impact the standard is expected to have on our consolidated financial statements.

FASB ASU 2016-13, *Financial Instruments – Credit Losses (Topic 326), Measurement of Credit Losses on Financial Statements*, which requires measurement and recognition of expected credit losses for financial assets, including trade receivables, held at the reporting date based on historical experience, current conditions, and reasonable and supportable forecasts. This method to determine a loss is different from the existing guidance, which requires a credit loss to be recognized when it is probable. The new standard is effective for fiscal years and interim periods within those fiscal years beginning after December 15, 2022. The Company is in the process of evaluating the adoption of the new standard and the impact on our consolidated financial statements.

**(3) Property, Equipment, and Software**

The major classes of property, equipment, and software and estimated useful lives are as follows (dollars in thousands):

| | Useful lives (in years) | | 2020 | 2019 |
|---|---|---|---|---|
| Computers | 3 | $ | 6,446 | 6,418 |
| Leasehold improvements | 7–10 | | 4,250 | 4,250 |
| Furniture and fixtures | 7 | | 1,509 | 1,504 |
| Purchased software | 2–3 | | 3,354 | 3,345 |
| Software developed for internal use | 3 | | 18,041 | 17,767 |
| Subtotal | | | 33,600 | 33,284 |
| Less accumulated depreciation | | | 32,080 | 30,594 |
| Property, equipment, and software, net | | $ | 1,520 | 2,690 |

During the years ended December 31, 2020 and 2019, depreciation expense totaled $1,472 and $1,662, respectively.

(Continued)

CK_00000286

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

**(4) Intangible Assets**

Intangible assets consist of domain names acquired in 2011 with a total cost of $678 and accumulated amortization of $648 and $580, respectively, with an estimated useful life of 10 years. Amortization expense for these intangible assets was $68 and $68 for the years ended December 31, 2020 and 2019, respectively. The following table summarizes the Company's estimated future amortization expense of these intangible assets as of December 31, 2020 (dollars in thousands):

|  | Amortization expense |
|---|---|
| Year: |  |
| 2021 | $ 29 |
| 2022 | 1 |
|  | $ 30 |

**(5) Accrued Expenses and Other Current Liabilities**

Accrued expenses and other current liabilities consisted of the following as of December 31, 2020 and 2019 (dollars in thousands):

|  | 2020 | 2019 |
|---|---|---|
| Customer advances | $ 2,895 | 7,207 |
| Movie ticket purchases | — | 570 |
| Deferred rent liability | 5,189 | 257 |
| Bonus accrual | — | 275 |
| Other | 3,414 | 1,196 |
|  | $ 11,498 | 9,505 |

**(6) Convertible Preferred Series Stock**

The Company's amended and restated Articles of Incorporation authorized the issuance of 100,000,000 shares of preferred stock with a par value of $0.0001. Preferred stock consists of Series A (40,000,000 shares designated), Series B (10,000,000 shares designated), and Series C (10,000,000 shares designated). The Series A preferred stock consists of two subseries: Series A-1 (10,000,000 shares designated) and Series A-2 (30,000,000 shares designated). The remaining 40,000,000 authorized shares are currently undesignated.

All of the rights of the stockholders of the convertible preferred series stock are *pari passu* but prior to and in preference to holders of common stock.

CK_00000287

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

The Company recorded the convertible preferred series stock at fair value on the dates of issuance, net of issuance costs. The convertible preferred series stock are classified as part of stockholders' equity because, although certain liquidation events (including merger, acquisition, or sale of all or substantially all assets) or redemption rights are not solely within the Company's control, the shares are not considered mandatorily redeemable as such events or redemption rights have not occurred or been exercised, nor are those certain to occur as of the date that these financial statements have been issued. The carrying values of the convertible preferred series stock were also not adjusted to the deemed liquidation values of such shares since a liquidation event was not probable at any of the balance sheet dates. Subsequent classification or adjustments to increase or decrease the carrying values to the ultimate liquidation values will be made if and when it becomes probable that such a liquidation event or redemption otherwise will occur.

There were no dividends declared in 2020 and 2019.

*(a)* *Dividends*

Holders of convertible preferred series stock shall be entitled to receive dividends when and if declared by the Board of Directors.

*(b)* *Liquidation*

In the event of any liquidation, dissolution, or winding up of the Company, holders of convertible preferred series stock are entitled to receive, prior to and in preference to any distribution to holders of any common stock, an amount equal to the original purchase price of the respective convertible preferred series stock.

*(c)* *Antidilution*

Each convertible preferred series stock has antidilution provisions, which call for the conversion ratio to be adjusted upon the issuance of additional shares or convertible securities at a per share price that is less than that of the preferred stock.

*(d)* *Voting*

Each convertible preferred series stock shall be entitled to the number of votes equal to the number of whole shares of common stock into which such preferred stock could be converted.

*(e)* *Conversion*

Each share of convertible preferred series stock may be converted into common stock, in certain circumstances. The conversion rate is the issue price divided by conversion price. As of December 31, 2020 and 2019, the issue price and conversion price are the same; therefore, each share of convertible preferred series stock is convertible into one share of common stock.

*(f)* *Priority*

The priority of the convertible preferred series stock is as follows: Series A-1, Series A-2, Series B, and Series C.

(Continued)

CK_00000288

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

### (g) Redemption

The Company has the option to redeem all (but not part) of each class of preferred series stock at any time after the date of issuance, at a price equal to the redemption price stated in the related preferred stock agreements.

## (7) Common Stock

The Company's amended and restated Articles of Incorporation authorize the issuance of 400,000,000 shares of common stock with a par value of $0.0001. Each share will be entitled to one vote per share and shall have the exclusive right to vote for the election of directors and shall be entitled to dividends, when and if declared by the Board of Directors.

### Repurchase and Retirement of Common Stock

During 2020 and 2019, the Company repurchased 0 and 35,000, respectively, of its common shares. All repurchased shares have been retired.

## (8) Stock-Based Compensation

The Company's 2006 Stock Option and Incentive Plan amended the 2004 and 1999 plans (the Plan) and provide for the issuance of stock options and restricted stock to employees, consultants, or advisers of the Company. In 2017, the Board of Directors approved the 2017 Stock Option and Incentive Plan to replace the 2006 Stock Option and Incentive Plan which expired December 2016. The Plan authorizes 24,000,000 shares of common stock for issuance at not less than fair market value. At December 31, 2020 and 2019, 2,712,210 and 2,272,010 shares, respectively, were available for stock option grants and restricted stock awards under the Plan. Terminated, expired, or forfeited grants may be reissued under the Plan. The number of shares available under the Plan is subject to adjustment for certain changes in the Company's capital structure.

### Stock Options

Options under the Plan were issued at the fair market value of the stock on the day of the grant. Options are exercisable in installments of 20% annually, starting one year from the date of the grant, and expire 10 years from date of grant. The fair value of each option is amortized into compensation expense on a straight-line basis over their respective 60-month vesting period, net of estimated forfeitures. Option grants to board members and advisers generally vest immediately. Exercised options are issued from authorized shares.

Compensation cost for stock-based compensation was $156 and $79 for the years ended December 31, 2020 and 2019, respectively.

CK_00000289

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

The following table is a summary of the changes in outstanding options for the years ended December 31, 2020 and 2019:

| | Shares | | Weighted average exercise price per share | Weighted average remaining contractual life (in years) |
|---|---|---|---|---|
| Outstanding at December 31, 2018 | 3,431,525 | $ | 0.96 | 5 |
| Granted | 2,300,000 | | 0.51 | |
| Exercised | — | | — | |
| Cancelled/forfeited | 660,975 | | 0.36 | |
| Outstanding at December 31, 2019 | 5,070,550 | | 0.84 | 7 |
| Granted | 32,500 | | 0.51 | |
| Exercised | — | | — | |
| Cancelled/forfeited | 472,700 | | 0.38 | |
| Outstanding at December 31, 2020 | 4,630,350 | | 0.68 | 6 |
| Exercisable at December 31, 2020 | 2,713,150 | | 0.50 | 4 |

The weighted average grant date fair value of share options granted during the years ended December 31, 2020 and 2019 was $0.29 and $0.30, respectively. As of December 31, 2020 and 2019, total compensation costs related to nonvested stock options not yet recognized were approximately $588 and $738, respectively, which is expected to be recognized over the next 1.85 years on a weighted average basis. The total fair value of shares vested during 2020 and 2019 was $174 and $174, respectively.

The fair value of options granted is estimated on the date of grant using the Black-Scholes option pricing model based on the assumptions in the table below for the years ended December 31, 2020 and 2019:

| | 2020 | 2019 |
|---|---|---|
| Expected life (in years) | 6.50 | 6.50 |
| Risk-free interest rate | 0.23%–1.45% | 1.32%–2.50% |
| Volatility | 60.00 | 60.00 |
| Dividend yield | — | — |
| Weighted average fair value per option | 0.30 | 0.30 |

(Continued)

CK_00000290

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

Current period compensation expense related to options granted with service conditions is recognized based on the amortization of the fair value of the options as determined on their grant date using a Black-Scholes option pricing model and reduced by estimated forfeitures. The estimate of fair value is based upon certain assumptions including risk-free interest rates, volatility, dividend yield, and expected term determined as of the grant date. The Company obtained estimates of these variables based on an analysis of similar entities within the industry and an analysis of the Company history. The risk-free interest rate is based on the implied yield available on the applicable grant date of a U.S. Treasury note with a term equal to the expected term of the underlying grants. Volatility is estimated by examining the volatility assumptions of similar publicly traded entities in the same industry and calculating an approximate average. The dividend yield assumption is based on the Company's history of not paying dividends and the expectation not to pay dividends in the future. When calculating the expected term, the Company takes into account the contractual term and vesting periods of the options.

(9)  **Employee Retirement Plan**

The Company sponsors a 401(k) savings plan whereby eligible employees elect to make voluntary contributions of up to $19,500 in each of the years 2020 and 2019. Employer contributions charged to expense for the years ended December 31, 2020 and 2019 were $272 and $295, respectively.

(10)  **Income Taxes**

Tax Cuts and Jobs Act (the Tax Act) was signed into law on December 22, 2017. The Tax Act reduced the federal corporate tax rate from 35% to 21% effective January 1, 2018. As deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled, the Company, as of December 31, 2017, remeasured its deferred tax assets and liabilities using the newly enacted tax rate.

The Tax Act also imposed a one-time transition tax on accumulated foreign earnings for United States shareholders of specified foreign corporations. Foreign earnings was determined on both November 2, 2017 and December 31, 2018, the higher of which was considered as Subpart F income. The income was then taxed at a rate of 15.5% on amounts related to cash and 8% for any additional earnings. The Company has one foreign subsidiary, Next Jump, LTD, that was subject to the one-time transition tax on foreign earnings. The foreign earnings for Next Jump, LTD which is the combination of all post-86 foreign earnings resulted in U.S. tax expense of $1,500 (which was recorded in 2017). The Company made an election to pay the tax in installments over eight years, as allowed by the Tax Act. Therefore, the Company made payments of $100 in April 2018, April 2019, and April 2020 with the remaining $1,200 will become payable beginning April 2021 through April 2025.

Included within the TCJA is Global intangible low-taxed income ("GILTI") provision. GILTI is a new category of income that is similar to subpart F in that it results in a current inclusion for US shareholders. In general, GILTI refers to all the income earned by a CFC ("Controlled Foreign Corporation") which is not effectively connected income or Subpart F income and exceeds a 10% return on tangible assets. Based on the operations of Next Jump, Ltd., adjusted for U.S. tax purposes, the Company recognized approximately $1,000 of a GILTI inclusion for the 2020 period. As the Company is able to fully offset its U.S. taxable income with its Next Jump Inc. 2020 U.S. taxable losses, there is no tax liability (or foreign tax credits) associated with the 2020 inclusion.

(Continued)

CK_00000291

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

The Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") was enacted on March 27, 2020 in the United States. During 2020, the Company received approval from the U.S. Small Business Administration ("SBA") to fund the Company's request for a loan under the SBA's Paycheck Protection Program ("PPP Loan") created as part of the recently enacted CARES Act administered by the SBA. In connection with the PPP Loan, the Company received total proceeds of $1,695. In accordance with the requirements of the CARES Act, the Company used the proceeds from the PPP Loan for payroll costs. As of the date of these financial statements, the Company has received approval of its application for full PPP Loan forgiveness on August 11, 2021.

At December 31, 2020 and 2019, the Company had a federal net operating tax loss carryforward of approximately $3,100 and $200, respectively, that may be applied against future taxable income and expires in various years beginning in 2032 (see below). The Internal Revenue Code contains provisions that may limit the use of the net operating tax loss carryforward available if significant changes occur in the stock ownership of the Company. In 2015, the Company undertook a detailed analysis and concluded that the Company did not experience any ownership changes, as defined in Section 382 (g), during the Analysis Period, from inception of the Company through June 30, 2015. Furthermore, the Company has reviewed the ownership history from July 1, 2015 through December 31, 2020 and has concluded that the Company did not experience an ownership change during this period.

The following table summarizes the provision for income taxes (dollars in thousands):

|  | 2020 | 2019 |
|---|---|---|
| Current: |  |  |
| Federal | $ 7 | (47) |
| State, local, and foreign | 3 | 78 |
|  | 10 | 31 |
| Deferred: |  |  |
| Federal | 37 | 609 |
| State, local, and foreign | (10) | 4 |
|  | 27 | 613 |
| Total tax provision (benefit) | $ 37 | 644 |

The effective tax rate differs principally from the expected statutory rate due to the effect of the change in the valuation allowance on deferred tax assets and other permanent items such as GILTI and meals and entertainment.

(Continued)

CK_00000292

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

Amounts for deferred tax assets and liabilities are as follows as of December 31, 2020 and 2019 (dollars in thousands):

|  | | 2020 | 2019 |
|---|---|---:|---:|
| Deferred tax assets: | | | |
| Net operating loss carryforward | $ | 2,036 | 1,308 |
| Allowance for doubtful accounts | | 262 | 220 |
| Stock-based compensation | | 332 | 301 |
| Deferred rent | | 1,270 | 63 |
| WOWPoints expense | | 10,677 | 10,550 |
| Construction in progress | | 72 | — |
| Credits | | 63 | 63 |
| Other | | 68 | 68 |
| Deferred tax assets | | 14,780 | 12,573 |
| Deferred tax liabilities: | | | |
| Property, equipment, and software | | 94 | 259 |
| Deferred tax liabilities | | 94 | 259 |
| Less valuation allowance | | (14,686) | (12,277) |
| Net deferred tax assets | $ | — | 37 |

In assessing the realizability of deferred tax assets, management considers whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon generation of future taxable income during the periods in which those temporary differences such as loss carryforwards and tax credits become deductible. Based upon the history of recent losses, management believes it is more likely than not that the Company will not realize the benefits of these deductible differences.

The Company has no unrecognized tax benefits as it has not identified any material uncertain tax positions. The Company was previously selected for IRS Exam for its 2016 and 2017 tax years and closed with no adjustments in early 2021.

As of December 31, 2020, and December 31, 2019, the Company has net operating loss carryforwards for federal tax purposes of $3,100 and $200, respectively, which is available to offset federal taxable income. While the losses incurred prior to 2018 will be subject to expiration beginning in 2032, the losses incurred after 2018 will be carried forward indefinitely. As of December 31, 2020, and December 31, 2019, the Company has net operating loss carryforwards for various state tax purposes of $2,04,000 and $1,87,000, respectively, which is available to offset state taxable income. The state net operating loss carryforwards attributable to NYS will be begin to expire in 2034, if not utilized.

(Continued)

CK_00000293

**NEXT JUMP, INC. AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(Dollars in thousands, unless otherwise stated)

**(11) Commitments and Contingencies**

*Leases*

The Company is a party to a number of noncancelable lease agreements primarily involving office premises. Included in operating leases are office premises that are generally for twelve-months to ten-year periods. In accordance with authoritative guidance, rental expense is recognized ratably over the lease period, including those leases containing escalation clauses. The provisions of the Company's leases include renewal options, payment of real estate taxes, and certain operating expenses.

The following table reflects all future minimum rental payments under operating leases at December 31, 2020 (dollars in thousands):

|  | Operating leases |
|---|---|
| Year: | |
| 2021 | $ 6,522 |
| 2022 | 7,576 |
| 2023 | 7,597 |
| 2024 | 7,618 |
| 2025 | 7,274 |
| 2026 | 35,105 |
| Total minimum lease payments | $ 71,692 |

Rent expense for the years ended December 31, 2020 and 2019 totaled $9,187 and $4,636, respectively.

*Litigation*

From time to time, the Company is party to certain litigation arising in the normal course of business. Management believes that the resolution of such matters will not have a material adverse effect on the Company's financial position, results of operations, or cash flows.

**(12) Subsequent Events**

The Company has performed an evaluation of events occurring subsequent to December 31, 2020, and through April 12, 2022. There have been no material subsequent events that occurred during such period that would require disclosure herein, or would be required to be recognized in the consolidated financial statements.

CK_00000294