UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT P. BURKE,<br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>Defendants. | Case No. 1:24-cr-00265-TNM |

### DEFENDANTS YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S NOTICE REGARDING AGREED STIPULATION ON EMAIL BCC DATA

Defendants Yongchul "Charlie" Kim and Meghan Messenger ("Movants") jointly give notice to the Court that, pursuant to the Agreed Stipulation filed today, ECF No. 139, Movants and the government have resolved their dispute concerning the missing email BCC data, as described in Movants' Joint Motion to Compel and in Movants' Reply in support of that motion. *See* ECF No. 114-1, at 6-7, 12-13; ECF No. 133, at 2-4, 9-11. The other issues raised in the Motion to Compel and Reply remain live issues.

Respectfully submitted,

DATED March 18, 2025                    */s/ William A. Burck*

|  | William A. Burck |
|---|---|
| Rocco F. D'Agostino | William A. Burck (DC Bar No.: 979677) |
| (Bar No. NY0592) | Avi Perry (DC Bar No.: 90023480) |
| 445 Hamilton Ave., Suite 605 | Rachel G. Frank (DC Bar No.: 1659649) |
| White Plains, NY 10601 | John (Fritz) Scanlon (DC Bar No.: 983169) |
| Tel: (914) 682-1993 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|  | 1300 I Street NW, Suite 900 |
| *Counsel for Defendant Meghan* | Washington, D.C. 20005 |
| *Messenger* | Tel: (202) 538-8000 |
|  | Fax: (202) 538-8100 |
|  | williamburck@quinnemanuel.com |
|  | aviperry@quinnemanuel.com |
|  | rachelfrank@quinnemanuel.com |
|  | fritzscanlon@quinnemanuel.com |
|  |  |
|  | Christopher Clore (*pro hac vice*) |
|  | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|  | 295 5th Ave |
|  | New York, NY 10016 |
|  | Tel: (212) 849-7000 |
|  | Fax: (212) 849-8100 |
|  | christopherclore@quinnemanuel.com |
|  |  |
|  | *Counsel for Defendant Yongchul "Charlie" Kim* |