UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT P. BURKE,<br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>Defendants. | Case No. 1:24-cr-00265-TNM |

**DEFENDANTS YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S
NOTICE IN SUPPORT OF JOINT MOTION TO COMPEL**

Defendants Yongchul "Charlie" Kim and Meghan Messenger ("Movants") jointly give notice to the Court of newly discovered material in support of their Joint Motion to Compel, (ECF No. 114). In their Motion briefing, Movants argued that the government's discovery obligations extend to files maintained by the Department of Defense ("DoD") because the government has access to and control over DoD's files. (*See* ECF 114-1 at 10-11; ECF 133 at 7.) After Movants submitted their reply, Movants found in the government's voluminous discovery productions a January 26, 2023 letter ("the Letter") ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

1

On March 19, 2025, counsel for Movants contacted the government about the letter and requested that—in light of the letter and Movants' briefing—the government review or re-review all DoD files for discoverable information. On March 20, 2025, the government responded by stating that it does "not agree that the [letter] . . . confers any rights or obligations beyond those set forth in the Government's response to [Movants'] motion to compel, and particularly not an obligation to perform the sweeping review you demand below." (Ex 2.)

Respectfully submitted,

DATED March 24, 2025                          */s/ William A. Burck*
                                              William A. Burck

| | |
|---|---|
| Rocco F. D'Agostino | William A. Burck (DC Bar No.: 979677) |
| (Bar No. NY0592) | Avi Perry (DC Bar No.: 90023480) |
| 445 Hamilton Ave., Suite 605 | Rachel G. Frank (DC Bar No.: 1659649) |
| White Plains, NY 10601 | John (Fritz) Scanlon (DC Bar No.: 983169) |
| Tel: (914) 682-1993 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 1300 I Street NW, Suite 900 |
| *Counsel for Defendant Meghan Messenger* | Washington, D.C. 20005 |
| | Tel: (202) 538-8000 |
| | Fax: (202) 538-8100 |
| | williamburck@quinnemanuel.com |
| | aviperry@quinnemanuel.com |
| | rachelfrank@quinnemanuel.com |
| | fritzscanlon@quinnemanuel.com |
| | |
| | Christopher Clore (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 295 5th Ave |
| | New York, NY 10016 |
| | Tel: (212) 849-7000 |
| | Fax: (212) 849-8100 |
| | christopherclore@quinnemanuel.com |
| | |
| | *Counsel for Defendant Yongchul "Charlie" Kim* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a copy of the foregoing Notice was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF and served to all counsel of record via electronic mail.

      /s/ *William A. Burck*
      William A. Burck (DC Bar No.: 979677)

Dated: March 24, 2025