# EXHIBIT 1
# REDACTED

