UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:24-cr-00265 (TNM) |
| v. : | |
| : | |
| ROBERT BURKE, : | |
| YONGCHUL "CHARLIE" KIM, and : | |
| MEGHAN MESSENGER, : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through the United States Attorney for the District of Columbia, informs the Court that undersigned counsel, Assistant United States Attorney Brian P. Kelly, is assigned as counsel in the above-captioned matter. This is notice of his appearance in this matter on behalf of the United States. He is admitted or otherwise authorized to practice in this Court.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney
N.Y. Bar No. 1387455

By: ___/s/ Brian P. Kelly___
BRIAN P. KELLY
Assistant United States Attorney
United States Attorney's Office
District of Columbia
D.C. Bar No. 983689
601 D Street NW
Washington, DC 20530
(202) 252-7503
Brian.Kelly3@usdoj.gov