UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:24-cr-00265 (TNM) |
| | : | |
| YONGCHUL "CHARLIE" KIM and MEGHAN MESSENGER, | : : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S NOTICE OF EXPERT WITNESS

In this case, in accordance with Federal Rule of Criminal Procedure 16(a)(1)(G), the government intends to notice Digital Forensic Examiner Emily Sleeth to testify about evidence seized from three digital devices: 1) Robert P. Burke's cellular phone; 2) Defendant Yongchul "Charlie" Kim's cellular phone; and 3) Defendant Kim Messenger's cellular phone. The government has previously provided all evidence related to these devices to the Defendants through discovery.

The government intends to seek to qualify Examiner Sleeth as an expert in the field of digital forensic analysis and to have Examiner Sleeth offer some background testimony about how data is extracted, processed, and analyzed from digital devices, and then to offer testimony about conclusions she drew about a limited subset of the electronic evidence in this case, including if and when data was deleted from a device. While it is the government's position that electronic evidence seized from digital devices is admissible through lay/fact witness testimony by FBI special agents or Examiner Sleeth who extracted, located, and/or reviewed this evidence, the government intends to provide expert notice out of an abundance of caution. *See United States v. Berry*, 318 Fed. Appx. 569, 570 (9th Cir. 2009) (agent's testimony was not expert testimony because the agent "simply testified to what he found on the [defendant's] hard drive…, without

expressing an opinion that required specialized knowledge or offering insight beyond common understanding") (citing Fed. R. Evid. 702).

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the government has provided the Defendants with descriptions of the qualifications and anticipated testimony of Examiner Sleeth, which are attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| JEANINE FERRIS PIRRO<br>UNITED STATES ATTORNEY<br>N.Y. Bar No. 1387455 | EDWARD SULLIVAN<br>Acting Chief, Public Integrity Section<br>U.S. Department of Justice |

By     /s/                        /s/

Rebecca G. Ross  
Brian P. Kelly  
Assistant United States Attorney  
601 D Street N.W.  
Washington, DC 20530  
Office: (202) 252-4490  

Trevor Wilmot  
Kathryn E. Fifield  
Trial Attorneys  
1301 New York Ave. NW  
Washington, D.C. 20530  
Office: (202) 514-1412