# EXHIBIT D
# REDACTED



DOJ-0000824107