# EXHIBIT 1

Case 1:24-cr-00265-TNM   Document 249-2   Filed 07/30/25   Page 2 of 14