# EXHIBIT 5

# GX 161-K

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 123 | Date Range: 1/3/2023 |

## Outline of Conversations

 **CHAT - E002_0000001 - 01248 - 2023/01/03** • 123 messages on 1/3/2023 • Kim, Yongchul "Charlie" <(646) 623-7000> • Meghan Messenger <mmessenger@nextjump.com>

**Messages in chronological order** (times are shown in GMT +00:00)

---

### 💬 CHAT - E002_0000001 - 01248 - 2023/01/03

**YK**  **Kim, Yongchul "Charlie" <(646) 623-7000>**  1/3/2023, 12:09 AM
Yeah both not feeling great

**M**  **Meghan Messenger <mmessenger@nextjump.com>**  1/3/2023, 12:46 AM
Disliked "Yeah both not feeling great "

**M**  **Meghan Messenger <mmessenger@nextjump.com>**  1/3/2023, 1:56 AM
Maybe I should email reply back to Katie just saying didn't expect 100% increase so don't think it will work but haven't had chance to talk to you, you have CoVID and so understand if don't want to come in this week until we review to let me know. I don't know

**M**  **Meghan Messenger <mmessenger@nextjump.com>**  1/3/2023, 1:58 AM
Was thinking I could see just do 1x/ week on Thursdays since we have Jeo and do something else wed

**YK**  **Kim, Yongchul "Charlie" <(646) 623-7000>**  1/3/2023, 2:04 AM
I feel also the nye thing, I don't know what to do, paying her $1000 for doing nothing except enjoying our party bringing 4 guests doesn't seem right. I expected her to be working and dancing entertaining others to dance. But she didn't dress to be able to dance. Then the extra pay on top seems bad. The combo of the two I'm struggling with

**M**  **Meghan Messenger <mmessenger@nextjump.com>**  1/3/2023, 2:16 AM
Yeah she's didn't dress to dance she came to be a guest f

**M**  **Meghan Messenger <mmessenger@nextjump.com>**  1/3/2023, 2:16 AM
When did you say you would pay her?

**M**  **Meghan Messenger <mmessenger@nextjump.com>**  1/3/2023, 2:16 AM
Like a few days ago?

**M**  **Meghan Messenger <mmessenger@nextjump.com>**  1/3/2023, 2:17 AM
It's more complicated I guess we can discuss tomorrow

**YK**  **Kim, Yongchul "Charlie" <(646) 623-7000>**  1/3/2023, 2:27 AM
Weeks back

**M**  **Meghan Messenger <mmessenger@nextjump.com>**  1/3/2023, 2:28 AM
Ugh no more surprises between us ok…I don't like

**M**  **Meghan Messenger <mmessenger@nextjump.com>**  1/3/2023, 2:28 AM
I feel like a loser

**M**  **Meghan Messenger <mmessenger@nextjump.com>**  1/3/2023, 2:30 AM
Just sent a draft note to you and me for now that I can send to Katie if it works for you

**YK**  **Kim, Yongchul "Charlie" <(646) 623-7000>**  1/3/2023, 2:31 AM
Note looks good

**M**  **Meghan Messenger <mmessenger@nextjump.com>**  1/3/2023, 2:37 AM
Ok I will send thanks

**YK**  **Kim, Yongchul "Charlie" <(646) 623-7000>**  1/3/2023, 3:47 AM
Hate hate that I'm sick

---

### 💬 CHAT - E002_0000001 - 01248 - 2023/01/03

| | | |
|---|---|---|
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000> | 1/3/2023, 3:48 AM |
| | I'll see how I feel in the morning but fear I may be out all week | |
| M | **Meghan Messenger** <mmessenger@nextjump.com> | 1/3/2023, 3:50 AM |
| | I know it totally sucks like unchartered territory kinda | |
| M | **Meghan Messenger** <mmessenger@nextjump.com> | 1/3/2023, 3:51 AM |
| | Weird how CoVID still exists and ruining stuff even in 2023 Jesus Christ | |
| M | **Meghan Messenger** <mmessenger@nextjump.com> | 1/3/2023, 3:51 AM |
| | At least a shorter week in some ways you'll have next weekend to recover worse case | |
| M | **Meghan Messenger** <mmessenger@nextjump.com> | 1/3/2023, 3:51 AM |
| | God I hope you wake up feeling better | |
| M | **Meghan Messenger** <mmessenger@nextjump.com> | 1/3/2023, 3:51 AM |
| | No lip this week I guess since team didn't plan coa? | |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000> | 1/3/2023, 3:55 AM |
| | Yeah no lip | |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000> | 1/3/2023, 3:56 AM |
| | I wrote some stuff down but head spiny so not sure | |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000> | 1/3/2023, 3:56 AM |
| | I can't believe how fast and how hard it hit me. | |
| M | **Meghan Messenger** <mmessenger@nextjump.com> | 1/3/2023, 4:22 AM |
| | Yeah that's scary it hit you hard | |
| M | **Meghan Messenger** <mmessenger@nextjump.com> | 1/3/2023, 4:22 AM |
| | CoVID sucks | |
| M | **Meghan Messenger** <mmessenger@nextjump.com> | 1/3/2023, 4:22 AM |
| | B so unhappy school tomorrow | |
| M | **Meghan Messenger** <mmessenger@nextjump.com> | 1/3/2023, 4:23 AM |
| | M has basketball practice @10:30am at avenues but no school so weird | |
| M | **Meghan Messenger** <mmessenger@nextjump.com> | 1/3/2023, 4:24 AM |
| | You can FaceTime or zoom me whenever you wake up or want to. Or I will let you know once I'm settled at work. Prob going to bring B to school then get ready. | |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000> | 1/3/2023, 9:29 AM |
| | I woke up at 4am my head feels like it's splitting in half. Hurts. I'll probably voice dial into stuff but won't talk much. | |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000> | 1/3/2023, 9:31 AM |
| | Whole setup is inconvenient here as Ella and I both sick so quarantined in bedroom so kids can be outside but wifi bad in here / long story but jackson moved the wifi router as his room wasn't getting good service and now our bedroom isn't and living room we've stayed away from so kids can use | |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000> | 1/3/2023, 9:31 AM |
| | Worst case I may get a hotel room if needed. | |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000> | 1/3/2023, 9:32 AM |
| | To work and sleep back here | |

| | | |
|---|---|---|
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Oh god sorry ck can't believe how sick you are Jesus | 1/3/2023, 12:39 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Maybe just relax today and rest / sleep and see how you feel tomorrow if want to get hotel room | 1/3/2023, 12:39 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>I barely slept | 1/3/2023, 12:40 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Anxious | 1/3/2023, 12:40 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Too much change today | 1/3/2023, 12:40 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>Yeah I haven't been able to fall back. Mind racing. Head splitting took Tylenol. Now for past 30 min next door building doing some pounding thing. Ack | 1/3/2023, 12:48 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Omg ck I'm sorry that's brutal | 1/3/2023, 12:51 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>This sucks | 1/3/2023, 12:51 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Maybe drink some ginger tea while watching some dumb movie can fall asleep | 1/3/2023, 12:51 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>I feel the need to process this work stuff. I'm laying in bed but may shower etc and try and get a room at highline hotel. Can work out of there for the day. | 1/3/2023, 12:56 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>I'm about to hop into Uber just fyi | 1/3/2023, 1:53 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>Ok I'm about to shower | 1/3/2023, 1:53 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Going to make breakfast / coffee | 1/3/2023, 2:16 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Party almost cleaned up fulky | 1/3/2023, 2:16 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Fully | 1/3/2023, 2:16 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>**<br>I just got to my room. Getting myself apples and bfast too | 1/3/2023, 2:26 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Omg just took me forever I was walking around in circles in kitchen | 1/3/2023, 2:28 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>**<br>Trying to get my printer online | 1/3/2023, 2:35 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 1/3/2023, 4:43 PM |

| | | |
|---|---|---|
| | I'm back called but no answer so just call me when can | |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** <br> Should I not join partners meeting? Is it too weird camera off and listening in. | 1/3/2023, 5:39 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** <br> I was going to go home for lunch and then come back | 1/3/2023, 5:40 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>** <br> I was thinking maybe cancel partner meeting | 1/3/2023, 5:41 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>** <br> I'm not in it I can't think after that convo so I can't do it | 1/3/2023, 5:41 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** <br> Not a bad idea | 1/3/2023, 5:41 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>** <br> I have nothing to say | 1/3/2023, 5:41 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>** <br> I'm angry and upset | 1/3/2023, 5:41 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** <br> Ok let's do that cancel it | 1/3/2023, 5:42 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>** <br> So not in the right mindset at all | 1/3/2023, 5:42 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** <br> I knew would make you upset which is why so skitzo ss know we need to get along but not crushing any eggshells I thought could do more damage later | 1/3/2023, 5:42 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>** <br> Wish you did it over weekend so I could process vs now when I'm here Monday at | 1/3/2023, 5:43 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** <br> Which is why I wanted to prioritize and emphasize what mattered and bothered me a lot more. The inability to succinctly follow up on biz 2 leads. | 1/3/2023, 5:44 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** <br> I thought of over weekend but felt would piss you off and never get to discussions on the bigger issue and the bigger thing bothering me | 1/3/2023, 5:45 PM |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** <br> ==I also wished you would have said something when complaining and finding issues during the party esp when it turned out so well in hindsight== | 1/3/2023, 5:45 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>** <br> Lack of communication I guess on both sides | 1/3/2023, 5:47 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>** <br> Hate this | 1/3/2023, 5:48 PM |
| M | **Meghan Messenger <mmessenger@nextjump.com>** <br> Just want to do good work with you and win | 1/3/2023, 5:48 PM |

| | | |
|---|---|---|
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>This shit is such BS we both know but still have to deal with it but so sick of it | 1/3/2023, 5:48 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>Just realized on the meeting probably first time Burke and Dani seeing company financials | 1/3/2023, 5:49 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>Is Tom giving biz2? | 1/3/2023, 5:49 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>He didn't put cash in there but didn't think of what that may do. | 1/3/2023, 5:49 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>I didn't see the agenda | 1/3/2023, 5:49 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>Didn't realize Kevin was going to share those financials | 1/3/2023, 5:49 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>Me neither | 1/3/2023, 5:49 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>I was barely paying attention which part alarming? | 1/3/2023, 5:50 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>I'm assuming when seeing biz 2 rev. Total rev Vs the navy he sees how far reaching we were for $100mm | 1/3/2023, 5:51 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>Loved "Just want to do good work with you and win" | 1/3/2023, 5:51 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>Yeah think he already knows that from shareholder deck our entire first slide is about the navy deal | 1/3/2023, 5:51 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>And what happened as in that's the only biz2 client | 1/3/2023, 5:51 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>He never saw financial part of the presentation because ours didn't have any financial | 1/3/2023, 5:52 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>Feel that cat was out of back 2 weeks ago | 1/3/2023, 5:52 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>But he knows navy only deal for biz2 | 1/3/2023, 5:52 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>Just being mindful of what negative narratives him or Dani could be brewing up | 1/3/2023, 5:52 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>The low financial perf, almost all red across…to me gives you and I less creds/ lower why should I listen to these two? Do they know what they're doing. | 1/3/2023, 5:53 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>It's easier to doubt and be skeptical, negative intent on us when results low and financial weaker | 1/3/2023, 5:54 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>Yeah I was feeling that when we shared the shareholder meeting despite no financials it shows navy navy navy and | 1/3/2023, 5:54 PM |

| | | |
|---|---|---|
| | clearly Burke knows what happened | |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 1/3/2023, 5:54 PM |
| | And likely will narrate any tilty comment from us as bad financial perf and pressure | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 1/3/2023, 5:54 PM |
| | Yeah agreed I feel exposed to them both our business and why listen | |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 1/3/2023, 5:54 PM |
| | The navy one I wasn't concerned about because that was the truth he knew | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 1/3/2023, 5:55 PM |
| | They don't know our cash so that has to make them question how we can afford this space so that's the part they prob don't get how we are finding all this | |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 1/3/2023, 5:55 PM |
| | I'm sharing so we're not caught off guard. Our tone can be smarter knowing this too | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 1/3/2023, 5:55 PM |
| | Funding | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 1/3/2023, 5:55 PM |
| | Liked "I'm sharing so we're not caught off guard. Our tone can be smarter knowing this too" | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 1/3/2023, 5:55 PM |
| | Liked "And likely will narrate any tilty comment from us as bad financial perf and pressure " | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 1/3/2023, 5:56 PM |
| | Dani takes our tone as "punitive" | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 1/3/2023, 5:56 PM |
| | And senses prob it's business financial pressure | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 1/3/2023, 5:56 PM |
| | It's prob why he could afford to be such a little bitch the week of Xmas despite his girl stole from us | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 1/3/2023, 5:56 PM |
| | I don't know | |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 1/3/2023, 5:57 PM |
| | Going back to your comment about the BS. I kept thinking we have similar with Dani. Macky too. Katie now. Kyle on fees. I feel we don't need to crush eggshells with everyone but was thinking shoved down will come up as issue as work gets harder/ more uncertainty navigating | |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 1/3/2023, 5:58 PM |
| | I don't agree with the Dani pov. I think he's being a bitch because he narrates if you care about me, you have to care about the woman who is going to become my wife | |
| YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 1/3/2023, 5:59 PM |
| | I don't know what Burke talked for 5 hours with Dani but he had all the content from our wed dinner without Dani where we both were angry at the situation | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 1/3/2023, 6:00 PM |
| | Yeah I don't know what they talked about but prob thar we can trust Dani again like we said but takes time maybe not sure but all he said was Dani is in good place now | |
| M | **Meghan Messenger <mmessenger@nextjump.com>** | 1/3/2023, 6:01 PM |
| | I'm sure wants me to believe that to help Dani integrate back in and make it feel all ok like Burke doing his job to take care | |

| | | |
|---|---|---|
| YK | of his team mate | |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>I don't trust either of them to give us the full truth. | 1/3/2023, 6:01 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>I say this …if we want to work well with Dani - we need to crush lots of eggshells, many convos likely required to happen | 1/3/2023, 6:02 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>What is Greg talking about? I'm not tracking at all | 1/3/2023, 6:02 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>Liked "I say this …if we want to work well with Dani - we need to crush lots of eggshells, many convos likely required to happen" | 1/3/2023, 6:02 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>Liked "I don't trust either of them to give us the full truth. " | 1/3/2023, 6:02 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>I don't have a lot of faith in gk and his ability to drive success. So almost doesn't matter | 1/3/2023, 6:02 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>That's how I feel too | 1/3/2023, 6:02 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>I don't want to talk or work with any of these idiots today want to just not engage it's so bad I'm so cranky now like don't care | 1/3/2023, 6:03 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>Fuck them all feeling | 1/3/2023, 6:03 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>It's real unfortunate. Maybe at some point we talk with strat. Tom and greg have the power to change things if they do something different | 1/3/2023, 6:03 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>Liked "It's real unfortunate. Maybe at some point we talk with strat. Tom and greg have the power to change things if they do something different " | 1/3/2023, 6:03 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>Liked "Fuck them all feeling " | 1/3/2023, 6:03 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>Liked "I don't want to talk or work with any of these idi…" | 1/3/2023, 6:03 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>I'm back in hotel | 1/3/2023, 7:28 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>Ok sorry was talking to cubs | 1/3/2023, 7:59 PM |
| M | **Meghan Messenger** <mmessenger@nextjump.com><br>I'm back | 1/3/2023, 8:00 PM |
| YK | **Kim, Yongchul "Charlie"** <(646) 623-7000><br>https://www.news.com.au/technology/science/super-variant-new-xbb15-covid-strain-ripping-through-us-and-uk-worst-in-the-world/news-story/5e8c00c9a800a9fd37e375ef2fd7b2e2Attachment Title: 30826064-20A3-4F68-8592-1F37124F311A.EB64E9B4-FA72-4496-9FDB-A1C4E7C70A90.pluginPayloadAttachmentAttachment Title: F05E1339- | 1/3/2023, 8:46 PM |

0E6B-4906-BEA5-43F55E1A340A.E090B851-77E8-4E6C-B11F-0C8EE3A79166.pluginPayloadAttachment

*Attachment: 30826064-20A3-4F68-8592-1F37124F311A.EB64E9B4-FA72-4496-9FDB-A1C4E7C70A90.pluginPayloadAttachment (2 KB)*

*Attachment: F05E1339-0E6B-4906-BEA5-43F55E1A340A.E090B851-77E8-4E6C-B11F-0C8EE3A79166.pluginPayloadAttachment (1 MB)*