**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**,

v.

**YONGCHUL CHARLIE KIM** and
**MEGHAN MESSENGER**,

        Defendants.

Case No. 1:24-cr-00265 (2) (3) (TNM)

## ORDER

Before the Court are several unopposed motions to seal from the various parties.  *See* ECF Nos. [213], [239], [244], [271], [277], and [278].  After an examination of each of these motions, the Court finds that the *Hubbard* factors favor sealing all of the underlying materials. *See EEOC v. Nat'l Children's Ctr., Inc.*, 98 F.3d 1406, 1409 (D.C. Cir. 1996) (identifying factors).  All of these motions are accordingly **GRANTED.**  The Clerk of Court is directed to docket each of the underlying documents under seal.

        **SO ORDERED**.


Dated: August 22, 2025                   TREVOR N. McFADDEN, U.S.D.J.