# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Criminal Action No. 1:24-577 |
| vs. | Washington, DC August 20, 2025 |
| YONGCHUL "CHARLIE" KIM - 1, MEGHAN MESSENGER - 2, Defendants. _____/ | 1:42 p.m. AFTERNOON SESSION |

TRANSCRIPT OF JURY TRIAL
**BEFORE THE HONORABLE TREVOR N. MCFADDEN**
UNITED STATES DISTRICT JUDGE

APPEARANCES:

**For the Government:**   **Rebecca G. Ross**
　　　　　　　　　　　　　**Joshua S. Rothstein**
　　　　　　　　　　　　　**Brian P. Kelly**
　　　　　　　　　　　　　　DOJ-USAO
　　　　　　　　　　　　　　601 D Street NW
　　　　　　　　　　　　　　Washington, DC 20530

**For Deft. Kim:**   **William S. Burck**
　　　　　　　　　　**Avi Perry**
　　　　　　　　　　**Brett Raffish**
　　　　　　　　　　**Christopher J. Clore**
　　　　　　　　　　**John F. Scanlon**
　　　　　　　　　　QUINN, EMANUEL, URQUHART & SULLIVAN
　　　　　　　　　　　1300 I Street, Northwest, Ste. 900
　　　　　　　　　　　Washington, D.C. 20005

**For Deft. Messenger:**   **Reed Brodsky**
　　　　　　　　　　　　　**Simone Rivera**
　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER, LLP
　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　New York, New York 10166

```
   Reported By:          LORRAINE T. HERMAN, RPR, CRC
                           Official Court Reporter
                           U.S. District & Bankruptcy Courts
                           333 Constitution Avenue NW
                           Room 6521
                           Washington, DC 20001
                           lorraine_herman@dcd.uscourts.gov
```

\*\*\*   Proceedings recorded by stenotype shorthand;
      transcript produced by computer-aided transcription.

# **I N D E X**

**WITNESS**                                                                 **PAGE**

BRETT MIETUS                          4

    Direct Examination by Mr. Kelly                             4
    Cross-Examination by Mr. Perry                             40
    Cross-Examination by Mr. Brodsky                           74
    Redirect Examination by Mr. Kelly                          85

**JULIET BREYER (CONT'D.)**

    Cross-Examination by Mr. Brodsky                           94
    Cross-Examination by Mr. Burck                            130

# **E X H I B I T S**

**EXHIBIT**                                                                 **PAGE**

Government's No. 157      Admitted into Evidence      16
Government's No. 158      Admitted into Evidence      20
Government's No. 11-A     Admitted into Evidence      26
Government's No. 159      Admitted into Evidence      31
Defense No. 143           Admitted into Evidence      51.
Defense No. 170           Admitted into Evidence      59
Defense No. 122           Admitted into Evidence     112
Defense No. 454           Admitted into Evidence     122
Defense No. 114           Admitted into Evidence     135

1   you recall those questions?
2       **A.**   Yes.
3       **Q.**   Do you recall that your answer was, at times you
4   have seen Navy officers or even admirals sort of make
5   recommendations to other officers about particular
6   contractors?
7       **A.**   Certainly.
8       **Q.**   Setting the allegations in this case aside, to
9   your knowledge, have you ever been aware of an admiral
10  ordering a contract for a company with which he was engaged
11  in job discussions?
12      **MR. PERRY:**   Objection, Your Honor.   It's outside
13  of the scope.   It's leading.
14      **THE COURT:**   Overruled.
15      **THE WITNESS:**   I'm not aware.
16  **BY MR. KELLY:**
17      **Q.**   You've never seen that before to your knowledge?
18      **A.**   I have not.
19      **Q.**   Was there any indication, based on your
20  recollection at the time, about whether or not Admiral Burke
21  was engaged in job discussions with the defendants back in
22  the 2019 time period you were acting as his executive
23  assistant?
24      **MR. PERRY:**   Objection, Your Honor.   May I be
25  heard?

1           **THE COURT:** No. Overruled.

2           **THE WITNESS:** I'm not aware of any conversations
3    to that.
4    **BY MR. KELLY:**
5       **Q.** Would that have been a problem if those
6    conversations had been ongoing in the midst of these
7    contract discussions?
8       **A.** Yes.
9       **Q.** You were asked a lot of questions on
10   cross-examination about whether or not Next Jump was, quote
11   unquote, unique among contractors. Do you recall those?
12      **A.** Yes.
13      **Q.** Do you recall saying that, in your opinion, the
14   defendants had a reputation for being aggressive?
15      **A.** Yes.
16      **Q.** Do you stand by that statement?
17      **A.** I do.
18      **Q.** You were also asked, I think Mr. Perry showed his
19   hand-drawn timeline to show when you were directly involved
20   with Admiral Burke in the Navy. Do you recall that?
21      **A.** I do.
22      **Q.** Do you recall the exhibits that the government put
23   up, the emails in November of 2019 where you attempted to
24   instruct Next Jump to cut off communications with
25   Admiral Burke about a possible contract that was being

1      discussed?
2           **A.**   I do.
3           **Q.**   At that time, was there even an actual contract --
4           **A.**   No, there was not --
5           **Q.**   -- in place?
6           **A.**   -- that I was aware of.
7           **Q.**   So it was just a possibility at that point in
8      time?
9           **A.**   Correct.
10          **Q.**   And even with it just being a possibility of a
11     contract at the time, was that enough for you and legal
12     counsel and the vice chief's office to set up that layer of
13     separation between Admiral Burke and Next Jump?
14          **A.**   It was.
15          **Q.**   And in terms of you having only limited exposure
16     to Admiral Burke during the middle period of Mr. Perry's
17     demonstrative, those ethics rules that you talked about on
18     direct examination, those would have been in place from June
19     2019 to May 2020 when you were working for Admiral Burke?
20          **A.**   Correct.
21          **Q.**   Would those same rules have applied in 2018 when
22     Admiral Burke was the head of HR and N-1?
23          **A.**   They're updated every year.
24          **Q.**   Would the general thrust of those rules, though,
25     concerning communications with contractors and senior

# **C E R T I F I C A T E**

I, **Lorraine T. Herman, Official Court Reporter,** certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.

| August 20, 2025 | /s/ Lorraine T. Herman |
|---|---|
| **DATE** | **REPORTED BY** |