CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KIM, MESSENGER

Civil/Criminal No.: 24-CR-265 (TNM)

## NOTE FROM JURY

The jury wishes to inform you that after our thoroughly reviewing the evidence and hearing each others perspectives we remained deadlocked. We believe our views are fundamentally contradicting.

Date: Sept. 11 2025

Time: 9:22