

**DEPARTMENT OF THE NAVY**
OFFICE OF THE SECRETARY
1000 NAVY PENTAGON
WASHINGTON DC 20350·1000

SECNAVINST 5430.7U
3 Oct 25

SECNAV INSTRUCTION 5430.7U

From:   Secretary of the Navy

Subj:   ASSIGNMENT OF RESPONSIBILITIES AND AUTHORITIES IN THE
        OFFICE OF THE SECRETARY OF THE NAVY

Ref:    (a) Title 10, United States Code
        (b) U.S. Navy Regulations 1990
        (c) SECNAVINST 5215.1F
        (d) DoD Directive 5100.01 of 21 December 2010
        (e) 14 U.S.C. § 103
        (f) E.O. 12879
        (g) SECNAVINST 5402.8G
        (h) Public Law 110-181
        (i) Public Law 118-159

Encl:   (1) Responsibilities and Authorities

1.  <u>Purpose</u>.  To publish responsibilities and authorities for
the administration of the Department of the Navy (DON).  This
instruction has been substantially revised and should be
reviewed in its entirety.

2.  <u>Cancellation</u>.  SECNAVINST 5430.7T.

3.  <u>Applicability</u>.  This instruction applies to the DON.

4.  <u>Policy</u>.  Pursuant to reference (a), Subtitle C, Part I, as
implemented by reference (b), the DON is organized under the
Secretary of the Navy (SECNAV).  Pursuant to reference (a),
sections 8014 and 8061, the DON is composed of:

    a.  The Office of the SECNAV or Secretariat, which includes
the Under Secretary of the Navy (UNSECNAV), civilian executive
assistants, Staff Assistants and such other offices and
officials as may be established by law or as the SECNAV may
establish or designate.

SECNAVINST 5430.7U
3 Oct 25

b.  The civilian executive assistants are (in alphabetical order):

(1) The Assistant Secretary of the Navy (Energy, Installations and Environment) (ASN (EI&E)).

(2) The Assistant Secretary of the Navy (Financial Management and Comptroller) (ASN (FM&C)).

(3) The Assistant Secretary of the Navy (Manpower and Reserve Affairs) (ASN (M&RA)).

(4) The Assistant Secretary of the Navy (Research, Development and Acquisition) (ASN (RD&A)).

(5) The General Counsel (GC) of the Navy.

c.  The Chief of Staff of the Department of the Navy (COS) is the principal staff assistant to the SECNAV.

d.  The other Staff Assistants are (in alphabetical order):

(1) The Auditor General (AUDGEN) of the Navy.

(2) The Chief of Information (CHINFO).

(3) The Chief of Legislative Affairs (CLA).

(4) The Chief of Naval Intelligence (CNI).

(5) The Chief of Naval Policy (CPOL).

(6) The Chief of Naval Research (CNR).

(7) The Director of Administration (DIRAD).

(8) The Director of the Naval Criminal Investigative Service (DIR NCIS).

(9) The Director of the Office of Small Business Programs (OSBP).

(10) The DON Chief Information Officer (DON CIO).

SECNAVINST 5430.7U
3 Oct 25

(11) The Judge Advocate General (JAG) of the Navy.

(12) The Lead Special Trial Counsel (LSTC) of the Marine Corps.

(13) The LSTC of the Navy.

(14) The Naval Inspector General (Naval IG).

(15) The Principal Cyber Advisor (PCA).

e.  The Office of the Chief of Naval Operations (OPNAV).

f.  The Headquarters, United States Marine Corps (HQMC).

g.  The entire operating forces.

h.  All field activities, headquarters, forces, bases, installations, activities and functions under the control of the SECNAV.

i.  The United States Coast Guard when it is operating as a Service in the Navy.

5.  <u>Responsibilities</u>.  See enclosure (1).

6.  <u>Scope</u>.  Within the responsibilities assigned in this instruction, enclosure (1), paragraphs 3 and 4, each civilian executive assistant is the principal civilian advisor and assistant to the SECNAV on the administration of the affairs of the DON.  Each staff assistant is the principal advisor and assistant to the SECNAV for their assigned duties, pursuant to this instruction, enclosure (1), paragraphs 3 and 5.  In carrying out these duties, the civilian executive assistants and Staff Assistants also support the Chief of Naval Operations (CNO) and the Commandant of the Marine Corps (CMC) in the execution of their responsibilities, as prescribed in references (a) and (b).

a.  CNO.  The CNO is the principal Navy advisor and Navy executive to the SECNAV on the conduct of Navy activities in the DON.  The CNO performs duties under the authority, direction and control of the SECNAV and is directly responsible to the SECNAV except as otherwise prescribed by law.

SECNAVINST 5430.7U
3 Oct 25

b.  CMC.  The CMC is the principal Marine Corps advisor and Marine Corps executive to the SECNAV on the conduct of Marine Corps activities in the DON.  The CMC performs duties under the authority, direction and control of the SECNAV and is directly responsible to the SECNAV except as otherwise prescribed by law.

c.  Commandant of the Coast Guard (COMDT COGARD).  When the United States Coast Guard is operating as a Service in the Navy upon the declaration of war or when directed by the President, the COMDT COGARD performs duties under the authority, direction and control of the SECNAV and is directly responsible to the SECNAV except as otherwise prescribed by law.

7.  <u>Governance</u>.  The SECNAV assigns responsibilities and authorities for areas essential to the efficient administration of the DON to and among the UNSECNAV, civilian executive assistants and Staff Assistants in this instruction, enclosure (1).  The SECNAV retains control of these and related policy matters, including the establishment and signature of fundamental policies and the issuance of such orders and directives as necessary, pursuant to reference (c).  All other SECNAV directives or other documents assigning responsibilities or authorities within the Secretariat that are not addressed herein and that are inconsistent with this instruction, are hereby superseded.

8.  <u>Delegation of Authority</u>.  The SECNAV is frequently assigned additional authorities and responsibilities through public laws, Department of Defense (Department of War (DoW)) issuances, written memoranda or less formal assignments.  Regardless of origin, the details of each assignment shall be captured in writing and the SECNAV may delegate these additional authorities and responsibilities not already assigned to a civilian executive assistant or staff assistant in writing to the appropriate level in the DON.

a.  The publication of a SECNAV directive as described in reference (c) may be necessary to execute these delegations of authority.  SECNAV directives often include a delegation of authority or assignment of responsibility.  Directives as described in reference (c) may continue to provide written guidance on selected authorities and responsibilities.

SECNAVINST 5430.7U
3 Oct 25

b.  Additional delegations shall be made in writing signed
by the SECNAV, CNO, CMC or cognizant civilian executive
assistant or staff assistant, coordinated with the appropriate
legal office and a copy of the written delegation shall be
forwarded to the SECNAV's Office of Administration for
retention.

9.  <u>Records Management</u>

a.  Records created as a result of this instruction,
regardless of format or media, must be maintained and
dispositioned according to the records disposition schedules
found on the Directives and Records Management Division (DRMD)
portal page:
https://portal.secnav.navy.mil/orgs/DUSNM/DONAA/DRM/SitePages/Ho
me.aspx.

b.  For questions concerning the management of records
related to this instruction or the records disposition
schedules, please contact your local Records Manager or the DRMD
program office.

JOHN C. PHELAN

Distribution:
Electronic only, via Department of the Navy Issuances Website:
https://www.secnav.navy.mil/doni/default.aspx

SECNAVINST 5430.7U
3 Oct 25

**RESPONSIBILITIES AND AUTHORITIES**

1. <u>SECNAV</u>. Reference (a), section 8013 and reference (d) outline the responsibilities of the SECNAV to the Secretary of Defense (Secretary of War (SecWar)) and for the functioning and efficiency of the DON. Reference (a), section 8013a, reference (d) and reference (e) outline the responsibilities of the SECNAV to the SecWar when the United States Coast Guard is operating as a Service in the Navy. Reference (a), section 8014, as well as other applicable laws and regulations, identifies specific assignments of authority and responsibility. In the event of the death, permanent disability or resignation of the SECNAV, references (f) and (g) determine succession. In the event the President revokes reference (f), succession is determined by reference (a), section 8017.

2. <u>UNSECNAV</u>. The UNSECNAV performs such duties as the SECNAV may prescribe. Pursuant to reference (h), section 904(b), the UNSECNAV is the Department's Chief Management Officer (CMO). The UNSECNAV also performs additional specified duties as required by law, including serving as the Lead Senior Defense Official for Guam pursuant to Deputy Secretary of Defense designation made in accordance with reference (i), sections 2880(a)(2) and 2880(c)(2). The UNSECNAV shall promptly and fully inform the SECNAV regarding any action which the UNSECNAV has taken involving or affecting the DON, as well as significant matters involving or affecting the DON of which the UNSECNAV becomes aware.

3. **Civilian Executive Assistants and Staff Assistants: General Responsibilities**. The civilian executive assistants and Staff Assistants are authorized and directed to act for the SECNAV within their currently assigned areas of responsibility and to supervise all functions and activities internal to their offices and assigned field activities, if any. The SECNAV shall delegate any additional authorities and responsibilities assigned in writing. The civilian executive assistants and Staff Assistants are ultimately responsible to the SECNAV for the use of resources and the functioning and efficiency of all activities under their supervision or control. This instruction delegates to the civilian executive assistants and Staff Assistants only those duties and authorities that by law the SECNAV can properly delegate. Under the direction, authority and control of the SECNAV, each civilian executive assistant and

Enclosure (1)

SECNAVINST 5430.7U
3 Oct 25

staff assistant, within their assigned area of responsibility, shall:

    a.  Perform the functions required or authorized by law.

    b.  Establish management policies, strategic direction, systems, procedures and standards and make decisions that are necessary for effective administration in their respective areas of responsibility.

    c.  Review and evaluate actions regarding program development and execution.

    d.  Pursuant to reference (c), prepare directives concerning matters over which they exercise control or supervision for coordination among mandatory clearance officials and for signature by the SECNAV.

    e.  Recommend fundamental policies orders or directives for issuance by the SECNAV, in executing the responsibilities described in this instruction, enclosure (1), paragraphs 1 and 2, that are considered necessary for the effective administration of the DON and beyond the scope of their individual responsibilities.

    f.  Organize and supervise the offices and organizations as assigned by the SECNAV.

    g.  Act as approving authority on behalf of the SECNAV in the DoW issuances coordination process.

    h.  Perform other duties as assigned by the SECNAV.

    i.  Coordinate with appropriate offices within the DoW, DON and other federal agencies on matters of mutual concern.

    j.  Serve as Data Steward and Functional Sponsor as appropriate for areas within each respective portfolio including oversight of information technology (IT) systems in coordination with DON CIO.

4.  **Civilian Executive Assistants**.  The civilian executive assistants are Presidentially appointed, Senate-confirmed

SECNAVINST 5430.7U
3 Oct 25

officials established by reference (a), sections 8016 and 8019.
The civilian executive assistants are (in alphabetical order):

a. **ASN (EI&E)**. The ASN (EI&E) is the principal advisor to
the SECNAV on energy, installations and environment matters.
The principal duty of the ASN (EI&E) shall be the overall
supervision of energy, installations, environment and safety
matters for the DON. The ASN (EI&E) establishes policies and
procedures for, provides strategic direction to and oversees all
DON functions and programs involving Navy and Marine Corps
installations and contingency bases, real estate, infrastructure
(including critical infrastructure and facilities-related
control systems), energy, resilience, environment, mission
readiness, natural and cultural resources, compatibility and
encroachment, safety and occupational health (SOH) and the use
of enterprise systems, maps and data to manage installations. A
Principal Deputy will assist the ASN (EI&E) in the execution of
these duties. The ASN (EI&E) shall:

(1) Liaise with the Under Secretary of Defense (Under
Secretary of War (USW)) (Acquisition and Sustainment) (USW
(A&S)), USW (Personnel and Readiness) (USW (P&R)) and Assistant
Secretaries of Defense (Assistant Secretaries of War (ASWs)), as
appropriate and relevant to the ASN (EI&E) portfolio, in matters
of mutual concern.

(2) Serve as the senior official responsible for
representing and communicating DON positions to Congress on all
energy, installations, environment and safety matters
delegated pursuant to this instruction or otherwise, in
coordination with the Office of Legislative Affairs (OLA) and
other DON stakeholders, as appropriate.

(3) Liaise with federal agencies and non-federal
entities including state agencies, tribal governments, non-
governmental organizations, institutes of higher education and
industry, as appropriate, to communicate DON positions or
negotiate agreements related to ASN (EI&E) functions and
programs.

(4) Coordinate with the ASN (RD&A), OPNAV and HQMC, as
appropriate, to ensure civil infrastructure (including critical
infrastructure and facilities-related control systems), energy,
resilience, environmental, SOH, water and installation

SECNAVINST 5430.7U
3 Oct 25

management considerations are addressed by materiel developers, integrated into acquisition program planning and documentation, including Research, Development, Test and Evaluation (RDT&E) investment and accounted for during milestone decision reviews.

(5) Coordinate with the ASN (FM&C), OPNAV and HQMC, as appropriate, to ensure civil infrastructure (including critical infrastructure and facilities-related control systems), energy, climate, environmental, SOH, water and installation requirements are integrated into planning, programming and budgeting materials and decisions.

(6) Coordinate with civilian executive assistants and Staff Assistants as appropriate, with respect to matters related to mission assurance (MA) and the critical infrastructure of the DON.

(7) Exercise overall responsibility for real estate contracting actions executed by all DON components.

(8) Integrate with Navy and Marine Corps offices to enable assessment of current and future range requirements and capabilities and identify and address land, sea and air encroachment issues and mitigate shortfalls.

(9) Serve as principal advisor to the SECNAV on tribal matters.

(10) In coordination with the other civilian executive assistants, the CNO and the CMC, as appropriate, oversee the commanders of all systems commands in all matters for which the ASN (EI&E) is principally responsible, including matters involving energy, real estate, environment, military construction, facilities sustainment, restoration and modernization and safety.

(11) Establish programs, policies and procedures and oversee their execution and the implementation of DON authorities related to:

(a) Installation energy and resilience, which includes increasing reliability, resiliency and efficiency to enhance mission effectiveness and improve operational flexibility and addressing energy, facility-related cyber

SECNAVINST 5430.7U
3 Oct 25

controls, water security, natural infrastructure investments and conservation to mitigate mission-related risks ashore.

(b) Operational energy as a strategic resource to improve reach, effectiveness and mission capability of operational assets.

(c) Environmental protection, including environmental planning and associated decision documents, installation restoration, munitions response, pollution prevention, compliance, marine resources protection, ocean policy and natural and cultural resources conservation. Act as Natural Resources Trustee under pertinent laws.

(d) Acquisition, use, planning, accountability, management and disposal of real property, Stewardship Land and Heritage Assets classified as real property, housing and other facilities, including utility systems, roads, buildings and other civil infrastructure.

(e) Construction, operation, management, maintenance and repair of housing and other facilities, including utility systems, roads, buildings and other civil infrastructure.

(f) Establishment and disestablishment of DON shore (field) activities and permanent homeport/station assignments except those temporary changes incident to the start or completion of maintenance availabilities of less than 18 months duration.

(g) Closures and realignments of DON real property assets (e.g., installations, bases or sites) under applicable laws, including disposition of personal property associated with such closures and realignments.

(h) Enhancement, in coordination with the ASN (M&RA), of the quality of life of military personnel and family members through the construction and sustainment of DON facilities and accompanying infrastructure and appropriate oversight of installation support operations.

(12) Approve large-scale, alternatively financed energy or infrastructure projects and energy savings programs.

SECNAVINST 5430.7U
3 Oct 25

(13) Serve as the DON Designated Agency Safety and
Health Official, liaise with the Occupational Safety and Health
Administration and manage, oversee and administer a
comprehensive DON SOH program.  The DON SOH program shall
include policy and oversight for risk management, mishap
prevention, operational and civilian safety, traffic and off-
duty recreational safety, occupational health, emergency
management and fire and emergency services.  The DON SOH program
shall not include naval nuclear reactor and associated nuclear
propulsion plant safety or DON contractor operations where the
contractor is directly responsible for complying with federal
and state safety and health standards.

b.  **ASN (FM&C)**.  The ASN (FM&C) is the SECNAV's principal
financial advisor and is responsible for all matters relating to
financial management and comptrollership within the DON.  The
ASN (FM&C) has sole responsibility for comptrollership within
the Office of the SECNAV, OPNAV and HQMC.  No other office or
entity may be established or designated therein to perform these
responsibilities.  A Principal Deputy will assist the ASN (FM&C)
in the execution of these duties.  The ASN (FM&C) shall:

(1) Liaise with the USW (Comptroller) (USW (C)) and with
ASWs, as appropriate and relevant, in matters of mutual concern.

(2) Liaise with the Government Accountability Office
(GAO), the Office of Management and Budget (OMB) and the DoW
Inspector General on financial matters.

(3) Liaise with the Defense Finance and Accounting
Service and other organizations, as necessary, on matters
relating to financial accounting, disbursing (finance) and
related automated system support.

(4) Liaise with the congressional appropriations
committees on all matters and with the OLA, the congressional
liaison offices of the SecWar and the other Military Departments
for all appropriations matters.

(5) Oversee the Planning, Programming, Budgeting and
Execution (PPBE) System.  In furtherance of this responsibility,
the ASN (FM&C) shall perform all functions and responsibilities
assigned by the SECNAV.

SECNAVINST 5430.7U
3 Oct 25

(6) Establish principles, policies and procedures to supervise and direct the preparation of budget estimates.

(7) Exercise full responsibility for the oversight and approval of the design, implementation and requirements management of financial management systems and for elements related to financial management in systems that are designed for purposes other than financial management, including, but not limited to:

(a) Systems for cash management, credit management, Time/Attendance and Pay and debt collection.

(b) Systems for the accounting for the quantity, location and cost of property and inventory.

(8) Carry out the responsibilities delegated to the DON by the USW (C) in establishing and supervising the execution of principles, policies and procedures to be followed in connection with organizational and administrative matters relating to:

(a) The preparation and execution of budgets.

(b) Fiscal, cost, operating and capital property accounting.

(c) Progress and statistical reporting.

(d) The Financial Management Workforce.

(9) Establish policy and oversight for cost analysis and provide an independent capability to estimate life cycle costs of DON programs and maintain tools for such purposes and for acquisition programs, chair Cost Review Boards.

(10) Guide, direct and coordinate the education, training and career development of DON financial management personnel.

(11) Select, promote and evaluate the performance of and recommend, the removal of comptrollers and deputy comptrollers of the DON's Budget Submitting Offices, with the coordination of the commanding officer or head of activity serving as the first line supervisor.

SECNAVINST 5430.7U
3 Oct 25

(12) Prepare and submit Departmental financial statements.

(13) Prepare Departmental statement of assurance for SECNAV submission to SecWar.

(14) Lead DON efforts toward preparation for, and execution of, financial statement audits and work with accountable DON executives to ensure that audit deficiencies are corrected using sustainable solutions.

(15) Lead the DON Integrated Risk Management Program.

(16) Support the SECNAV in the establishment and implementation of measures to control and reduce costs.

(17) Be responsible for the Secretariat Comptroller Budget Submitting Office performing the functions of planning, programming, budget execution and account for all resources in support of the Secretariat.

c. **ASN (M&RA)**. The ASN (M&RA) is responsible for the overall supervision and oversight of manpower and reserve component affairs of the DON, including the development of programs and policy related to military personnel (active, reserve and retired), their family members and the civilian workforce, the tracking of the contractor workforce and the oversight of Human Resources systems within the DON. A Principal Deputy will assist the ASN (M&RA) in the execution of these duties. The ASN (M&RA) shall:

(1) Liaise with the USW (P&R), the ASWs for Manpower and Reserve Affairs, Health Affairs, Readiness and the Executive Director for Force Resiliency and other USWs and ASWs, as appropriate and relevant, in matters of mutual concern.

(2) Develop, administer and manage all DON civilian career senior executive policies, including, but not limited to: the Senior Executive Service, Senior Leaders, scientific and professional positions and highly qualified experts.

(3) Serve as the Equal Employment Office (EEO) Director for the DON. Develop, administer and evaluate all EEO programs.

SECNAVINST 5430.7U
3 Oct 25

(4) Develop, administer and evaluate all civilian personnel management, including functional community and talent management-related requirements with the exception of civilian attorneys under the cognizance of the GC.

(5) Provide oversight and direction on DON policies regarding the accession, recruitment, promotion, transition, development, compensation and retention of active and reserve component personnel.

(6) Develop and oversee policies and programs designed to enhance personal and family readiness.

(7) Develop and oversee policies and programs to enhance the quality of life of DON military personnel and family members, including Non-Appropriated Fund (NAF) programs involving Morale, Welfare and Recreation, Military Resale and NAF Common Support Functions, Dependent Education, Navy-Marine Corps Relief Society, Child and Youth Programs and the Exceptional Family Member Program.

(8) In coordination with the Surgeon General of the Navy, provide oversight of the execution of DON medical and health programs, including manning of DON medical personnel within the military medical treatment facilities.

(9) Supervise the DON's substance abuse testing and drug demand reduction programs.

(10) Oversee policies and programs relating to Casualty Support Programs, Mortuary Affairs matters and Prisoner of War (POW) and Missing in Action (MIA). Liaise with Service Casualty offices, the Defense POW/MIA Accounting Agency and other organizations, as necessary for execution of associated policies.

(11) Analyze the Total Force structure as related to workforce requirements, utilization, readiness and support. Administer and implement controls over military and civilian personnel strengths and compositions for the DON. Establish and issue guidance for use by DON for determining the most appropriate and cost-efficient mix of military, civilian and contractor personnel to perform the mission of the DON.

SECNAVINST 5430.7U
3 Oct 25

(12) Oversee and chair the Total Force Integration Board. Oversee the Total Force Data and IT System Governance Board. Advocate for resources required to efficiently and effectively implement DON-related policy across the DON enterprise pursuant to DoW policies. Oversee the implementation of Total Force Data Hub and analytics for manpower and personnel across all components of the workforce mix (military, civilian and contractor services). Oversee the DON's Human Capital IT Portfolio, including that portfolio's business systems, IT application and IT infrastructure in support of the Navy Military Personnel/Training and Education, the United States Marine Corps (USMC) Personnel, Training and Education and civilian workforce that support Human Capital IT management. Oversee new capabilities, rationalization and sustainment of human capital/human resources IT systems and applications in support of the DON mission.

(13) Conduct DON manpower policy and program analyses and research.

(14) Strengthen and promote the resiliency and readiness of the Total Force through the development of integrated policies, oversight and synchronization of activities in the areas of personnel risk reduction and suicide prevention.

(15) Oversee the:

(a) Office of Force Resiliency (OFR). The OFR serves as the DON's source of subject matter expertise, primary advisor and representative for matters throughout the DON related to command climate, integrated prevention and response for sexual assault and sexual harassment and suicide prevention. This oversight shall be consistent with and shall not interfere with the authorities or responsibilities of the LSTC of the Marine Corps or the LSTC of the Navy. The OFR shall:

1. Advise and assist the DON on OFR requirements, programs and related activities within the DON, Navy and Marine Corps.

2. Formulate Department-wide strategic plans, program objectives, policies and standards to reduce the incidence of sexual assaults and sexual harassment involving

SECNAVINST 5430.7U
3 Oct 25

Sailors and Marines, to provide coordinated and compassionate support for victims of sexual assault and sexual harassment.

       <u>3</u>.  Liaise and act as DON primary point of contact with the Office of the Secretary of Defense (Office of the SecWar (OSW)), the Military Services and Departments, congressional committees, federal agencies and offices and other entities, as appropriate, serve as the primary point of contact for OSW in requests for summary information and statistical data and conduct research, pilot projects, statistical assessments and other inquiries to improve training and identify best practices and state-of-the-art approaches in matters pertaining to prevention and response for sexual assault, sexual harassment, child abuse and neglect, domestic abuse, integrated prevention and suicide prevention.

       <u>4</u>.  Coordinate periodic meetings and other DON forums in support of the OFR response efforts, including the DoW's Independent Review Commission on Sexual Assault in the Military, Suicide Prevention and Response, On-Site Installation Evaluations, Command Climate Assessments and other related efforts.

       (b) SECNAV Council of Review Boards (the Naval Discharge Review Board, Naval Clemency and Parole Board, Naval Physical Evaluation Board, Combat-Related Special Compensation Board, Traumatic Service Members Group Life Insurance Appeals Navy Department, Board of Decorations and Medals and Personnel Security Appeals Board).

       (c) Board for Correction of Naval Records.

       (d) National Navy Reserve Policy Board.

       (e) Marine Corps Reserve Policy Board.

       (f) Secretary of the Navy Retiree Council.

       (g) Fisher House Program Board of Directors.

      (16) Develop and implement programs for leadership, equal opportunity, functional community management (except those pertaining to civilian attorneys under the cognizance of the GC) and related issues.

SECNAVINST 5430.7U
3 Oct 25

(17) Conduct Secretarial review of the general court-martial convening authority's action on "complaints of wrong" against commanding officers or other superiors, under article 138 of the Uniform Code of Military Justice or reference (b).

(18) Serve as principal advisor to the SECNAV on all matters related to the DON's Naval Education Enterprise (NEE).

(a) Oversee the Naval University System (NUS), comprising the United States (U.S.) Naval Academy, U.S. Naval War College, Naval Postgraduate School, Marine Corps University, U.S. Naval Community College and the NEE, comprising the NUS, Junior and Senior Naval Reserve Officers Training Corps, DON executive fellowship programs, Voluntary Education/Tuition Assistance programs, Flag and General Officer Education Programs, Graduate Education Programs, Scholarships and any future educational components established by the DON.

(b) As the DON's Education Executive, oversee all DON education matters, such as education strategy, policy, boards, management of degree granting institutions, curricula and program coordination and integration.

(c) Manage the NEE governance structure and exercise decision authority on matters designated by the SECNAV.

(d) Represent the SECNAV during the budget formulation process for all educational matters.

(e) Review all proposed language for use in officer promotion and command selection precepts that indicate desired educational performance and levels of minimum achievement required and provide specific instructions to consider learning as an indicator of leadership potential.

d. **ASN (RD&A)**. The ASN (RD&A) has overall responsibility within the Office of the SECNAV, OPNAV and HQMC for the acquisition function, except for the determination of military requirements and the operational test and evaluation of military capabilities. No other office or entity may be established or designated therein to perform this responsibility. Two Principal Deputies, one military and one civilian, will assist

SECNAVINST 5430.7U
3 Oct 25

the ASN (RD&A) in the execution of these duties.  The ASN (RD&A) shall:

(1) Liaise with the USW (Research and Engineering), USW (A&S) and ASWs, as appropriate and relevant, in matters of mutual concern.

(2) Serve as the DON service acquisition executive with responsibility and accountable authority for the management of the defense acquisition system within the DON and represent the DON with the USW (A&S) and Congress on all matters related to acquisition policy, programs and workforce stewardship and advocacy.

(3) Serve as the DON senior procurement executive and perform the functions of that position as established by law, executive order and regulation.

(4) Establish policy and procedures and be responsible for overall supervision of research, development, acquisition and sustainment (including maintenance) matters of the DON consistent with reference (a).

(5) Ensure that the CNO or CMC, as appropriate, concurs with the cost, schedule, technical feasibility and performance trade-offs made with regard to a major defense acquisition program consistent with reference (a).

(6) Recommend acquisition decisions (such as milestone decisions) on Acquisition Category (ACAT) ID programs and other programs or services acquisitions for which the USW(A&S) retains decision authority within the DoW Adaptive Acquisition Framework.  Serve as the acquisition decision authority for ACAT IB and IC programs and serve as or designate the DON acquisition decision authority for other programs or services acquisitions within the DoW Adaptive Acquisition Framework, as applicable.

(7) Establish policy, procedures and oversight concerning competition, product integrity, viability of the Defense Industrial Base (DIB) (including foreign investment) and, in coordination with the GC of the Navy, procurement integrity and accountability.

SECNAVINST 5430.7U
3 Oct 25

(8) Establish and appoint membership of the Navy Contract Adjustment Board.

(9) Approve Key Leadership Position designations and assignments for Program Executive Officers, Major Program Managers and Direct Reporting Program Managers after coordinating with the CNO or the CMC and the USW(A&S), as appropriate.

(10) Provide policy and oversight of those management and technical activities needed to ensure that integrated product support is established to support new systems and system upgrades to required levels of operational effectiveness and safety.

(11) Provide oversight for DON RDT&E investments and for conducting portfolio affordability analyses for acquisition programs.

(12) Establish policy and provide oversight for acquisition workforce management and career development. Communicate acquisition workforce strategy and associated plans to guide the acquisition workforce.

(13) Co-chair the Technology Transfer and Security Assistance Review Board and serve as the DON implementation and compliance manager for arms control agreements.

(14) Coordinate with CNR regarding naval research conducted to develop military capabilities.

(15) Supervise the Program Executive Officers and Direct Reporting Program Managers.

(16) Supervise the commanders of all systems commands for acquisition matters.

(17) Grant approvals and make determinations regarding leases, sales, donations, transfers or disposals of ships or other personal property, except for personal property at a base closed or realigned under base closure procedures.

(18) Grant approvals and make determinations regarding sales of government goods and services to private parties (for

SECNAVINST 5430.7U
3 Oct 25

example, the DON performing work for private parties or generating partnering agreements with private parties).

(19) Ensure adequate policies are in place and provide oversight for property accountability and management within the DON for Inventory, Operating Materials and Supplies, General Equipment and Government Furnished Property.

(20) Oversee the development of program office and systems command cost estimates in support of acquisition programs.

e. **GC of the Navy**. The GC of the Navy is the Chief Legal Officer of the DON and heads the Office of the General Counsel (OGC). The legal opinions issued by the GC are the controlling legal opinions within the DON. The GC maintains a close working relationship with the JAG and the Staff Judge Advocate (SJA) to the CMC on all matters of common interest. The responsibilities assigned to the GC by this instruction shall not infringe upon determinations required by law to be made by the JAG or the SJA to the CMC. A Principal Deputy will assist the GC in the execution of these duties. The GC shall:

(1) Provide or supervise provision of all legal advice and services to the SECNAV, the UNSECNAV, civilian executive assistants and Staff Assistants on all matters affecting the DON.

(2) Provide or supervise provision of all legal services in subordinate commands organizations and activities, including in the following areas: acquisition law, including international transactions, acquisition-related security cooperation matters and acquisition integrity, arms control and international arms regulation, business and commercial law, real and personal property law, civilian and military personnel law, labor law, fiscal law, environmental law, occupational safety and health law, intellectual property law, intelligence, national security and international law, law pertaining to cyberspace, medical and health affairs law (including credentialing), education law, ethics and standards of conduct, legislation and Freedom of Information Act (FOIA) and Privacy Act law. In coordination with the JAG and the SJA to the CMC, provide such other legal services as may be required to support

SECNAVINST 5430.7U
3 Oct 25

the mission of the Navy and the Marine Corps or the discharge of the GC's responsibilities as described in this instruction.

(3) Conduct litigation involving the areas enumerated above and oversee all litigation affecting the DON.

(4) Supervise attorneys within the OGC, including exercising the authority to appoint, reassign, transfer, promote, evaluate the performance of and remove attorneys in the OGC.

(5) Serve as the qualifying authority for all DON civilian attorneys and exercise position classification and management authority.

(6) Serve as the Designated Agency Ethics Official for the DON.

(7) Liaise with the DoW and Military Department GCs in matters of mutual concern.

(8) Coordinate with the Department of Justice as appropriate.

(9) Oversee the DON Acquisition Integrity Program.

(10) Serve as the DON Dispute Resolution Specialist overseeing and managing the DON Alternative Dispute Resolution program, including establishing policies necessary to administer the program and providing legal advice and support necessary to comply with applicable laws and regulations.

(11) In coordination with the JAG and SJA to the CMC, provide or supervise legal advice and services with respect to legislation.

(12) Advise and assist the SECNAV regarding the oversight of the NCIS.

(13) Provide legal advice, in consultation with the JAG and SJA to the CMC as appropriate, regarding national security law, international agreements, intelligence, CI and intelligence-related activities, the law pertaining to cyberspace, special operations and irregular warfare, special

SECNAVINST 5430.7U
3 Oct 25

access programs and sensitive activities within the DON to help
ensure that they are conducted in a legal manner.  The GC is
responsible for the approval and issuance of all legal reviews
or controlling legal opinions on national security law and
policy issues, whether conducted by civilian or military
attorneys.

        (14) Advise and assist the SECNAV regarding the conduct
and oversight of all DON intelligence activities (including
foreign intelligence and CI), intelligence-related activities,
special access programs, sensitive activities and alternative
compensatory control measures.

        (15) Advise and assist the SECNAV in the conduct and
oversight of all DON Law Enforcement (LE) and related
investigative activities, including criminal and administrative
investigations.

5. **COS**.  The COS is the principal staff assistant to the
SECNAV.  The COS will keep the SECNAV fully informed as to those
matters for which he exercises SECNAV-delegated authorities.
The Staff assistants will report to the COS to the extent such
reporting is consistent with applicable law.  The civilian
executive assistants will coordinate with the COS concerning the
performance of their statutory duties, as well as in the
performance of those duties and authorities delegated in this
instruction, to the extent such coordination is consistent with
applicable law.  OPNAV and HQMC, in the performance of their
responsibilities to support the SECNAV and the civilian
executive assistants pursuant to reference (a), sections 8032
and 8042, respectively, will coordinate such professional
assistance through the COS consistent with applicable law.  A
Deputy may assist the COS in the execution of these duties.

6. **Staff Assistants**.  Staff Assistants are established by
reference (a), other laws or the SECNAV to assist the SECNAV,
the civilian executive assistants, OPNAV and HQMC.  They perform
specific duties and responsibilities as the SECNAV assigns or as
required by law.  The Staff Assistants will report to the COS to
the extent such reporting is consistent with applicable law.
The Staff Assistants are listed in alphabetical order.

    a. **AUDGEN**.  The AUDGEN is the senior audit official in the
DON and the principal advisor to the SECNAV, the UNSECNAV, the

                        17                    Enclosure (1)

SECNAVINST 5430.7U
3 Oct 25

CNO and the CMC on all DON audit matters.  The AUDGEN serves as
the Director of the Naval Audit Service (NAVAUDSVC) and has sole
responsibility for auditing within the DON pursuant to reference
(a), section 8014.  No office or other entity may be established
or designated within the Office of the SECNAV to conduct audit
functions.  To accomplish these functions, NAVAUDSVC personnel
shall have unrestricted access, by any means, to any information
maintained by any DON activity, related to accomplishing an
announced audit objective when requested by an auditor with
proper clearances (as determined in coordination with the CNI),
unless specifically restricted by the SECNAV or precluded by
law, regulation or policy.  All DON personnel shall respond to
any request or inquiry by the NAVAUDSVC as if made by the
SECNAV.  Pursuant to reference (a), section 8014(c)(5)(B),
certain positions in the NAVAUDSVC may not be held by a member
of the Armed Forces on active duty.  The AUDGEN shall:

     (1) Serve as the DON Audit Liaison responsible for
coordinating and assisting on all audit matters with the GAO,
DoW Office of the Inspector General (OIG), other Military
Departments' audit activities and external audit activities
(excluding audits performed by independent public accounting
firms for the DoW and DON full financial statement audits).  As
the DON audit liaison, the AUDGEN serves as the follow-up
official, overseeing the DON's audit follow-up program and
ensures all documents are maintained reflecting formal written
responses to draft and final reports, corrective action plans
and follow-ups to open recommendations, formal requests to close
open recommendations, all evidence needed to support the closure
position and the current status of recommendations to support
the Good Accounting Obligation in Government Act annual report
to Congress.

     (2) Develop and implement the DON internal audit
policies, programs and procedures within the framework of
generally accepted government auditing standards policy
established by the GAO as implemented by the DoW OIG.

     (3) Conduct internal audits pursuant to generally
accepted government auditing standards within the DON.

     (4) Participate in DoW-wide and Government-wide audit
policy groups and DoW joint audit planning groups.

SECNAVINST 5430.7U
3 Oct 25

(5) Provide ongoing coordination opportunities for DON customers and stakeholders to identify and submit audit topics. Develop an annual DON audit plan and submit it to SECNAV for approval.  The AUDGEN will consider audit topics identified out of the annual audit plan cycle on a case-by-case basis.

(6) Participate in the audit resolution process.

(7) Monitor and oversee auditors, audit positions and audit services.  The AUDGEN may approve NAF organizations to perform audit functions.

(8) Monitor and oversee audit services and audit positions provided under DON contracts (except for financial statement audit) to ensure contracted auditors comply with contract requirements, generally accepted government auditing standards and DoW audit guidance.

(9) Provide audit support to the Office of the Naval IG (NAVINSGEN), NCIS and Acquisition Integrity Office within the OGC.

(10) Coordinate audit matters in cooperation with DON officials, military service audit organizations (including performance of peer reviews), the DoW OIG, the GAO and officials of other federal agencies or other government officials having audit responsibilities.

b.  **CHINFO**.  The CHINFO manages the office of the CHINFO. The CHINFO is responsible for coordinating, planning, implementing and assessing the Public Affairs (PA) policies and programs of the DON.  The CHINFO has an assistant for Marine Corps matters.  No other office or entity may be established or designated within the Office of the SECNAV to perform these responsibilities.  The CHINFO shall:

(1) Act as the principal military spokesperson for the DON through PA interactions with all external audiences, including news media.

(2) Advise the SECNAV and CNO (the CHINFO assistant for Marine Corps matters advises CMC) on matters of PA policy, the public's understanding of the Navy and Marine Corps team, methods of information dissemination, means to increase public

SECNAVINST 5430.7U
3 Oct 25

awareness and PA aspects of operations, DON activities and
public events or incidents.

(3) Ensure sufficient policies exist to develop and
effectively conduct internal and external communication
activities in the DON.

(4) Coordinate strategic communications with DON
leadership as directed by the SECNAV.

(5) Provide or supervise the provision of all internal
and external communication counsel to commanders and other heads
of activities, communication processes, capabilities, systems
and other aspects related to communication throughout the DON.
The CNO and the CMC will conduct their respective Services'
internal and external communication programs and implement the
SECNAV's PA policy and directives pursuant to the direction of
the designated official for communications in the Office of the
SECNAV and the CHINFO.

(6) Support performance of the PA function for the
Marine Corps.

(7) Report as an additional duty to the CNO for support
of the CNO responsibilities outlined above and provide such
staff support as the CNO considers necessary to perform those
duties and responsibilities.

(8) Determine staffing requirements for the Office of
the CHINFO, ensuring that the SECNAV, CNO and CMC are provided
support necessary to perform PA related duties and
responsibilities.

(9) Serve as the DON PA workforce community leader and
develop PA workforce policies, plans and guidance, in
coordination with the ASN (M&RA), to ensure the DON has
sufficiently trained personnel in PA competencies.

(10) Exercise command and control over all CHINFO field
activities and subordinate commands.

(11) Maintain continuous and direct liaison with the DoW
and other government agencies, in connection with the above
matters.

SECNAVINST 5430.7U
3 Oct 25

c. **CLA**.  The CLA is responsible for the OLA.  The CLA has sole responsibility for legislative affairs within the Office of the SECNAV (except as it relates to appropriations committees or Congress' directions).  No other office or entity may be established or designated within the Office of the SECNAV to perform these responsibilities.  The CLA will work closely with the ASN (FM&C) Office of the Budget for Appropriations Matters and USMC Legislative Affairs to ensure that the DON legislative team speaks in a unified, well-informed voice in communications with Congress.  The CLA shall:

(1) Develop, coordinate and process DON actions relating to proposed legislation, Executive Orders and Presidential proclamations sponsored by, or officially referred, to the DON.

(2) Develop, coordinate and process DON actions relating to congressional investigations and other pertinent matters affecting relations between Congress and the DON.

(3) Provide Members and Committees of Congress with information concerning the actions, plans and programs of the DON, where appropriate.

(4) Monitor and evaluate congressional proceedings and other congressional actions affecting the DON and provide pertinent information to appropriate DoW officials and offices.

(5) Coordinate and make arrangements for the presentation of all DON matters before Congress.

(6) Process correspondence from Members of Congress in matters of personal interest involving their constituents.

(7) Coordinate delivery of classified and other sensitive information to Congress, per prescribed policies.

(8) Supervise arrangements for congressional travel undertaken as an official responsibility of the DON.

(9) Maintain continuous and direct liaison with Congress, the DoW and other government agencies in connection with the above matters.

SECNAVINST 5430.7U
3 Oct 25

d. **CNI**.  The CNI serves as the principal civilian advisor to the SECNAV for intelligence activities, intelligence policy, intelligence-related activities, counterintelligence (CI), special operations and irregular warfare, special access programs, critical infrastructure, sensitive activities, security and insider threat.  In this capacity, the CNI, shall:

(1) Serve as the primary representative for the DON on all intelligence and security matters, including those involving the Office of the USW for Intelligence and Security, the Intelligence Community (IC), the Defense Security Enterprise (DSE), interagency partners and foreign governments. The CNI shall serve as the DON's principal representative within the IC and shall coordinate and provide direction to the interactions of Navy and Marine Corps components with other members of the IC, to the extent not inconsistent with law and regulation.

(2) Advise and assist the SECNAV in LE policy matters in cooperation with the GC and the DIR NCIS.

(3) Oversee the DON's participation in the Military Intelligence Program and National Intelligence Program and associated resources to ensure prioritization, integration and alignment with DON, DoW and national strategic requirements, objectives and budgetary priorities, in cooperation with the ASN (FM&C).

(4) Oversee the DON enterprise-wide CI strategy, policy, programs, activities and resources and serve as chair of the DON CI Oversight Council.

(5) Oversee all DON enterprise-wide Human Intelligence (HUMINT) policies and activities and serve as the DON oversight manager to DoW and the IC on all HUMINT matters.

(6) Oversee and lead the DON's integration, planning and participation in defense sensitive support, sensitive activities, influence and deception activities, special operations, irregular warfare and other sensitive functions, as determined by the SECNAV.

(7) Oversee the DON Special Access Programs Control Office (SAPCO), to include the Marine Corps Special Access Control Office.  Under the supervision of the CNI, the Director,

SECNAVINST 5430.7U
3 Oct 25

DON SAPCO, is the senior official designated by the SECNAV responsible for the execution, management, oversight, administration, security, cybersecurity and records management for all DoW special access programs executed by any entity in the DON.  The Director, DON SAPCO, is the official point of contact within the DON for DoW special access programs. CNI will retain oversight, direction and control of all SAP-related resources and budgetary matters and may delegate responsibilities for the same in accordance with SECNAV direction.

    (7) Serve as the DON's Senior Official for Insider Threat.

    (8) Serve as the DON's Senior Agency Official for Security, oversee the policy, governance, direction and coordination of the DON SE and lead the DON SE Executive Committee.

    (9) Serve as the DON Mission Assurance (MA) Officer and the office of primary responsibility for DON MA and Critical Infrastructure Protection (CIP) policy and guidance.

    (10) In coordination with the ASN (RD&A), OPNAV, HQMC, CNR and NCIS, identify, integrate and synchronize technology and program protection activities to protect DON S&T and research, development and acquisition efforts.

    e. **CPOL**.  The CPOL oversees the Office of Naval Policy (ONP).  The CPOL shall serve as the principal civilian advisor on defense strategy and policy, naval strategy, international affairs, security cooperation, naval force posture (including related international agreements and arrangements), policy implications of emerging naval capabilities and concepts, military readiness and naval force design.  The CPOL shall:

    (1) Formulate Department-wide strategic plans, policies and program guidance in support of national security, national defense and foreign policy objectives.

    (2) Serve as the lead agent within the DON for the prioritization, integration and oversight of defense policy, military strategy and security cooperation policies.

SECNAVINST 5430.7U
3 Oct 25

(3) Manage the planning phase of the Planning, Programming, Budgeting and Execution process in coordination with the ASN (FM&C) to ensure national security strategy and defense policy objectives are addressed throughout the process.

(4) Serve as the lead for the coordination of the DON's input and position with the Office of the USW for Policy (OUSW (P)) on all policy issues impacting the DON. The civilian executive assistants, Staff Assistants, OPNAV and HQMC must receive concurrence from the CPOL before submitting formal DON responses to OUSW (P) on any matter. CPOL shall also be responsible for coordinating and approving responses from any DON component to OUSW (P) requests for information or other communications that do not otherwise require my approval. Nothing in this instruction shall affect the statutory responsibilities of the CNO and CMC in the separate performance of their responsibilities as members of the Joint Chiefs of Staff.

(5) In coordination with the ASN (RD&A), provide oversight of DON's international programs and efforts including:

(a) Security cooperation.

(b) Technology transfer.

(c) Arms control agreement implementation and compliance.

(d) Protection of Critical Program Information and other counterintelligence support to international programs, in coordination with the CNI.

(6) Supervise the Director, Navy International Programs Office.

(7) Synchronize and provide all support for international engagements, interagency policy matters related to security cooperation activities and foreign policy for the SECNAV, the CNO and the CMC, in support of relevant DoW or DON strategic objectives, plans and policies. No other office or entity may be established or designated within the Office of the SECNAV, OPNAV or HQMC to perform this responsibility.

SECNAVINST 5430.7U
3 Oct 25

(8) Serve as the Senior DON Official for the DON Foreign Area Officer program.

(9) Serve as the Senior DON Official for the Defense Attaché Service, in coordination with the CNI.

(10) Serve as the Senior DON Official for Security Cooperation Workforce Development.

f. **CNR**.  The CNR shall command the Office of Naval Research (ONR) and assigned shore activities.  The CNR is the DON's Science and Technology (S&T) Executive, responsible for S&T management, policy, oversight and the strategic direction of Naval S&T for the SECNAV.  The CNR reports to SECNAV and is responsible to ASN (RD&A) in research, development and acquisition-related matters under ASN (RD&A)'s primary responsibility pursuant to reference (a), section 8016(b)(4) and this instruction, enclosure (1), paragraph 4(e), working with the Deputy Assistant Secretary of the Navy for RDT&E.  The CNR shall:

(1) Pursuant to reference (a), encourage, promote, plan, initiate and coordinate naval research, including programs for which funds are provided in the basic research, applied research and advanced technology budget activities of the DON RDT&E budget.

(2) Conduct naval research in augmentation of and in conjunction with the research and development conducted by other agencies and offices of the DON.

(3) Supervise, administer and control activities within or for the DON relating to patents, inventions, trademarks, copyrights and royalty payments and matters connected therewith.

(4) Manage and execute programs for which funds are provided in the basic research, applied research and advanced technology budget activities of the DON RDT&E budget, in such a manner that will foster the transition of S&T to higher levels of RDT&E.

(5) Serve as the responsible office for the S&T budget activities within the RDT&E, Navy appropriation.

SECNAVINST 5430.7U
3 Oct 25

(6) Execute and administer contracts, grants, cooperative agreements and other transactions for services and materials to conduct research or make or secure reports, tests, models or apparatuses.

(7) Represent the DON on the Defense Science Board and administer and coordinate the efforts of the DON S&T Board.

(8) Provide policy direction and oversight to the Naval Research Laboratory.

(9) In coordination with the OSBP, manage the DON Small Business Innovation Research (SBIR) Program and Small Business Technology Transfer (STTR) Program.

(10) Direct, as technical manager, the Naval S&T Reserve Program.

(11) Manage the DON Domestic Technology Transfer Program. Cultivate collaboration between DON S&T communities and industry to promote collaborative efforts resulting in the transfer of military technology to the commercial sector.

(12) Manage and execute the DON Manufacturing Technology Program, collaborating with industry to improve manufacturing techniques and procedures tied to key components of naval systems, fostering improved quality and cost reduction.

(13) Manage the DON international S&T strategy by fostering cooperation in areas of mutual interest through ONR Global Offices and be responsible for S&T policy as it relates to Independent Research and Development within the DON.

(14) Manage the Naval Science, Technology, Engineering and Mathematics (STEM) Coordination Office and align Service-wide STEM education and outreach efforts as the Naval STEM Executive.

(15) Manage and coordinate the DON Ocean S&T program.

g. **DIRAD**. The DIRAD directs the support provided by the Office of Administration, which shall:

SECNAVINST 5430.7U
3 Oct 25

(1) Provide administrative, logistical, operational and other customer support services as required for the efficient operation of the Office of the SECNAV, including, but not limited to, office space, Executive Dining, parking, facilities access, contract support, directives and records management, maintenance and other requirements, by working closely with the offices within the Secretariat, OPNAV, HQMC, Pentagon Force Protection Agency and other officials, as required.

(2) Ensure delivery of IT support and services to the Secretariat through the Information Technology Department. Services include but may not be limited to IT help desk support, hardware/software/mobility support and refresh/ upgrade, shared file collaboration support and system hosting/patching.

(3) Direct support provided by the Secretariat Human Resources Office and ensure, in coordination with the ASN (M&RA) that Secretariat staffing requirements are efficiently met.

(4) Provide Equal Employment Office support services within the Secretariat.

(4) Direct support provided by the DON Executive Management Program Office (EMPO) for DON billets classified as Senior Executive Service, Senior Leaders, Scientific or Professional and Highly Qualified Experts.  The ASN (M&RA) retains responsibility for civilian human resources policy pertaining to those executives.

(5) Administer DON Continuity of Operations (COOP) programs in support of DON Mission Essential Functions.  The DIRAD is designated as the Senior Official in the DON for COOP programs.

h.  **DIR NCIS**.  The DIR NCIS is the senior official for criminal and CI investigations within the DON and is the principal civilian advisor to the SECNAV and the Secretariat for criminal, terrorism and CI-related law enforcement investigations and related operations.  As the head of the DON's Military Department Counterintelligence Organization and Military Criminal Investigative Organization, DIR NCIS initiates, conducts and directs criminal, CI, terrorism and related investigations and operations across all domains.  DIR NCIS will work closely with the GC, CNI and other DON officials,

SECNAVINST 5430.7U
3 Oct 25

as appropriate, on matters under the purview of NCIS.  The DIR NCIS shall advise the SECNAV, CNO, CMC, GC and CNI on these matters in a timely manner.  The DIR NCIS shall:

(1) Exercise sole authority to initiate, conduct and direct felony-level criminal investigations involving the DON or supported DoW assets and personnel.  SECNAV retains sole authority to direct DIR NCIS to delay, suspend or terminate such investigation, other than an investigation conducted at the request of the IG DoW.

(2) With the oversight and guidance of CNI, initiate, conduct and direct non-LE related investigations and other operations concerning CI, terrorism, insider threat and cybersecurity matters in coordination with DON and IC stakeholders.

(3) Cooperate with the IG DoW in connection with the performance of any duty or function by the IG DoW relating to LE investigative programs and work closely with the Naval IG on matters of mutual interest.

(4) Serve as the DoW executive agent to operate the terrorist screening and vetting management process, program manager for the DoW Catch a Serial Offender Program and DON executive agent for all protective service matters.

(5) Operate the Multiple Threat Alert Center and the DoW Global Watch.  Maintain an analytic capability to provide threat indications and warning intelligence analysis and dissemination of information on criminal, terrorist and foreign intelligence-related activities, cyber incidents and targeting of DON and DoW IT assets, personnel and installations.

(6) For matters falling under the exclusive jurisdiction of NCIS, serve as the DON primary point of contact with federal, state, local and foreign LE, CI and security agencies for criminal, CI and terrorism investigations and associated operations.

i. **Director, OSBP**.  The Director of the OSBP is the principal advisor to the SECNAV for small business programs.  In this capacity, the Director of the OSBP shall:

SECNAVINST 5430.7U
3 Oct 25

(1) Advise and assist the SECNAV on small business requirements, programs and related activities within the DON.

(2) Evaluate and propose policy to ensure maximum practicable opportunity for small businesses of the DON industrial base to participate in DON procurement, while prioritizing the accomplishment of the DON mission.

(3) Collaborate with the SBIR/STTR Program Director to provide unity of purpose to the public in support of the OSBP mission.

(4) Advocate for resources required to efficiently and effectively implement DON-related small business policy across the enterprise per DoW policies.

(5) Work with private sector integrators to support planning, resourcing, coordinating and uplifting requirements to support SECNAV priorities.

j. **DON CIO**. The DON CIO is the Department's senior official overseeing the Department's information systems and associated processes used to collect, secure, process, store, transmit and manage information. The DON CIO reports directly to the SECNAV on all matters related to Information Management (IM), IT (including National Security Systems and Defense Business Systems (DBS)), Information Resources Management (IRM) and Cybersecurity pursuant to applicable statutes. The DON CIO and DON PCA coordinate cyber reporting responsibilities to the SECNAV on areas of mutual interest. The DON CIO shall:

(1) Be responsible, in coordination with the Navy and Marine Corps Deputy CIOs, ASN (RD&A) and ASN (EI&E), for modernizing IT infrastructure, innovating and deploying new capabilities and defending naval information wherever it resides.

(2) Serve as the DON lead and accountable official for matters that pertain to IM, IT, IRM and Cybersecurity functions per statutory responsibilities.

(3) Provide strategic direction and oversight of the DON Records Management program.

SECNAVINST 5430.7U
3 Oct 25

(4) Serve as the Senior Component Official for Privacy, Civil Liberties and Freedom of Information, providing strategic direction to programs through advice, monitoring, official reporting and training.

(5) Formulate Department-wide strategic guidance for IM. Develop and maintain the DON Cyber Strategy jointly with the DON PCA.

(6) Serve as the senior official and lead for IT portfolio management, IT Enterprise and Business Enterprise Architecture (BEA). Support Functional Sponsors and Acquisition leads in alignment to the BEA.

(7) Supervise and provide oversight to the Chief Information Security Officer (CISO) who supports the DON CIO. The CISO is designated as the DON Senior Information Security Officer and has a direct reporting relationship to the SECNAV for cyber readiness. As part of the DON CIO Organization, the CISO shall:

(a) Provide final approval for the protection of information and systems through the DoW Risk Management Framework Authorization-To-Operate process.

(b) Provide oversight of incident management policies and procedures pursuant to OMB policies and National Institute of Standards and Technology guidelines that address incident detection, response and recovery.

(8) Be responsible for the cybersecurity oversight and appointment of Authorizing Officials, ensuring effective cyber risk management.

(9) Collaborate with the ASN (RD&A) and PCA on cybersecurity initiatives for the DIB.

(10) Develop and execute the DON IT General Control policies and procedures to assess and address risk arising from the DON's IT environment in coordination with the ASN (FM&C), Functional Sponsors and system Senior Accountable Officials.

(11) Supervise and provide oversight to the DON Chief Digital and Artificial intelligence Officer (CDAO), who is

SECNAVINST 5430.7U
3 Oct 25

responsible for all data activities in the DON pursuant to applicable laws.  As part of the DON CIO organization, the CDAO shall:

(a) Serve as the senior advisor to the SECNAV and DON CIO regarding data and data analytic issues.

(b) Provide oversight, in coordination with the Navy and Marine Corps, for all DON data and analysis requirements and capabilities.

(c) Serve as the DON's senior member of the Federal and DoW CDO Councils.

(d) Designate Data Stewards as required to implement the DoW Data Strategy.

(13) In coordination with the ASN (FM&C), lead the submission of the DON IT/Cyberspace Activities (IT/CA) budget for all DON IT/CA investments, including guidance, training and review activities with Budget Submitting Offices.

(14) Jointly certify the DON IT/CA portion of the DON budget with the ASN (FM&C) as being adequate or, if inadequate, provide mitigation plans.  Submit, with the ASN (FM&C), the Joint Statement of Compliance to DoW CIO.

(15) Manage and oversee resources and services for designated IT and cyber activities in the Enterprise Information Environment Mission Area portfolio including resource sponsorship of the Naval Enterprise Network.

(16) Coordinate with Functional Sponsors and Functional Leads in both the Navy and Marine Corps to execute an integrated DON approach for IT systems within the Business Mission Area.

(17) Establish and enforce standards and policies, in coordination with the ASN (RD&A), governing the information environment and associated architectures.

(18) Provide strategic oversight and policy guidance for matters related to the electromagnetic spectrum (EMS) within the DON.  Protect DON EMS at the national and international regulatory levels.

SECNAVINST 5430.7U
3 Oct 25

(19) Oversee planning and implementation of the DON Cyberspace Workforce Qualification and Management Program. Responsibilities include:

(a) Coordinate with the ASN (M&RA), DON PCA, CNO and CMC to ensure cyberspace workforce training is resourced and sustained.

(b) Serve as the Functional Community Manager for the DON Cyberspace Workforce, including serving as the DON's representative on the Cyber Workforce Management Board.

(20) Collaborate with ASN (EI&E) on initiatives related to critical infrastructure, facilities-related control systems, utilities and other infrastructure matters that implicate information systems and associated processes.

k. **JAG**. The JAG manages the Office of the JAG and is the Chief of the Judge Advocate General's Corps. The JAG maintains a close working relationship with the GC and SJA to the CMC on all matters of common interest. The responsibilities assigned to the JAG by this instruction do not affect determinations required by law to be made by the GC or SJA to the CMC. The JAG shall:

(1) Exercise the responsibilities and perform the duties and functions required or authorized by law or regulation.

(2) Provide independent legal advice to the SECNAV or CNO pursuant to reference (a), section 8088(e), relating to those legal matters arising in the DON assigned to the JAG by law or regulation.

(3) In coordination with the GC, supervise the provision of legal services in subordinate commands organizations and activities in those areas assigned to the JAG by law or regulation, which may include: admiralty law, administrative law, civil law, claims, command authority, environmental law, FOIA and Privacy Act, international law, investigations, legal assistance, litigation involving matters under JAG practice areas, military justice and military personnel and disability law.

SECNAVINST 5430.7U
3 Oct 25

(4) In coordination with the GC and SJA to the CMC, provide or supervise legal advice concerning legislation.

(5) Be accountable to the SECNAV and CNO pursuant to reference (a), section 806, for ensuring readiness for all military justice entities and as such, is responsible for addressing the manning and equipping requirements identified by the Commander, Naval Legal Service Command and the LSTC of the Navy.

l. **LSTC, Marine Corps**. The LSTC of the Marine Corps provides expert, specialized, independent and ethical representation of the United States in the investigation and prosecution of covered offenses as prescribed by reference (a), section 801(17) and other offenses over which the Office of the LSTC of the Marine Corps exercises authority pursuant to reference (a), section 824a. The LSTC of the Marine Corps reports directly to the SECNAV without intervening authority pursuant to reference (a), section 1044f and performs those duties and responsibilities assigned by SECNAV.

m. **LSTC, Navy**. The LSTC of the Navy provides expert, specialized, independent and ethical representation of the United States in the investigation and prosecution of covered offenses as prescribed by reference (a), section 801(17) and other offenses over which the Office of the LSTC of the Navy exercises authority pursuant to reference (a), section 824a. The LSTC of the Navy reports directly to the SECNAV without intervening authority pursuant to reference (a), section 1044f and performs those duties and responsibilities assigned by SECNAV.

n. **Naval IG**. The Naval IG is the senior investigative official in the DON and the principal advisor to the SECNAV, CNO and CMC on all matters concerning IG functions, including, but not limited to, inspections and investigations. No other office or entity within the Office of the SECNAV may be established or designated to perform IG functions. To accomplish these functions, the Naval IG and NAVINSGEN personnel are authorized and will have access to all records (electronic or otherwise), reports, investigations, audits, reviews, documents, papers, recommendations, data or other information or material available to or within any DON activity except as specifically restricted by the SECNAV. NAVINSGEN personnel shall possess the

SECNAVINST 5430.7U
3 Oct 25

appropriate security clearance and access authorization when classified information is requested. NAVINSGEN personnel will maintain appropriate controls to protect classified and privileged information. All DON personnel shall respond to any request or inquiry under the authority of the Naval IG as if made by the SECNAV. The Naval IG shall:

(1) Issue DON policy and procedures for the conduct of inspections, investigations and inquiries under the Naval IG's authority and ensure compliance therewith.

(2) Support performance of the IG function for the Marine Corps through the Deputy Naval Inspector General/Inspector General of the Marine Corps (DNIG/IGMC), a Marine Corps General Officer within the NAVINSGEN. The DNIG/IGMC is the senior investigative official within the Marine Corps and the principal Marine Corps advisor to the CMC on all matters concerning inspections and investigations. The DNIG/IGMC shall issue guidance and direct performance of the NAVINSGEN mission and functions as they apply to the Marine Corps. The DNIG/IGMC may communicate directly with the SECNAV concerning Marine Corps matters.

(3) Inspect, investigate or inquire into any and all matters of importance to the DON.

(4) Exercise broad supervision, general guidance and coordination for all DON inspection, evaluation and oversight organizations to minimize duplication of efforts and the number of necessary inspections.

(5) Conduct a thorough analysis of information obtained through investigations, assessments and inspections to identify areas of strengths and weaknesses in the DON that include, but are not limited to, matters of discipline, integrity, efficiency, safety, health and readiness and provide appropriate recommendations for improvement.

(6) Access and analyze all relevant DON data through DON data governance processes and provide accurate, timely information for senior leaders on inspections, assessments, investigations and inquiries.

SECNAVINST 5430.7U
3 Oct 25

(7) Serve as the DoW/DON Hotline Program and Military Whistleblower Protection Act manager, excluding acquisition-related fraud and contractor disclosure referrals falling under the cognizance of the GC.

(8) Cooperate with the DoW OIG.

(9) Perform and oversee inspections of intelligence activities, intelligence-related activities, special access programs and other sensitive activities within the DON.

(10) Participate in oversight of intelligence activities, intelligence-related activities, special access programs and other sensitive activities within the DON.

(11) Serve as the DON coordinator for investigation referrals from the Office of Special Counsel excluding Prohibited Personnel Practice referrals and other matters falling under the cognizance of the GC.

(12) Relationship with NCIS.  The NCIS is primarily responsible for investigating actual, suspected or alleged crimes within the DON.  As a general rule, the Naval IG shall not conduct investigations that focus on individual criminal activity.  Similarly, the NCIS shall refrain from conducting investigations concerning the effectiveness of command procedures for good order and discipline or the effectiveness with which command personnel have carried out their duties.  If the DIR NCIS and the Naval IG disagree about which of the two agencies shall handle a particular investigation, the matter shall be referred to the SECNAV for decision.

o.  **PCA**.  Pursuant to reference (a), section 392a(c), the PCA is the principal advisor to the SECNAV on all cyber matters affecting the DON, is independent of the CIO and shall not assume any other position within the DON.  The PCA is responsible for advising senior leadership on the DON's cyberspace activities, implementing the DoW Cyber Strategy in the DON and annually certifying the adequacy of the DON's cyberspace activities budget.  The PCA shall:

(1) Evaluate, improve and enforce a culture of cyber warfighting and accountability for cybersecurity and cyberspace operations, ensuring consistency of purpose and messaging across

SECNAVINST 5430.7U
3 Oct 25

the Secretariat and the Services regarding cyberspace operations forces, cyber warfighting and cyber career paths.

(2) Coordinate DON positions to Congress with the OLA, the DON CIO, the Services and other DON stakeholders, as appropriate, for matters related to cyber resiliency, cyber operations and military cyber workforce matters.

(3) Oversee the recruitment, resourcing and training of military cyberspace operations forces, assessment of these forces against standardized readiness metrics and maintenance of these forces at standardized readiness levels.

(4) Oversee and coordinate the cybersecurity of DoW information systems, IT services, weapon systems and critical infrastructure, including the incorporation of cybersecurity threat information as part of secure development processes, cybersecurity testing and the mitigation of cyber risks with the DON CIO.

(5) Lead the DON efforts for national and DoW-level strategic cybersecurity initiatives, including but not limited to, the Strategic Cybersecurity Program forum.  In partnership with relevant DON stakeholders, minimize cyber risk to operationally deployed assets – including critical infrastructure, operational technology and weapon systems.

(6) Develop, maintain and implement the DON Cyber Strategy jointly with the DON CIO.  As part of this effort, establish a cyber-governance forum in the DON.

(7) Provide the SECNAV with analysis and recommendations on the sufficiency of DON cyberspace activities budget adequacy.

(8) Provide support, advice and advocacy in the acquisition of offensive, defensive and DoW Information Networks cyber capabilities for military cyberspace operations and those used by cybersecurity service providers, as well as cybersecurity and related supply chain risk management of the industrial base.