

Back

# VADM Herman A. Shelanski, USN (ret.)

- Thursday, September 26, 2019

Vice Adm. Herman Shelanski holds a Bachelor of Science in Molecular, Cellular and Developmental Biology from the University of Colorado and a Master of Science in Electrical and Space Systems Engineering from the Naval Postgraduate School. He was enrolled in Eta Kappa Nu Electrical Engineering Honor Society for Academic Excellence. He earned a Doctor of Science, Honous Causa, University of Colorado. He is a graduate of the Navy Nuclear Power School and Prototype, the Naval Reactors Commanding Officer Nuclear Engineer Course, as well as of the Armed Forces Staff College and Naval War College.

At sea, he completed several deployments in the E-2C Hawkeye and served as the assistant navigator aboard USS Independence (CV 62). His first squadron, Carrier Airborne Early Warning Squadron (VAW) 117, won two consecutive Chief of Naval Operations (CNO) Battle "E" Awards, Safety Awards and the Airborne Early Warning (AEW) Excellence Award, where he personally was selected as the 1985 Hawkeye of the Year. He commanded VAW-121, the "Bluetails", aboard USS John C. Stennis (CVN 74) and was again awarded the CNO Battle "E" Award, Safety Award and the AEW Excellence Award. He commanded, then decommissioned the U.S. 6th Fleet's fighting command ship, USS La Salle (AGF 3), and served as the first executive officer aboard USS Ronald Reagan (CVN 76) before commanding USS Harry S. Truman (CVN 75) including a seven-month deployment to the Arabian Gulf in support of Operation Iraqi Freedom. Harry S. Truman was awarded the 2008 CNO Safety Award, Battle "E" Award and the Secretary of Defense Large Category Maintenance Award. He also commanded Carrier Strike Group (CSG) 10, consisting of Harry S. Truman and Carrier Air Wing (CVW) 3 Team comprised of 15 warships and more than 8,000 Sailors, including command of three international fleet exercises.

Ashore, he served as a NFO flight instructor; as an action officer on the Joint Staff, J6 Directorate for Command, Control, Communications, and Computers in Washington, D.C.; and as the air operations officer for the Commander, U.S. Naval Forces Central Command/5th Fleet in Bahrain. He served as the executive assistant to the deputy commander at U.S. Joint Forces Command (USJFCOM) who was also the Commander USJFCOM/NATO Supreme Allied Commander for Transformation. He also served on the OPNAV staff as director of the Navy's Environmental Readiness Division.  He also served as the Senior Military Advisor to the Deputy Secretary of Defense. He served on the OPNAV staff as the division director for Assessments (N81), helping ensure the Navy delivered the most capable platforms to the fleet. Shelanski's last assignment was as the 40th Naval Inspector General from May 15, 2015 to 1 August, 2018.

Shelanski's personal decorations include the Defense Superior Service Medal, the Legion of Merit, the Defense Meritorious Service Medal and additional individual, campaign and unit awards.



## Publications

The Foreign-Policy Chess Game with Doha

JNS - December 2, 2025

It Is Time for Qatar to Choose a Side: The United States or Terror Groups

Algemeiner - November 19, 2024

Israel-Lebanon Agreement: A Model For Eastern Mediterranean Energy

19FortyFive - November 10, 2022

Tanker Troubles: America Needs a Plan B Iran Strategy

National Interest - June 23, 2022

Countering Erdogan: What Biden Must do for the Sake of Stability

Defense News - November 5, 2021

Previous | 1 | Next