FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/12/2024

On October 17, 2024 Herman Shelanski was interviewed at his counsel James Broccoletti's office at ████████████████████████████████. Broccoletti, DOJ-PIN Trial Attorney Trevor Wilmot, and NCIS Investigator Mary Beth Eversman were also present for the interview.

Shelanski took over the Navy Inspector General's (IG) office in 2015. His friend Peg Klein was at the Department of Defense (DOD) at the time and he reached out to her for potential resources to fix cultural issues at the IG office. Klein suggested NextJump as a potential resource for Shelanski to reach out to. Klein had read about NextJump from a book called "An Everyone Culture". NextJump was known as a Deliberately Developmental Organization (DDO).

Shelanski visited NextJump at their old headquarters in New York City (NYC) in the fall of 2015. While at NextJump's office in NYC Shelanski witnessed the use of the "feedback app". The feedback app was used to offer real time/continued feedback to people. A concern Shelanski had at the time was that the feedback could be "too brutal" for sailors. Shelanski's concern was not that the app would not work, it was that some sailors may not react well to how brutal some people's feedback could be of them. Shelanski saw value in the feedback app. A phrase Shelanski learned about from the NextJump team was "lying cheating faking". This phrase described people's tendencies to not be honest with each other during feedback, interacting with each other, etc.

Shelanski invited NextJump to speak at the IG conference in the spring of 2016 about culture, ect. The conference was sometime around May 2016. Shelanski's team at IG paid NextJump a couple thousand-dollar speaker fee. This transaction was vetted by his JAG.

In the spring of 2016, NextJump held a leadership academy at their office in NYC and some military people attended. In 2017 NextJump was trying to get in with the Navy. NextJump had some work with the United States Air Force (USAF). In the spring of 2017 at the Flag Conference for the Navy in Washington, DC, Shelanski mentioned NextJump to Admiral Robert Burke as well as possibly Vice Chief Naval Officer (VCNO) Bill Moran.

In December of 2017, NextJump was trying to get "beta" people to test out their leadership training. NextJump was trying to get people from USAF, the Navy, and Fidelity to beta test their training. In July 2018 Shelanski sent an email to Charlie Kim and Meghan Messenger at NextJump telling them that

UNCLASSIFIED//FOUO

Investigation on  10/17/2024  at  Norfolk, Virginia, United States (In Person)

File #  58D-WF-3717544                                          Date drafted  10/18/2024

by  GARDNER SEBASTIAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-0002958903

UNCLASSIFIED//FOUO

58D-WF-3717544

Continuation of FD-302 of (U//FOUO) Interview of Ret. Admiral Herm Shelanski, On 10/17/2024, Page 2 of 3

he was retiring from the Navy. In January 2019, Kim emailed Shelanski that NextJump had met with VCNO Moran. In August 2019, Chief Naval Officer (CNO) Richardson visited NextJump in NYC for a day.

On January 24, 2019, NextJump reached out to Shelanski and asked him to help them get a contract with the Navy. NextJump wanted Shelanski to reach out to VCNO Moran or Burke (then Chief of Naval Personnel). Shelanski told NextJump that he could not reach out to VCNO Moran or CNP Burke because of ethics requirements associated with Naval retirees within one year of retirement.

NextJump had referred to "partnering" while communicating with Shelanski. Shelanski's understanding is that "partnering" referred to a culture-building theme/concept, not a business-partnership.

In March 2021, NextJump sent a proposal to Shelanski that they were intending to send to Admiral Gilday. The proposal did not have specifics about how NextJump would solve/address problems they identified with the Navy – a common theme with NextJump. Shelanski never gave feedback to NextJump about the proposal.

In November 2021, Shelanksi visited NextJump's office in NYC. While visiting NextJump, Shelanski learned that NextJump had a contract with the Navy in Europe through a conversation with Kim, Messenger, and basketball coach who worked with NextJump. NextJump was going to send a team over to Europe to lead the training. The basketball coach who worked with NextJump would help lead the training. Shelanski was not very impressed with the coach. NextJump's training in Europe with the Navy seemed to be beyond the feedback app. Shelanski was only aware of the feedback app at the time.

Shelanski was surprised NextJump had a contract with the Navy for training because his exposure with them was limited to the feedback app. NextJump having a contract with the Navy must have meant that NextJump had closed the loop and developed full training for fixing Navy problems. Shelanski assumed NextJump must have developed more since he never saw the training first-hand beyond the feedback app.

Shelanski was at NextJump in November 2021 for an event for people who were guest speakers on zoom call events during NextJump's COVID workshops. The event took place at NextJump's new flagship office. NextJump's new office was "pretty cool" and included a basketball court, gym, laundry, childcare, a boxing coach, and food throughout the day.

Shelanski felt NextJump was good at identifying issues with teams and people. However, Shelanski never saw NextJump actually show/say how to get from where someone was to where they wanted to get to. In other words, Shelanski never saw NextJump show/say how to address and fix the problems they identified with a team/people.

The last time Shelanski spoke to Burke was in 2021. In 2021, Shelanski spoke to Burke regarding a Boy Scouts event in Normandy, France while Burke was stationed in Europe.

UNCLASSIFIED//FOUO

Shelanski invited NextJump to Fleet Week 2023 in New York. Fleet Week was taking place on Memorial Day weekend. NextJump did not attend the event. From 2022-2023 Shelanski had little-to-no contact with NextJump.

In June 2024, NextJump reached out to Shelanski and asked him to reach out to the Secretary of the Navy and the Navy IG on NextJump's behalf. Shelanski said no to the request.

[Agent Note: It is the author's understanding that NextJump wanted Shelanski to reach out to the Secretary of the Navy and Navy IG in reference to the captioned investigation.]

NextJump had a successful perks program. At some point NextJump was a one-billion-dollar company because of the perks program part of their business. Shelanski does not know if NextJump has made any money with the feedback app. NextJump needed to get a contract with someone for their leadership training or feedback app at some point.

NextJump never offered financial compensation to Shelanski for assistance with contracts. NextJump never offered employment to Shelanski. Former military personnel had worked at NextJump however none were Flag Officers. Shelanski learned Burke had worked at NextJump through news reports earlier this year. Shelanski knew NextJump had provided leadership training to senior Generals in the USAF and that NextJump had met with Admiral Swift for a few hours.

[Agent Note: Shelanski was shown Exhibit #1, a March 26, 2021 email regarding DevGPS. A copy of Exhibit #1 is attached as a 1A package to this document.]

In approximately 2016-2017, Kim or Messenger made a comment to Shelanski that NextJump's board of directors was not happy with their focus on leadership training. The board of directors wanted to know what Kim/Messenger's business plan was for the leadership training. Kim and Messenger were both passionate about the leadership training.

Upon retiring from the Navy, Shelanski was fully briefed regarding ethics requirements for Flag Officers post-Navy. Every Flag Officer in the Navy has their own assigned JAG. There was "no question" that every Flag Officer knows the rules when they retire. Shelanski consulted his JAG for everything related to NextJump (visiting their office in NYC and hiring them as speakers).

As Navy IG, Shelanski worked for the Secretary of the Navy and oversaw the Navy and Marine Corp. Shelanski had a one-star Admiral work for him. Navy IG and NCIS delineate work by having NCIS take criminal matters and Navy IG take non-criminal matters. Kim and Messenger were aware of Shelanski's role at Navy IG.

[Agent Note: Notes are attached as a 1A package to this document.]