CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| )  | |
| )  | |
| vs.                                )  | Civil/Criminal No.:  24-CR-265 (TNM) |
| )  | |
| KIM, MESSENGER            )  | |
| )  | |

### NOTE FROM JURY

Clarification under illegal gratuity #2
- Clause " ... and that this was not
provided by law for proper discharge.
Of Durke's official duty."

Date: 5/18/26

Time: 11:47 AM

FOREPERSON