AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ COLUMBIA _____

UNITED STATES OF AMERICA

V.

YONGCHUL CHARLIE KIM

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 24-265-2 (TNM)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Trevor N. McFadden                U.S. District Judge
Name of Judge                          Title of Judge

5/19/26
Date